SINGER CASHMAN LLP
  Benjamin L. Singer (Bar. No. 264295)
  bsinger@singercashman.com
  Evan N. Budaj (Bar No. 271213)
  ebudaj@singercashman.com
505 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:    (415) 500-6080
Facsimile:     (415) 500-6080

*Attorneys for Plaintiff Software Research, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFTWARE RESEARCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZOHO CORPORATION AND DOES 1 THROUGH 10, <br><br> Defendants. | CASE NO. 3:22-CV-5859 <br><br> **NOTICE OF PENDENCY OF OTHER ACTIONS INVOLVING SAME PATENT** |

Pursuant to Patent Local Rule 2-1(a), Plaintiff Software Research, Inc. ("SRI") hereby provides notice of the following:

1. This is a civil action for infringement of United States Patent No. 7,757,175 (the "'175 Patent"); United States Patent No. 8,327,271 (the "'271 Patent"); United States Patent No. 8,392,890 (the "'890 Patent"); United States Patent No. 8,495,585 (the "'585 Patent"); United States Patent No. 8,650,493 (the "'493 Patent"), United States Patent No. 8,984,491 (the "'491 Patent"), and United States Patent No. 10,489,286 (the "'286 Patent").

2. SRI asserted the '175 Patent, the '271 Patent, the '890 Patent, the '585 Patent, the '493 Patent, the '491 Patent, and the '286 Patent in a patent infringement action against Browerstack, Inc., on October 18, 2021.  (*See* N.D. Cal. Case No. 4:21-CV-08124-JST.)  That action was voluntarily dismissed without prejudice on July 26, 2022.

3. SRI asserted the '175 Patent, the '271 Patent, the '890 Patent, the '585 Patent, the '493 Patent, the '491 Patent, and the '286 Patent in a patent infringement action against UiPath, Inc., on June 7, 2021.  (*See* N.D. Cal. Case No. 3:21-CV-04326-EMC.)  That action was voluntarily dismissed without prejudice on August 16, 2021.

4. SRI asserted the '175 Patent, the '271 Patent, the '890 Patent, the '585 Patent, the '493 Patent, the '491 Patent, and the '286 Patent in a patent infringement action against Keysight Technologies, Inc. and Eggplant Software, Inc., on March 9, 2021.  (*See* N.D. Cal. Case No. 3:21-CV-01665-EMC.)  That action was voluntarily dismissed with prejudice on May 18, 2021.

5. SRI asserted the '175 Patent, the '271 Patent, the '890 Patent, the '585 Patent, the '493 Patent, the '491 Patent, and the '286 Patent in a patent infringement action against Qualys, Inc., on July 6, 2020.  (*See* N.D. Cal. Case No. 3:20-CV-04456-EMC.)  That action was voluntarily dismissed with prejudice on January 31, 2021.

6. SRI asserted the '175 Patent, the '271 Patent, the '890 Patent, the '585 Patent, the '493 Patent, and the '491 Patent in a patent infringement action against Sauce Labs, Inc. d/b/a/ California Sauce Labs, Inc., on November 11, 2019.  SRI additionally asserted the '286 Patent in the same action on December 11, 2019.  (*See* N.D. Cal. Case No. 3:19-CV-07706-EMC.)  That action was voluntarily dismissed with prejudice on February 25, 2020.

7. SRI asserted the '175 Patent, the '271 Patent, the '890 Patent, the '585 Patent, the '493 Patent, and the '491 Patent in a patent infringement action against Tricentis GmbH and Tricentis USA Corp., on April 12, 2019.  (*See* N.D. Cal. Case No. 3:19-CV-01991-EMC.)  That action was voluntarily dismissed with prejudice on August 13, 2019.

8. SRI asserted the '175 Patent, the '271 Patent, the '890 Patent, the '585 Patent, the '493 Patent, and the '491 Patent in a patent infringement action against Dynatrace LLC, on January 10, 2018.  (*See* N.D. Cal. Case No. 3:18-CV-00232-EMC.)  That action was voluntarily dismissed with prejudice on November 29, 2018.

9. SRI asserted the '175 Patent, the '271 Patent, the '890 Patent, the '585 Patent, the '493 Patent, and the '491 Patent in a patent infringement action against Sencha, Inc., on August 9, 2017.  (*See* N.D. Cal. Case No. 5:17-CV-04561-EMC.)  That action was voluntarily dismissed with prejudice on August 28, 2017.

10. SRI asserted the '175 Patent, the '271 Patent, the '890 Patent, the '585 Patent, the '493 Patent, and the '491 Patent in a patent infringement action against Seapine Software, Inc., on December 27, 2016.  (*See* N.D. Cal. Case No. 3:16-CV-07353-EMC.)  That action was voluntarily dismissed with prejudice on June 19, 2017.

11. SRI asserted the '175 Patent, the '271 Patent, the '890 Patent, the '585 Patent, the '491 patent, and the '493 Patent in a patent infringement action against Dotcom-Monitor, Inc. on June 2, 2016.  (*See* N.D. Cal. Case No. 3:16-CV-02970-EMC.)  That action was voluntarily dismissed with prejudice on January 3, 2017.

12. SRI asserted the '175 Patent, the '271 Patent, the '890 Patent, the '585 Patent, the '493 Patent, and the '491 Patent in a patent infringement action against Developer Express, Inc., on January 27, 2016.  (*See* N.D. Cal. Case No. 3:16-CV-00465-EMC.)  That action was voluntarily dismissed with prejudice on April 5, 2016.

13. SRI asserted the '175 Patent, the '271 Patent, the '890 Patent, the '585 Patent, and the '493 Patent in a patent infringement action against Inflectra Corporation on January 14, 2015.  (*See* N.D. Cal. Case No. 3:15-CV-00204-EMC.)  That action was voluntarily dismissed with prejudice on April 17, 2015.

14. SRI asserted the '175 Patent, the '271 Patent, the '890 Patent, the '585 Patent, and the '493 Patent in a patent infringement action against Ranorex Inc., on January 14, 2015.  (*See* N.D. Cal. Case No. 3:15-CV-00206-EMC.)  That action was voluntarily dismissed with prejudice on April 9, 2015.

15. SRI asserted the '175 Patent, the '271 Patent, the '890 Patent, the '585 Patent, and the '493 Patent in a patent infringement action against InfoGenius.com, Inc., d/b/a Infogenius, Inc., on May 7, 2015.  (*See* N.D. Cal. Case No. 3:15-CV-02059-EMC.)  That action was voluntarily dismissed with prejudice on July 31, 2015.

16. SRI asserted the '175 Patent, the '271 Patent, the '890 Patent, the '585 Patent, the '493 Patent, and the '491 Patent in a patent infringement action against Uptrends LLC, on September 23, 2015.  (*See* N.D. Cal. Case No. 3:15-CV-04374-EMC.)  That action was voluntarily dismissed with prejudice on December 30, 2015.

Date:  October 7, 2022

Respectfully submitted,

SINGER CASHMAN LLP

By: _____
Benjamin L. Singer
Evan Budaj
*Attorneys for Plaintiff Software Research, Inc.*