SINGER CASHMAN LLP
   Benjamin L. Singer (Bar. No. 264295)
   bsinger@singercashman.com
   Evan N. Budaj (Bar No. 271213)
   ebudaj@singercashman.com
505 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:   (415) 500-6080
Facsimile:    (415) 500-6080

*Attorneys for Plaintiff Software Research, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFTWARE RESEARCH, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>ZOHO CORPORATION AND DOES 1 THROUGH 10,<br><br>       Defendants. | CASE NO. 3:22-CV-5859<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, AND CORPORATE DISCLOSURE STATEMENT** |

     Pursuant to Civil L.R. 3-15 and Fed. R. Civ. P. 7.1, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Date:  October 7, 2022

Respectfully submitted,

SINGER CASHMAN LLP

By: _____
    Benjamin L. Singer
    Evan Budaj
    *Attorneys for Plaintiff Software Research, Inc.*