| Attorney or Party without Attorney:<br>BENJAMIN L. SINGER ESQ., Bar #264295<br>SINGER CASHMAN LLP<br>505 MONTGOMERY STREET, STE. 1100<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-500-6080    FAX No: 415-500-6080<br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| | Ref. No. or File No.:<br>28228-022 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Northern District Of California

Plaintiff: SOFTWARE RESEARCH, INC.
Defendant: ZOHO CORPORATION; ET AL

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:22-CV-05859-EJD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice Of Pendency Of Other Actions Involving Same Patent; Plaintiff's Certification Of Interested Entities Or Persons; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Attachmentto Report; Notice Of Electronic Filing Re: Case Assigned To Judge Edward J. Davila; Order Setting Initial Case Management Conference And Adr Deadlines; Ecf Registration Information; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of A Lawsuit And Request To Waive Service Of A Summons; Standing Order For All Judges; Standing Order For Chambers Copies; Standing Order For Civil Cases; Standng Order For Patent Cases; Waiver Of The Service Of Summons

3. a. Party served:        ZOHO CORPORATION C/O A REGISTERED AGENT, INC.
   b. Person served:       CHARLOTTE BANICE, AUTHORIZED TO ACCEPT

4. Address where the party was served:    8 THE GREEN , STE. R
                                          DOVER, DE 19901

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Nov. 11, 2022 (2) at: 9:50AM

7. *Person Who Served Papers:*                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TINA IRIZARRY                      d. *The Fee for Service was:*
   b. A & A LEGAL SERVICE, Inc.          e. I am:
      880 MITTEN ROAD, SUITE 102              (i)  Independent Contractor
      BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640

8. I declare under penalty of perjury under the laws         that the foregoing is true and correct.

   Date: Mon, Nov. 14, 2022
                                                             *(signature)*
                                                             (TINA IRIZARRY)
   Judicial Council Form             PROOF OF SERVICE                        besin.134921
   Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL