RYAN J. MARTON (SBN 223979)
ryan@martonribera.com
CAROLYN CHANG (SBN 217933)
carolyn@martonribera.com
PHILLIP J. HAACK (SBN 262060)
phaack@martonribera.com
SHANNON KUMAGAI (SBN 295245)
shannonkumagai@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Tel.: (415) 360-2511

*Attorneys for Defendant Zoho Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RESEARCH, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ZOHO CORPORATION AND DOES 1 THROUGH 10.<br><br>　　　　　Defendants. | Case No: 5:22-cv-05859-EJD<br><br>**DEFENDANT ZOHO CORPORATION'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>Judge:　　　Hon. Edward J. Davila<br>Date Filed:　October 7, 2022<br>Trial Date:　TBD |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-15 of the United States District Court for the Northern District of California, Defendant Zoho Corporation ("Zoho") hereby files its corporate disclosure statement and certification of conflicts and interested entities or persons.

Zoho is a privately held company, and owned by parent company, Zoho Corporation Pvt. Ltd. No publicly held company owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: November 18, 2022         MARTON RIBERA SCHUMANN & CHANG LLP

By:   */s/ Ryan J. Marton*
RYAN J. MARTON
CAROLYN CHANG
PHILLIP J. HAACK
SHANNON KUMAGAI

Attorneys for Defendant ZOHO CORPORATION