SINGER CASHMAN LLP
   Benjamin L. Singer (Bar. No. 264295)
   bsinger@singercashman.com
   Evan Budaj (Bar No. 271213)
   ebudaj@singercashman.com
505 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:     (415) 500-6080
Facsimile:     (415) 500-6080

*Attorneys for Plaintiff Software Research, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RESEARCH, INC., | CASE NO. 5:22-CV-5859-EJD |
| Plaintiff, | **FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | |
| ZOHO CORPORATION AND DOES 1 THROUGH 10, | **JURY TRIAL DEMANDED** |
| Defendants. | |

Plaintiff Software Research, Inc. ("SRI"), for its First Amended Complaint ("FAC") against Zoho Corporation ("Zoho") and Does 1 through 10 (collectively, "Defendants"), upon information and belief, state and allege as follows:

## NATURE OF THE ACTION

1.     This is a civil action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

2.     As set forth in more detail below, Defendants have been infringing United States Patent Nos. 7,757,175 (the "'175 Patent"); 8,327,271 (the "'271 Patent"); 8,392,890 (the "'890 Patent"); 8,495,585 (the "'585 Patent"); 8,650,493 (the "'493 Patent"), 8,984,491 (the "'491 Patent") and 10,489,286 (the "'286 Patent") (collectively, the "Patents-in-Suit"), and continue to do so through the present date.

## THE PARTIES

3.     SRI is a corporation organized and existing under the laws of the State of California with its principal place of business in this District.

4.     Upon information and belief, Zoho is a California corporation with its principal place of business at 4141 Hacienda Drive, Pleasanton, CA 94588.

5.     Upon information and belief, Defendants Does 1 through 10 are directors, officers, employees, representatives, and/or agents of Zoho who participated and/or are currently participating in the use, development, sale, offer for sale, import, offer for import, and/or other commercialization of software offerings that infringe one or more of the Patents-in-Suit.  The true identities of Defendants Does 1 through 10 are presently unknown to SRI; SRI will amend its complaint to state such names when they become known to SRI through discovery and/or continued investigation.

6.     Unless specifically stated otherwise, the acts complained of herein were committed by, on behalf of, and/or for the benefit of Defendants.

## JURISDICTION AND VENUE

7.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

8.     This Court has personal jurisdiction over Defendants because (a) they reside in this State and this District, (b) they transact business in this State and this District, (c) they have

committed the acts of patent infringement complained of herein, including but not limited to offering for sale or selling infringing products embodying SRI's patented invention, in this State and this District, and/or (d) they have directed their acts of infringement and the other unlawful acts complained of herein at this State and this District.

9.      This Court has personal jurisdiction over Defendants for the additional reason that they have engaged in systematic and continuous contacts with this State and this District by, *inter alia*, regularly conducting and soliciting business in this State and this District, and deriving substantial revenue from products and/or services provided to persons in this State and this District.

10.     Venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the acts complained of herein occurred in this District, Zoho transacts business in this District, Zoho resides in this District for purposes of venue, and/or the property that is the subject of this action is situated in this District.

11.     With respect to Zoho, venue is proper in this District under 28 U.S.C. §§ 1391(c)-(d) and 1400(b) because (i) Zoho resides in this District for purposes of venue; (ii) Zoho has committed acts of infringement in this District; and (iii) Zoho has a regular and established place of business in this District.

## DIVISIONAL ASSIGNMENT

12.     Under Northern District of California Local Rule 3-2(d), this case is properly assigned to the San Francisco or Oakland Divisions because a substantial part of the events or omissions giving rise to the claims occurred in Alameda County.

## BACKGROUND

13.     As the global economy has moved away from traditional brick and mortar business and into the digital age, a company's fortunes can rise and fall with the functionality and performance of its websites.  An enterprise can lose millions in revenue if its website is down even briefly, its shopping cart or checkout processes are malfunctioning, or its pages fall victim to any of a number of other glitches arising from anything from simple mistake to sophisticated malware.  As internet infrastructure, programming languages, and other website technology have grown by leaps and

bounds at an ever-increasing pace, the process of identifying website functionality and performance issues—a tricky exercise to begin with—has become more complicated by the day.

14.     SRI was founded by Edward Miller, PhD in 1979 and has been located in San Francisco ever since.  Dr. Miller founded SRI to develop, refine, and commercialize website performance and functionality testing solutions that can keep up with the relentless advance of internet technology.

15.     Dr. Miller has been a leader in the software testing community for over 30 years, beginning his career in the 1970s by verifying the quality of missile-borne software for anti-ICBM defense.  He organized the original Florida Software Testing Workshop in 1978.  More recently in San Francisco he organized and chaired fifteen QualityWeek conferences, the long-acknowledged top technical conferences on software testing.  These QualityWeek conferences were held annually from 1987 through 2002 with a total attendance over 25,000.  Dr. Miller is also widely published in conferences and publications of the Association for Computing Machinery and the Institute of Electrical and Electronics Engineers.

16.     In the decades since founding SRI, Dr. Miller has personally conceived of, developed, and patented a number of revolutionary innovations that dramatically advanced the start of the art of website performance testing.  He has been granted nine patents for these innovations, including the Patents-in-Suit.  The foundational nature of these patents is reflected in their forward citations (i.e., subsequent patents that cite them as prior art), which currently number over 400.  These patents have been licensed for many years by SRI's competitors in the software testing industry.

17.     SRI has commercially exploited the Patents-in-Suit by making, marketing, selling, and using products covered by the patents, including its popular eValid™ software testing products.  eValid™ is a tool suite for client-side testing and performance analysis of web applications and websites.  eValid™ has been a commercial success, generating millions of dollars in revenue, and continues to generate revenue for SRI today.  Thousands of customers—including Google, American Express, Intel, Microsoft, Cisco, IBM, Lockheed Martin, Princeton University, and Verizon—have purchased and employed SRI's offerings embodying one or more of the Patents-in-Suit, including but

not limited to eValid™, in order to ensure their websites function properly and continue to generate revenue.

18. At its peak, SRI generated millions of dollars in annual revenues. But since that time, rampant infringement has decimated SRI's business, leaving SRI with no choice but to enforce its right to keep others from using Dr. Miller's inventions to compete against SRI.

19. Defendants develop software for, *inter alia*, testing websites and web applications known as, upon information and belief, Site24x7 and Applications Manager. *See* https://www.site24x7.com/; https://www.manageengine.com/products/applications_manager/.

20. Defendants offer for sale and sell Site24x7 and Applications Manager to the public.

21. Defendants use Site24x7 and Applications Manager, including at least in order to test Site24x7 and Applications Manager as part of their development efforts.

22. Site24x7 and Applications Manager consist of software used to automate testing of websites and web-based software applications.

23. Defendants offer Site24x7 as an "All-in-One Monitoring Solution" that includes "Website Monitoring". *See* https://www.site24x7.com/.

24. Defendants claim by "Using Site24x7's synthetic monitoring tool, you can continuously test the availability, performance, and functionality for all critical components that help deliver your digital business to guarantee site reliability and a better end-user experience." *See* https://www.site24x7.com/synthetic-monitoring.html.

25. Site24x7 includes functionality for creating, storing, and executing tests for websites and web-based software applications. *See* https://www.site24x7.com/ ("Record and simulate multi-step user interactions in a real browser and optimize login forms, shopping carts and other applications."); https://www.site24x7.com/synthetic-monitoring.html ("Record typical user paths or actions like a form submission, add to shopping cart, or import Selenium IDE test scripts, and play them back at regular intervals on a real browser like Chrome or Firefox to ensure an error-free experience for your users.").

26.     Defendants offer Applications Manager as creating "better customer experiences by testing the performance of critical user paths on your website 24x7." *See* https://www.manageengine.com/products/applications_manager/.

27.     Defendants claim Applications Manager can "Test the performance of critical user paths on your website … Among our website monitoring tools is the synthetic transaction monitor that can help you accurately simulate user interactions with your website and ensure the correctness and performance of critical user paths." *See* https://www.manageengine.com/products/applications_manager/website-monitoring-tools.html.

28.     Applications Manager includes functionality for creating, storing, and executing tests for websites and web-based software applications.  *See* https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("For Real Browser Monitoring we use the Web Transaction Recorder to record all user online transactions in their exact sequence. The Recorder is used to record the transactions which get stored as webscripts. These transactions will then be replayed at regular intervals of time and notifications will be sent when error is detected.").

## COUNT I – INFRINGEMENT OF THE '175 PATENT BY SITE24X7

29.     SRI re-alleges and incorporates the allegations of the preceding paragraphs of this FAC as if fully set forth herein.

30.     SRI is the assignee and owner of all right, title, and interest in and to the '175 Patent, which was issued on July 13, 2010.  A true and correct copy of the '175 Patent is attached hereto as Exhibit A.

31.     The '175 Patent addresses an invention for testing websites.  This disclosed innovation tests many facets of the website's experience and operation, including by providing novel approaches to creating, storing, and executing test scripts using website elements as opposed to the previously disclosed use of recording test scripts based upon user actions only.

32.     SRI has the exclusive right to make, use, sell, and offer to sell any product embodying the '175 Patent throughout the United States, and to import any product embodying the '175 Patent into the United States.

33.    SRI has commercially exploited the '175 Patent by making, marketing, selling, and using products covered by the '175 Patent, including its popular eValid™ software products.  SRI continues to commercially exploit the '175 Patent through the present, at least by continuing to provide maintenance and support to users of its popular eValid™ software products.

34.    Defendants have had knowledge of the '175 Patent, SRI, and SRI's products embodying the inventions claimed in the Patents-in-Suit since at least as early as November 13, 2020. *See* Exh. H.

35.    At all relevant times, SRI provided public notice of the '175 Patent at least by properly marking its products and its website pursuant to 35 U.S.C. § 287(a).

36.    Defendants have been, and are currently, directly infringing at least claim 11 of the '175 Patent in violation of 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, selling, offering for sale, and/or importing into the United States certain software, including without limitation Defendants' cloud-based platform for testing websites and web-based software applications titled, upon information and belief, Site24x7 and/or other related software products and services offered by Defendants (Defendants' "Site24x7 Infringing Products"), which, as set forth in documentation available on Defendants' websites, comprise the non-transitory computer readable media disclosed in the '175 Patent—both as maintained in Defendants' files and as made accessible to its users to whom Defendants offer and sell the Site24x7 Infringing Products—including at least computer program code stored therein for providing a test-enabled web browser for operation on a computing device to test a website hosted by a remote server, the website having at least one webpage (for example, "Using Site24x7's synthetic monitoring tool, you can continuously test the availability, performance, and functionality for all critical components that help deliver your digital business to guarantee site reliability and a better end-user experience." (https://www.site24x7.com/synthetic-monitoring.html); "Web Transaction (Browser) allows you to monitor the availability and performance of your web transactions using an actual web browser. To check the end-user experience–a robust recorder tool is used, which records the web transactions and then plays them back via a real browser like Firefox or Chrome." (https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-

realbrowser.html)); "Use our browser extension to record critical business transactions, and check them from multiple locations by simulating traffic. Record typical user paths or actions like a form submission, add to shopping cart, or import Selenium IDE test scripts, and play them back at regular intervals on a real browser like Chrome or Firefox to ensure an error-free experience for your users." (https://www.site24x7.com/synthetic-monitoring.html); "With Web Transaction (Browser) Monitor, you can measure the actual availability and performance of multi-step web interactions, such as e-payment gateways or online shopping carts using a real browser like Firefox/Chrome." (https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html)); the website, necessarily including at least one webpage, necessarily resides on a remote server and Site24x7 as used with a web browser, such as Firefox or Chrome, is a "test-enabled web browser" (for example, "Simulate navigation paths—common actions like sign up or a complex user journey from login to the payment gateway—on a real browser to identify and resolve potential issues before they affect your customers." (https://www.site24x7.com/website-monitoring.html?utm_source=redirect); "Web Transaction (Browser) allows you to monitor the availability and performance of your web transactions using an actual web browser. To check the end-user experience–a robust recorder tool is used, which records the web transactions and then plays them back via a real browser like Firefox or Chrome." (https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html); "Monitor availability and performance of your web application by periodically simulating the scripted actions from geographically dispersed web traffic via a real browser like Chrome or Firefox." https://www.site24x7.com/selenium-monitoring.html; https://www.site24x7.com/synthetic-monitoring.html); web browsing components (for example, Site24x7 allows a user to browse the web via common web browsing activities, such as mouse clicks, validations, and navigating to a web page (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html; https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-transaction-recorder.html#record-new-transaction); Site24x7 allows for creation of test scripts to test websites by recording a user's interactions with the web page in question and allowing the user to play back those test scripts

(https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html
("Install the Web Transaction (Browser) Recorder add-on, which records all the user interaction in
your web application in their exact sequence and notifies when any error is detected. This monitoring
feature will use an actual browser Firefox or Chrome to play-back the captured web transaction.");
https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-
monitor.html; https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-
editing.html) ("The Web Transaction (Browser) monitor records and saves the user actions in a web
script. These powerful scripts act as a means to measure the web performance via a real browser
simulation.")); a page evaluation component that operates to read, extract, and analyze and confirm
the contents of page components, including Document Object Model (DOM) elements with their
associated at least one index and their values (for example, Site24x7 allows for the creation of test
scripts to test websites by recording a user's interactions with the web page in question and allowing
the user to play back those test scripts (https://app.site24x7.com/help/admin/adding-a-
monitor/webapplication-monitoring-realbrowser.html ("Install the Web Transaction (Browser)
Recorder add-on, which records all the user interaction in your web application in their exact
sequence and notifies when any error is detected. This monitoring feature will use an actual browser
Firefox or Chrome to play-back the captured web transaction.");
https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html) ("The
Web Transaction (Browser) monitor records and saves the user actions in a web script. These
powerful scripts act as a means to measure the web performance via a real browser simulation.");
https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html
("Web Transaction (Browser) allows you to monitor the availability and performance of your web
transactions using an actual web browser. To check the end-user experience–a robust recorder tool is
used, which records the web transactions and then plays them back via a real browser like Firefox or
Chrome.")); Site24x7 interrogates the DOM to identify and extract relevant information regarding at
least the page elements germane to the script, including each such element's index and value, and
stores those details in the test script (https://www.site24x7.com/help/admin/adding-a-
monitor/advanced-web-script-editing.html; https://www.site24x7.com/help/admin/adding-a-

monitor/website-defacement-monitoring.html ("A document object model (DOM) for a webpage lists each element that appears on the webpage, including content, links, style specifications, scripts and more. The Website defacement monitor fetches this document object model (DOM) for your website during the initial monitor setup process."); https://www.site24x7.com/website-monitoring-comparison.html; ("During poll the current Document Object Model (DOM) of the website is compared with a baseline DOM to detect and update the content modified threshold automatically."); https://www.site24x7.com/monitor-webpage-defacement.html ("Site24x7 compares the current DOM to previously recorded DOM.")); to locate page elements based on their DOM indexes, Site24x7 must necessarily use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://support.site24x7.com/portal/en/kb/articles/in-my-website-i-have-randomly-changing-elements-such-as-ticket-prices-and-stock-quotes-do-i-have-to-record-each-time-the-value-changes ("The Site24x7 Web Transaction (Browser) Recorder will capture all the attributes of a particular HTML element (the text link in this case) such as ID, name, CSS, and XPath during the initial recording itself. During monitoring, Site24x7 will use any one of the attributes to identify the element."); https://support.site24x7.com/portal/en/kb/articles/list-of-selenium-commands-supported-in-real-browser-monitor; https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("The Intelligent Capture functionality in Web Transaction (Browser) learns about changes made to any user interactive element in a web page and updates the scripts accordingly.")); a test data component that operates to store facts about the at least one webpage (for example, Site24x7 uses explicit wait commands, such as a command to "Wait for an element to load" or "Wait for an element to be visible", and in order to perform such a validation, Site24x7 must necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked for during validation (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html); and a graphical user interface to provide user access to at least said web browsing components and at least one of said page evaluation components and said test data component (for example, Site24x7 has a graphical user interface to provide user access to test details including logs, videos, and screenshots, logs (https://www.site24x7.com/help/internet-service-metrics/web-application-real-browser.html ("Metrics like availability and performance are

presented in an easy to understand graphical and tabular layout.");

https://app.site24x7.com/help/getting-started/custom-dashboard.html ("Custom Dashboard enables you to bring together various key metrics from every tier of your Infrastructure, all in one place. It helps you portray data differently than Site24x7's default dashboards that are offered out-of-the-box.")) as disclosed in the '175 Patent.

37.    Defendants will, on information and belief, continue to directly infringe the '175 Patent unless enjoined.

38.    To the extent Defendants' Site24x7 Infringing Products, without more, do not directly infringe at least claim 11 of the '175 Patent, at least as of November 13, 2020, Defendants contribute to infringement of the same under 35 U.S.C. § 271(c) inasmuch as the Site24x7 Infringing Products offered for sale and sold by Defendants are each a component of a patented machine or an apparatus used in practicing a patented process, constituting a material part of SRI's invention, knowing the same to be especially made or especially adapted for use in infringement of the '175 Patent.  For example, as set forth above, Site24x7, when used in its normal and intended usage (pursuant to the instructions set forth on Defendants' websites), infringes claim 11 of the '175 Patent.  *See supra*, ¶ 35.

39.    Defendants will, on information and belief, continue to contribute to infringement the '175 Patent unless enjoined.

40.    Defendants actively encourage their customers to use Defendants' Site24x7 Infringing Products in an infringing manner.  For example, Defendants' website is replete with written directions, screenshots, and videos instructing users on how to use the Site24x7 Infringing Products in an infringing manner.  For example, as set forth above, Defendants' website regarding Site24x7 specifically instructs users of the Site24x7 Infringing Products how to infringe claim 11 of the '175

## Over 12,000 Customers use Site24x7





patent.  *See supra*, ¶ 35.  Defendants' website also touts the identities of customers who use the Site24x7 Infringing Products, each of whom is a direct infringer inasmuch as they use the Site24x7 Infringing Products in the infringing manner as instructed by Defendants:

41.     Upon information and belief, and particularly by way of the detailed documentation instructing users on how to use the Site24x7 Infringing Products in an infringing manner (*see supra*, ¶¶ 35, 39), Defendants have encouraged this infringement with knowledge of the '175 Patent and with a specific intent to cause their customers and distributors to infringe.

42.     Defendants' acts thus constitute active inducement of patent infringement in violation of 35 U.S.C. § 271(b).

43.     Defendants will, on information and belief, continue to induce infringement of the '175 Patent unless enjoined.

44.     Defendants' direct infringement, contributory infringement, and inducement of infringement have irreparably harmed SRI.

45.     Defendants will, on information and belief, continue to irreparably harm SRI unless enjoined.

46.     Pursuant to 35 U.S.C. § 284, SRI is entitled to damages adequate to compensate for the infringement but in no event less than a reasonable royalty.

47.     Defendants' infringement has been and is willful and, pursuant to 35 U.S.C. § 284, SRI is entitled to treble damages.  Defendants' willful infringement is based at least on Defendants' knowledge of SRI, its products, and its patents since at least as early as November 13, 2020. Defendants have either willfully and wantonly infringed the '175 Patent or have recklessly avoided knowledge of their own infringement, even when faced with knowledge of SRI's own products and the Patents-in-Suit.

48.     This case is "exceptional" within the meaning of 35 U.S.C. § 285, and SRI is entitled to an award of attorneys' fees.

### COUNT II – INFRINGEMENT OF THE '271 PATENT BY SITE24X7

49.     SRI re-alleges and incorporates the allegations of the preceding paragraphs of this FAC as if fully set forth herein.

50.     SRI is the assignee and owner of all right, title, and interest in and to the '271 Patent, which was issued on December 4, 2012.  A true and correct copy of the '271 Patent is attached hereto as Exhibit B.

51.     The '271 Patent addresses an invention for testing websites.  This disclosed innovation tests many facets of the website's experience and operation, including by providing novel approaches to creating, storing, and executing test scripts using website elements as opposed to the previously disclosed use of recording test scripts based upon user actions only.

52.     SRI has the exclusive right to make, use, sell, and offer to sell any product embodying the '271 Patent throughout the United States, and to import any product embodying the '271 Patent into the United States.

53.     SRI has commercially exploited the '271 Patent by making, marketing, selling, and using products covered by the '271 Patent, including its popular eValid™ software products.  SRI continues to commercially exploit the '271 Patent through the present, at least by continuing to provide maintenance and support to users of its popular eValid™ software products.

54.     Defendants have had knowledge of the '271 Patent, SRI, and SRI's products embodying the inventions claimed in the Patents-in-Suit since at least as early as November 13, 2020. *See* Exh. H.

55.     At all relevant times, SRI provided public notice of the '271 Patent at least by properly marking its products and its website pursuant to 35 U.S.C. § 287(a).

56.     Defendants have been, and are currently, directly infringing at least claim 1 of the '271 Patent in violation of 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, selling, offering for sale, and/or importing into the United States Defendants' Site24x7 Infringing Products, which, as set forth in documentation available on Defendants' website, comprise the non-transitory computer readable media disclosed in the '271 Patent—both as maintained in Defendants' files and as made accessible to its users to whom Defendants offer and sell the Site24x7 Infringing Products—including at least computer program code stored therein for providing a test-enabled web browser for testing a website residing on a network (for example, "Using Site24x7's synthetic monitoring tool, you can continuously test the availability, performance,

and functionality for all critical components that help deliver your digital business to guarantee site reliability and a better end-user experience." (https://www.site24x7.com/synthetic-monitoring.html); "Web Transaction (Browser) allows you to monitor the availability and performance of your web transactions using an actual web browser. To check the end-user experience–a robust recorder tool is used, which records the web transactions and then plays them back via a real browser like Firefox or Chrome." (https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html)); "Use our browser extension to record critical business transactions, and check them from multiple locations by simulating traffic. Record typical user paths or actions like a form submission, add to shopping cart, or import Selenium IDE test scripts, and play them back at regular intervals on a real browser like Chrome or Firefox to ensure an error-free experience for your users." (https://www.site24x7.com/synthetic-monitoring.html); "With Web Transaction (Browser) Monitor, you can measure the actual availability and performance of multi-step web interactions, such as e-payment gateways or online shopping carts using a real browser like Firefox/Chrome." (https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html)); the website, necessarily including at least one webpage, necessarily resides on a remote server and Site24x7 as used with a web browser, such as Firefox or Chrome, is a "test-enabled web browser" (for example, "Simulate navigation paths—common actions like sign up or a complex user journey from login to the payment gateway—on a real browser to identify and resolve potential issues before they affect your customers." (https://www.site24x7.com/website-monitoring.html?utm_source=redirect); "Web Transaction (Browser) allows you to monitor the availability and performance of your web transactions using an actual web browser. To check the end-user experience–a robust recorder tool is used, which records the web transactions and then plays them back via a real browser like Firefox or Chrome." (https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html); "Monitor availability and performance of your web application by periodically simulating the scripted actions from geographically dispersed web traffic via a real browser like Chrome or Firefox." https://www.site24x7.com/selenium-monitoring.html; https://www.site24x7.com/synthetic-monitoring.html); computer program code for interfacing with

web browsing components, the web browsing components including DOM access methods of the web browsing components (for example, Site24x7 allows a user to browse the web via common web browsing activities, such as mouse clicks, validations, and navigating to a web page (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html; https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-transaction-recorder.html#record-new-transaction)); Site24x7 interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html; https://www.site24x7.com/help/admin/adding-a-monitor/website-defacement-monitoring.html ("A document object model (DOM) for a webpage lists each element that appears on the webpage, including content, links, style specifications, scripts and more. The Website defacement monitor fetches this document object model (DOM) for your website during the initial monitor setup process."); https://www.site24x7.com/website-monitoring-comparison.html; ("During poll the current Document Object Model (DOM) of the website is compared with a baseline DOM to detect and update the content modified threshold automatically."); https://www.site24x7.com/monitor-webpage-defacement.html ("Site24x7 compares the current DOM to previously recorded DOM.")); Site24x7 locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://support.site24x7.com/portal/en/kb/articles/in-my-website-i-have-randomly-changing-elements-such-as-ticket-prices-and-stock-quotes-do-i-have-to-record-each-time-the-value-changes ("The Site24x7 Web Transaction (Browser) Recorder will capture all the attributes of a particular HTML element (the text link in this case) such as ID, name, CSS, and XPath during the initial recording itself. During monitoring, Site24x7 will use any one of the attributes to identify the element."); https://support.site24x7.com/portal/en/kb/articles/list-of-selenium-commands-supported-in-real-browser-monitor; https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("The Intelligent Capture functionality in Web Transaction (Browser) learns about changes made to any user interactive element in a web page and updates the scripts

accordingly.")); computer program code for rendering and examining at least one webpage of the website so as to at least extract details of organization and structure of elements of the webpage, and store such details of the webpage in a recorded script, such as recorded scripts generated through the testing component of Defendants' Site24x7 Infringing Products (for example, Site24x7 allows a user to create or record a test script and then play it back by running it; to achieve such functionality, Site24x7 necessarily renders and examines the web page for the creation of tests by recording a user's interactions with the web page in question and allowing the user to play back those test scripts (https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("Install the Web Transaction (Browser) Recorder add-on, which records all the user interaction in your web application in their exact sequence and notifies when any error is detected. This monitoring feature will use an actual browser Firefox or Chrome to play-back the captured web transaction."); https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-monitor.html; https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html) ("The Web Transaction (Browser) monitor records and saves the user actions in a web script. These powerful scripts act as a means to measure the web performance via a real browser simulation."))); Site24x7 interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html; https://www.site24x7.com/help/admin/adding-a-monitor/website-defacement-monitoring.html ("A document object model (DOM) for a webpage lists each element that appears on the webpage, including content, links, style specifications, scripts and more. The Website defacement monitor fetches this document object model (DOM) for your website during the initial monitor setup process."); https://www.site24x7.com/website-monitoring-comparison.html; ("During poll the current Document Object Model (DOM) of the website is compared with a baseline DOM to detect and update the content modified threshold automatically."); https://www.site24x7.com/monitor-webpage-defacement.html ("Site24x7 compares the current DOM to previously recorded DOM.")); Site24x7 uses explicit wait commands, such as a command to "Wait for an element to load" or "Wait for an element to be visible", and in order to perform such a

validation, Site24x7 must necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked for during validation (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html); Site24x7 locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://support.site24x7.com/portal/en/kb/articles/in-my-website-i-have-randomly-changing-elements-such-as-ticket-prices-and-stock-quotes-do-i-have-to-record-each-time-the-value-changes ("The Site24x7 Web Transaction (Browser) Recorder will capture all the attributes of a particular HTML element (the text link in this case) such as ID, name, CSS, and XPath during the initial recording itself. During monitoring, Site24x7 will use any one of the attributes to identify the element."); https://support.site24x7.com/portal/en/kb/articles/list-of-selenium-commands-supported-in-real-browser-monitor; https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("The Intelligent Capture functionality in Web Transaction (Browser) learns about changes made to any user interactive element in a web page and updates the scripts accordingly.")); computer program code for selecting a validation test to be performed (for example, Site24x7 allows for the creation of test scripts to test websites by recording a user's interactions with the web page in question and allowing the user to play back those test scripts (https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("Install the Web Transaction (Browser) Recorder add-on, which records all the user interaction in your web application in their exact sequence and notifies when any error is detected. This monitoring feature will use an actual browser Firefox or Chrome to play-back the captured web transaction."); https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html) ("The Web Transaction (Browser) monitor records and saves the user actions in a web script. These powerful scripts act as a means to measure the web performance via a real browser simulation."); https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("Web Transaction (Browser) allows you to monitor the availability and performance of your web transactions using an actual web browser. To check the end-user experience–a robust recorder tool is used, which records the web transactions and then plays them back via a real browser like Firefox or

Chrome.”))); Site24x7 uses explicit wait commands, such as a command to "Wait for an element to load" or "Wait for an element to be visible", and in order to perform such a validation, Site24x7 must necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked for during validation (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html); and computer program code for performing the validation test using at least one of the DOM access methods of the web browsing components, wherein during the validation test, the at least one webpage is newly rendered and details of organization and structure of elements for the at least one webpage as newly rendered are accessed via the at least one of the DOM access methods and compared to the stored details in the recorded script (for example, Site24x7 allows a user to create or record a test and then play it back by running it (https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("Install the Web Transaction (Browser) Recorder add-on, which records all the user interaction in your web application in their exact sequence and notifies when any error is detected. This monitoring feature will use an actual browser Firefox or Chrome to play-back the captured web transaction."); https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-monitor.html; https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html) ("The Web Transaction (Browser) monitor records and saves the user actions in a web script. These powerful scripts act as a means to measure the web performance via a real browser simulation.")); Site24x7 interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html; https://www.site24x7.com/help/admin/adding-a-monitor/website-defacement-monitoring.html ("A document object model (DOM) for a webpage lists each element that appears on the webpage, including content, links, style specifications, scripts and more. The Website defacement monitor fetches this document object model (DOM) for your website during the initial monitor setup process."); https://www.site24x7.com/website-monitoring-comparison.html; ("During poll the current Document Object Model (DOM) of the website is compared with a baseline DOM to detect and update the content modified threshold automatically.");

https://www.site24x7.com/monitor-webpage-defacement.html ("Site24x7 compares the current DOM to previously recorded DOM.")); Site24x7 uses explicit wait commands to search for the expected elements against which it validates the webpage being rendered (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html); and Site24x7 locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://support.site24x7.com/portal/en/kb/articles/in-my-website-i-have-randomly-changing-elements-such-as-ticket-prices-and-stock-quotes-do-i-have-to-record-each-time-the-value-changes ("The Site24x7 Web Transaction (Browser) Recorder will capture all the attributes of a particular HTML element (the text link in this case) such as ID, name, CSS, and XPath during the initial recording itself. During monitoring, Site24x7 will use any one of the attributes to identify the element."); https://support.site24x7.com/portal/en/kb/articles/list-of-selenium-commands-supported-in-real-browser-monitor; https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("The Intelligent Capture functionality in Web Transaction (Browser) learns about changes made to any user interactive element in a web page and updates the scripts accordingly.")); as disclosed in the '271 Patent.

57.     Defendants will, on information and belief, continue to directly infringe the '271 Patent unless enjoined.

58.     To the extent Defendants' Site24x7 Infringing Products, without more, do not directly infringe at least claim 1 of the '271 Patent, at least as of November 13, 2020, Defendants contribute to infringement of the same under 35 U.S.C. § 271(c) inasmuch as the Site24x7 Infringing Products offered for sale and sold by Defendants are each a component of a patented machine or an apparatus used in practicing a patented process, constituting a material part of SRI's invention, knowing the same to be especially made or especially adapted for use in infringement of the '271 Patent.  For example, as set forth above, Site24x7, when used in its normal and intended usage (pursuant to the instructions set forth on Defendants' website), infringes claim 1 of the '271 Patent. *See supra*, ¶ 55.

59.     Defendants will, on information and belief, continue to contribute to infringement of the '271 Patent unless enjoined.

60.     Defendants actively encourage their customers to use Defendants' Site24x7 Infringing Products in an infringing manner.  For example, Defendants' website is replete with written

**Over 12,000 Customers use Site24x7**



directions, screenshots, and videos instructing users on how to use the Site24x7 Infringing Products in an infringing manner.  For example, as set forth above, Defendants' website regarding Site24x7 specifically instructs users of the Site24x7 Infringing Products how to infringe claim 1 of the '271 patent.  *See supra*, ¶ 55.  Defendants' website also touts the identities of customers who use the Site24x7 Infringing Products, each of whom is a direct infringer inasmuch as they use the Site24x7 Infringing Products in the infringing manner as instructed by Defendants:

61.     Upon information and belief, and particularly by way of the detailed documentation instructing users on how to use the Site24x7 Infringing Products in an infringing manner (*see supra*, ¶¶ 55, 59), Defendants have encouraged this infringement with knowledge of the '271 Patent and with a specific intent to cause their customers and distributors to infringe.

62.     Defendants' acts thus constitute active inducement of patent infringement in violation of 35 U.S.C. § 271(b).

63.     Defendants will, on information and belief, continue to induce infringement of the '271 Patent unless enjoined.

64.     Defendants' direct infringement, contributory infringement, and inducement of infringement have irreparably harmed SRI.

65.     Defendants will, on information and belief, continue to irreparably harm SRI unless enjoined.

66.     Pursuant to 35 U.S.C. § 284, SRI is entitled to damages adequate to compensate for the infringement but in no event less than a reasonable royalty.

67.     Defendants' infringement has been and is willful and, pursuant to 35 U.S.C. § 284, SRI is entitled to treble damages.  Defendants' willful infringement is based at least on Defendants' knowledge of SRI, its products, and its patents since at least as early as November 13, 2020. Defendants have either willfully and wantonly infringed the '271 Patent or have recklessly avoided knowledge of their own infringement, even when faced with knowledge of SRI's own products and the Patents-in-Suit.

68.     This case is "exceptional" within the meaning of 35 U.S.C. § 285, and SRI is entitled to an award of attorneys' fees.

## COUNT III – INFRINGEMENT OF THE '890 PATENT BY SITE24X7

69.     SRI re-alleges and incorporates the allegations of the preceding paragraphs of this FAC as if fully set forth herein.

70.     SRI is the assignee and owner of all right, title, and interest in and to the '890 Patent, which was issued on March 5, 2013.  A true and correct copy of the '890 Patent is attached hereto as Exhibit C.

71.     The '890 Patent addresses an invention for testing websites.  The disclosed innovation tests many facets of the website's experience and operation, including by providing novel approaches to creating, storing, and executing test scripts capable of accurately testing Asynchronous Javascript and XML ("AJAX") webpage elements.

72.     SRI has the exclusive right to make, use, sell, and offer to sell any product embodying the '890 Patent throughout the United States, and to import any product embodying the '890 Patent into the United States.

73.     SRI has commercially exploited the '890 Patent by making, marketing, selling, and using products covered by the '890 Patent, including its popular eValid™ software products.  SRI continues to commercially exploit the '890 Patent through the present, at least by continuing to provide maintenance and support to users of its popular eValid™ software products.

74.     Defendants have had knowledge of the '890 Patent, SRI, and SRI's products embodying the inventions claimed in the Patents-in-Suit since at least as early as November 13, 2020. *See* Exh. H.

75.     At all relevant times, SRI provided public notice of the '890 Patent by properly marking its products and its website pursuant to 35 U.S.C. § 287(a).

76.     Defendants have been, and are currently, directly infringing at least claim 1 of the '890 Patent in violation of 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, selling, offering for sale, and/or importing into the United States Defendants' Site24x7 Infringing Products, which, as set forth in documentation available on Defendants' website, comprise the non-transitory computer readable media disclosed in the '890 Patent—both as maintained in Defendants' files and as made accessible to its users to whom Defendants offer and sell the Site24x7 Infringing Products—including at least computer program code stored therein for providing a test-enabled web browser, said medium comprising computer program code for providing web browsing capabilities (for example, "Using Site24x7's synthetic monitoring tool, you can continuously test the availability, performance, and functionality for all critical components that help deliver your digital business to guarantee site reliability and a better end-user experience." (https://www.site24x7.com/synthetic-monitoring.html); "Web Transaction (Browser) allows you to monitor the availability and performance of your web transactions using an actual web browser. To check the end-user experience–a robust recorder tool is used, which records the web transactions and then plays them back via a real browser like Firefox or Chrome." (https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html)); "Use our browser extension to record critical business transactions, and check them from multiple locations by simulating traffic. Record typical user paths or actions like a form submission, add to shopping cart, or import Selenium IDE test scripts, and play them back at regular intervals on a real browser like Chrome or Firefox to ensure an error-free experience for your users." (https://www.site24x7.com/synthetic-monitoring.html); "With Web Transaction (Browser) Monitor, you can measure the actual availability and performance of multi-step web interactions, such as e-payment gateways or online shopping carts using a real browser like Firefox/Chrome." (https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html)); the website, necessarily including at least one webpage, necessarily resides on a remote server and Site24x7 as used with a web browser, such as Firefox or Chrome, is a "test-enabled

web browser" (for example, "Simulate navigation paths—common actions like sign up or a complex user journey from login to the payment gateway—on a real browser to identify and resolve potential issues before they affect your customers." (https://www.site24x7.com/website-monitoring.html?utm_source=redirect); "Web Transaction (Browser) allows you to monitor the availability and performance of your web transactions using an actual web browser. To check the end-user experience–a robust recorder tool is used, which records the web transactions and then plays them back via a real browser like Firefox or Chrome."

(https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html); "Monitor availability and performance of your web application by periodically simulating the scripted actions from geographically dispersed web traffic via a real browser like Chrome or Firefox." https://www.site24x7.com/selenium-monitoring.html;

https://www.site24x7.com/synthetic-monitoring.html)) and allows a user to browse the web via common web browsing activities, such as mouse clicks, validations, and navigating to a web page (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html;

https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-transaction-recorder.html#record-new-transaction); computer program code for testing capabilities of a website hosted by a server and accessible to the computer via a network wherein the computer program code for testing capabilities of the website includes at least computer program code configured to receive a synchronization check from a user using the test enabled browser, to insert the synchronization check into a test script for testing at least one webpage of the website (for example, Site24x7 allows for the creation of test scripts to test websites by recording a user's interactions with the web page in question and allowing the user to play back those test scripts

(https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("Install the Web Transaction (Browser) Recorder add-on, which records all the user interaction in your web application in their exact sequence and notifies when any error is detected. This monitoring feature will use an actual browser Firefox or Chrome to play-back the captured web transaction.");

https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html) ("The Web Transaction (Browser) monitor records and saves the user actions in a web script. These

powerful scripts act as a means to measure the web performance via a real browser simulation.");
https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html
("Web Transaction (Browser) allows you to monitor the availability and performance of your web
transactions using an actual web browser. To check the end-user experience–a robust recorder tool is
used, which records the web transactions and then plays them back via a real browser like Firefox or
Chrome."))); Site24x7 interrogates the DOM to identify and extract relevant information regarding at
least the page elements germane to the script, including each such element's index and value, and
stores those details in the test script (https://www.site24x7.com/help/admin/adding-a-
monitor/advanced-web-script-editing.html; https://www.site24x7.com/help/admin/adding-a-
monitor/website-defacement-monitoring.html ("A document object model (DOM) for a webpage lists
each element that appears on the webpage, including content, links, style specifications, scripts and
more. The Website defacement monitor fetches this document object model (DOM) for your website
during the initial monitor setup process."); https://www.site24x7.com/website-monitoring-
comparison.html; ("During poll the current Document Object Model (DOM) of the website is
compared with a baseline DOM to detect and update the content modified threshold automatically.");
https://www.site24x7.com/monitor-webpage-defacement.html ("Site24x7 compares the current DOM
to previously recorded DOM.")); Site24x7 uses explicit wait commands, such as a command to "Wait
for an element to load" or "Wait for an element to be visible", and in order to perform such a
validation, Site24x7 must necessarily store facts about the webpage being rendered, i.e., the expected
condition to be checked for during validation (https://www.site24x7.com/help/admin/adding-a-
monitor/advanced-web-script-editing.html); Site24x7 locates these page elements based on their
DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic
Linked Libraries associated with a browser code library
(https://support.site24x7.com/portal/en/kb/articles/in-my-website-i-have-randomly-changing-
elements-such-as-ticket-prices-and-stock-quotes-do-i-have-to-record-each-time-the-value-changes
("The Site24x7 Web Transaction (Browser) Recorder will capture all the attributes of a particular
HTML element (the text link in this case) such as ID, name, CSS, and XPath during the initial
recording itself. During monitoring, Site24x7 will use any one of the attributes to identify the

1  element."); https://support.site24x7.com/portal/en/kb/articles/list-of-selenium-commands-supported-

2  in-real-browser-monitor; https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-

3  monitoring-realbrowser.html ("The Intelligent Capture functionality in Web Transaction (Browser)

4  learns about changes made to any user interactive element in a web page and updates the scripts

5  accordingly.")); and Site24x7 allows for the testing of content dynamically generated by AJAX

6  programming including using, upon information and belief, its various wait commands to

7  synchronize playback and allow for testing of content dynamically generated by AJAX programming

8  (https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-

9  monitor.html ("Typical user transactions like login checks, form filling, AJAX requests, search in a

10  page etc. can be captured and recorded."); https://www.site24x7.com/help/admin/adding-a-

11  monitor/advanced-web-script-editing.html ("Command:

12  wait_for_element_presence("identifier","identifier_value",timeout)");

13  https://www.site24x7.com/real-user-monitoring.html ("Identify and resolve Java Script errors,

14  monitor the performance of AJAX calls, and gain insights on user sessions.")); the test script being

15  separate from the at least one webpage being tested (for example, Site24x7 stores and accesses test

16  scripts separately from the webpage itself (https://www.site24x7.com/help/admin/adding-a-

17  monitor/import-selenium-script-synthetic-monitor.html ("Site24x7 uses a Web Transaction (Browser)

18  Recorder to record all user interactions in the exact sequence and stores them as webscripts. At

19  regular intervals of time, the transactions are mimiced similar to a user's interaction with the website

20  using a real browser such as, Firefox and Chrome"); https://www.site24x7.com/help/admin/adding-a-

21  monitor/import-selenium-script-synthetic-monitor.html;

22  https://www.selenium.dev/documentation/webdriver/waits/;

23  https://www.softwaretestinghelp.com/selenium-webdriver-commands-selenium-tutorial-17/ ("To

24  handle cases where an element takes too much time to be visible on the software web page applying

25  implicit wait becomes tricky. In this case, we can write a comment to wait until the element appears

26  on the webpage."); https://www.softwaretestingmaterial.com/selenium-fluentwait/), the at least one

27  webpage being tested including AJAX programming, and to automatically synchronize playback of

28  the test script using at least the synchronization check to maintain the test enabled browser's state

with respect to the AJAX programming by means of the synchronization check in the test script to a Document Object Model (DOM) associated with the at least one webpage of the website (for example, Site24x7 allows a user to create or record a test script and then play it back by running it (https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("Install the Web Transaction (Browser) Recorder add-on, which records all the user interaction in your web application in their exact sequence and notifies when any error is detected. This monitoring feature will use an actual browser Firefox or Chrome to play-back the captured web transaction."); https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-monitor.html; https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html) ("The Web Transaction (Browser) monitor records and saves the user actions in a web script. These powerful scripts act as a means to measure the web performance via a real browser simulation."))); Site24x7 interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html; https://www.site24x7.com/help/admin/adding-a-monitor/website-defacement-monitoring.html ("A document object model (DOM) for a webpage lists each element that appears on the webpage, including content, links, style specifications, scripts and more. The Website defacement monitor fetches this document object model (DOM) for your website during the initial monitor setup process."); https://www.site24x7.com/website-monitoring-comparison.html; ("During poll the current Document Object Model (DOM) of the website is compared with a baseline DOM to detect and update the content modified threshold automatically."); https://www.site24x7.com/monitor-webpage-defacement.html ("Site24x7 compares the current DOM to previously recorded DOM.")); Site24x7 uses explicit wait commands, such as a command to "Wait for an element to load" or "Wait for an element to be visible", and in order to perform such a validation, Site24x7 must necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked for during validation (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html); Site24x7 locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic

1   Linked Libraries associated with a browser code library

2   (https://support.site24x7.com/portal/en/kb/articles/in-my-website-i-have-randomly-changing-

3   elements-such-as-ticket-prices-and-stock-quotes-do-i-have-to-record-each-time-the-value-changes

4   ("The Site24x7 Web Transaction (Browser) Recorder will capture all the attributes of a particular

5   HTML element (the text link in this case) such as ID, name, CSS, and XPath during the initial

6   recording itself. During monitoring, Site24x7 will use any one of the attributes to identify the

7   element."); https://support.site24x7.com/portal/en/kb/articles/list-of-selenium-commands-supported-

8   in-real-browser-monitor; https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-

9   monitoring-realbrowser.html ("The Intelligent Capture functionality in Web Transaction (Browser)

10   learns about changes made to any user interactive element in a web page and updates the scripts

11   accordingly.")); and Site24x7 allows for the testing of content dynamically generated by AJAX

12   programming including using, upon information and belief, its various wait commands to

13   synchronize playback and allow for testing of content dynamically generated by AJAX programming

14   (https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-

15   monitor.html ("Typical user transactions like login checks, form filling, AJAX requests, search in a

16   page etc. can be captured and recorded."); https://www.site24x7.com/help/admin/adding-a-

17   monitor/advanced-web-script-editing.html ("Command:

18   wait_for_element_presence("identifier","identifier_value",timeout)");

19   https://www.site24x7.com/real-user-monitoring.html ("Identify and resolve Java Script errors,

20   monitor the performance of AJAX calls, and gain insights on user sessions.")); wherein the

21   synchronization check in the test script and web browsing activities provided by the web browsing

22   capabilities are able to separately access the DOM associated with the at least one webpage of the

23   website (for example, Site24x7 stores and accesses test scripts separately from the webpage itself

24   (https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-

25   monitor.html ("Site24x7 uses a Web Transaction (Browser) Recorder to record all user interactions in

26   the exact sequence and stores them as webscripts. At regular intervals of time, the transactions are

27   mimiced similar to a user's interaction with the website using a real browser such as, Firefox and

28   Chrome"); https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-

synthetic-monitor.html; https://www.selenium.dev/documentation/webdriver/waits/; https://www.softwaretestinghelp.com/selenium-webdriver-commands-selenium-tutorial-17/ ("To handle cases where an element takes too much time to be visible on the software web page applying implicit wait becomes tricky. In this case, we can write a comment to wait until the element appears on the webpage."); https://www.softwaretestingmaterial.com/selenium-fluentwait/)), wherein the synchronization check is inserted into the test script as at least one command, and the at least one command operates, when executed, to: find a current index of at least one DOM element of the at least one webpage based on a specified property name and/or property value; and (i) submit a named event to the at least one DOM element of the at least one webpage having the current index, or (ii) insert or verify a value in the at least one DOM element of the at least one webpage having the current index (for example, Site24x7 allows a user to create or record a test script and then play it back by running it (https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("Install the Web Transaction (Browser) Recorder add-on, which records all the user interaction in your web application in their exact sequence and notifies when any error is detected. This monitoring feature will use an actual browser Firefox or Chrome to play-back the captured web transaction."); https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-monitor.html; https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html) ("The Web Transaction (Browser) monitor records and saves the user actions in a web script. These powerful scripts act as a means to measure the web performance via a real browser simulation."))); Site24x7 interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html; https://www.site24x7.com/help/admin/adding-a-monitor/website-defacement-monitoring.html ("A document object model (DOM) for a webpage lists each element that appears on the webpage, including content, links, style specifications, scripts and more. The Website defacement monitor fetches this document object model (DOM) for your website during the initial monitor setup process."); https://www.site24x7.com/website-monitoring-comparison.html; ("During poll the current

Document Object Model (DOM) of the website is compared with a baseline DOM to detect and update the content modified threshold automatically."); https://www.site24x7.com/monitor-webpage-defacement.html ("Site24x7 compares the current DOM to previously recorded DOM.")); Site24x7 uses explicit wait commands, such as a command to "Wait for an element to load" or "Wait for an element to be visible", and in order to perform such a validation, Site24x7 must necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked for during validation (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html); Site24x7 locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://support.site24x7.com/portal/en/kb/articles/in-my-website-i-have-randomly-changing-elements-such-as-ticket-prices-and-stock-quotes-do-i-have-to-record-each-time-the-value-changes ("The Site24x7 Web Transaction (Browser) Recorder will capture all the attributes of a particular HTML element (the text link in this case) such as ID, name, CSS, and XPath during the initial recording itself. During monitoring, Site24x7 will use any one of the attributes to identify the element."); https://support.site24x7.com/portal/en/kb/articles/list-of-selenium-commands-supported-in-real-browser-monitor; https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("The Intelligent Capture functionality in Web Transaction (Browser) learns about changes made to any user interactive element in a web page and updates the scripts accordingly.")); and Site24x7 allows for the testing of content dynamically generated by AJAX programming including using, upon information and belief, its various wait commands to synchronize playback and allow for testing of content dynamically generated by AJAX programming (https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-monitor.html ("Typical user transactions like login checks, form filling, AJAX requests, search in a page etc. can be captured and recorded."); https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html ("Command: wait_for_element_presence("identifier","identifier_value",timeout)"); https://www.site24x7.com/real-user-monitoring.html ("Identify and resolve Java Script errors,

1    monitor the performance of AJAX calls, and gain insights on user sessions.")), as disclosed in the

2    '890 Patent.

3        77.    Defendants will, on information and belief, continue to directly infringe the '890

4    Patent unless enjoined.

5        78.    To the extent Defendants' Site24x7 Infringing Products, without more, do not directly

6    infringe at least claim 1 of the '890 Patent, at least as of November 13, 2020, Defendants contribute

7    to infringement of the same under 35 U.S.C. § 271(c) inasmuch as the Site24x7 Infringing Products

8    offered for sale and sold by Defendants are each a component of a patented machine or an apparatus

9    used in practicing a patented process, constituting a material part of SRI's invention, knowing the

10   same to be especially made or especially adapted for use in infringement of the '890 Patent.  For

11   example, Site24x7, when used in its normal and intended usage (pursuant to the instructions set forth

12   on Defendants' website) infringes claim 1 of the '890 Patent.  *See supra*, ¶ 74.

13       79.    Defendants will, on information and belief, continue to contribute to infringement of

14   the '890 Patent unless enjoined.

15       80.    Defendants actively encourage their customer to use Defendants' Site24x7 Infringing

16   Products in an infringing manner.  For example, Defendants' website is replete with written

17   directions, screenshots, and videos instructing users on how to use the Site24x7 Infringing Products

18   in an infringing manner.  For example, as set forth above, Defendants' website regarding Site24x7

19   specifically instructs users of the Site24x7 Infringing Products how to infringe claim 1 of the '890

20   patent.  *See supra*, ¶ 74.  Defendants' website also touts the identities of customers who use the

21   Site24x7 Infringing Products, each of whom is a direct infringer inasmuch as they use the Site24x7

22   Infringing Products in the infringing manner as instructed by Defendants:

### Over 12,000 Customers use Site24x7

     

     

81.     Upon information and belief, and particularly by way of the detailed documentation instructing users on how to use the Site24x7 Infringing Products in an infringing manner (*see supra*, ¶¶ 74, 78), Defendants have encouraged this infringement with knowledge of the '890 Patent and with a specific intent to cause their customers and distributors to infringe.

82.     Defendants' acts thus constitute active inducement of patent infringement in violation of 35 U.S.C. § 271(b).

83.     Defendants will, on information and belief, continue to induce infringement of the '890 Patent unless enjoined.

84.     Defendants' direct infringement, contributory infringement, and inducement of infringement have irreparably harmed SRI.

85.     Defendants will, on information and belief, continue to irreparably harm SRI unless enjoined.

86.     Pursuant to 35 U.S.C. § 284, SRI is entitled to damages adequate to compensate for the infringement but in no event less than a reasonable royalty.

87.     Defendants' infringement has been and is willful and, pursuant to 35 U.S.C. § 284, SRI is entitled to treble damages.  Defendants' willful infringement is based at least on Defendants' knowledge of SRI, its products, and its patents since at least as early as November 13, 2020. Defendants have either willfully and wantonly infringed the '890 Patent or have recklessly avoided knowledge of their own infringement, even when faced with knowledge of SRI's own products and the Patents-in-Suit.

88.     This case is "exceptional" within the meaning of 35 U.S.C. § 285, and SRI is entitled to an award of attorneys' fees.

## COUNT IV – INFRINGEMENT OF THE '585 PATENT BY SITE24X7

89.     SRI re-alleges and incorporates the allegations of the preceding paragraphs of this FAC as if fully set forth herein.

90.     SRI is the assignee and owner of all right, title, and interest in and to the '585 Patent, which was issued on July 23, 2013.  A true and correct copy of the '585 Patent is attached hereto as Exhibit D.

91.     The '585 Patent addresses an invention for testing websites.  The disclosed innovation tests many facets of the website's experience and operation, including by providing novel approaches to creating, storing, and executing test scripts capable of accurately testing AJAX webpage elements.

92.     SRI has the exclusive right to make, use, sell, and offer to sell any product embodying the '585 Patent throughout the United States, and to import any product embodying the '585 Patent into the United States.

93.     SRI has commercially exploited the '585 Patent by making, marketing, selling, and using products covered by the '585 Patent, including its popular eValid™ software products.  SRI continues to commercially exploit the '585 Patent through the present, at least by continuing to provide maintenance and support to users of its popular eValid™ software products.

94.     Defendants have had knowledge of the '585 Patent, SRI, and SRI's products embodying the inventions claimed in the Patents-in-Suit since at least as early as November 13, 2020. *See* Exh. H.

95.     At all relevant times, SRI provided public notice of the '585 Patent by properly marking its products and its website pursuant to 35 U.S.C. § 287(a).

96.     Defendants have been, and are currently, directly infringing at least claim 1 of the '585 Patent in violation of 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, selling, offering for sale, and/or importing into the United States Defendants' Site24x7 Infringing Products, which, as set forth in documentation available on Defendants' website, comprise the non-transitory computer readable media disclosed in the '585 Patent—both as maintained in Defendants' files and as made accessible to its users to whom Defendants offer and sell the Site24x7 Infringing Products —including at least computer program code for providing a test enabled web browser, said medium comprising computer program code for providing web browsing capabilities (for example, "Using Site24x7's synthetic monitoring tool, you can continuously test the availability, performance, and functionality for all critical components that help deliver your digital business to guarantee site reliability and a better end-user experience." (https://www.site24x7.com/synthetic-monitoring.html); "Web Transaction (Browser) allows you to monitor the availability and performance of your web transactions using an actual web browser. To

check the end-user experience–a robust recorder tool is used, which records the web transactions and then plays them back via a real browser like Firefox or Chrome."

(https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html)); "Use our browser extension to record critical business transactions, and check them from multiple locations by simulating traffic. Record typical user paths or actions like a form submission, add to shopping cart, or import Selenium IDE test scripts, and play them back at regular intervals on a real browser like Chrome or Firefox to ensure an error-free experience for your users." (https://www.site24x7.com/synthetic-monitoring.html); "With Web Transaction (Browser) Monitor, you can measure the actual availability and performance of multi-step web interactions, such as e-payment gateways or online shopping carts using a real browser like Firefox/Chrome." (https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html)); the website, necessarily including at least one webpage, necessarily resides on a remote server and Site24x7 as used with a web browser, such as Firefox or Chrome, is a "test-enabled web browser" (for example, "Simulate navigation paths—common actions like sign up or a complex user journey from login to the payment gateway—on a real browser to identify and resolve potential issues before they affect your customers." (https://www.site24x7.com/website-monitoring.html?utm_source=redirect); "Web Transaction (Browser) allows you to monitor the availability and performance of your web transactions using an actual web browser. To check the end-user experience–a robust recorder tool is used, which records the web transactions and then plays them back via a real browser like Firefox or Chrome." (https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html); "Monitor availability and performance of your web application by periodically simulating the scripted actions from geographically dispersed web traffic via a real browser like Chrome or Firefox." https://www.site24x7.com/selenium-monitoring.html; https://www.site24x7.com/synthetic-monitoring.html)) and allows a user to browse the web via common web browsing activities, such as mouse clicks, validations, and navigating to a web page (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html; https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-transaction-

recorder.html#record-new-transaction); computer program code for testing capabilities of a website hosted by a server and accessible to a computer via a network wherein the computer program code for testing capabilities of the website includes computer program code configured to receive a synchronization check from a user using the test enabled web browser, to insert the synchronization check into a test script for testing at least one webpage of the website (for example, Site24x7 allows a user to create or record a test script and then play it back by running it (https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("Install the Web Transaction (Browser) Recorder add-on, which records all the user interaction in your web application in their exact sequence and notifies when any error is detected. This monitoring feature will use an actual browser Firefox or Chrome to play-back the captured web transaction."); https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-monitor.html; https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html) ("The Web Transaction (Browser) monitor records and saves the user actions in a web script. These powerful scripts act as a means to measure the web performance via a real browser simulation."))); Site24x7 interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html; https://www.site24x7.com/help/admin/adding-a-monitor/website-defacement-monitoring.html ("A document object model (DOM) for a webpage lists each element that appears on the webpage, including content, links, style specifications, scripts and more. The Website defacement monitor fetches this document object model (DOM) for your website during the initial monitor setup process."); https://www.site24x7.com/website-monitoring-comparison.html; ("During poll the current Document Object Model (DOM) of the website is compared with a baseline DOM to detect and update the content modified threshold automatically."); https://www.site24x7.com/monitor-webpage-defacement.html ("Site24x7 compares the current DOM to previously recorded DOM.")); Site24x7 uses explicit wait commands, such as a command to "Wait for an element to load" or "Wait for an element to be visible", and in order to perform such a validation, Site24x7 must necessarily store facts about the webpage being rendered, i.e., the expected

condition to be checked for during validation (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html); Site24x7 locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://support.site24x7.com/portal/en/kb/articles/in-my-website-i-have-randomly-changing-elements-such-as-ticket-prices-and-stock-quotes-do-i-have-to-record-each-time-the-value-changes ("The Site24x7 Web Transaction (Browser) Recorder will capture all the attributes of a particular HTML element (the text link in this case) such as ID, name, CSS, and XPath during the initial recording itself. During monitoring, Site24x7 will use any one of the attributes to identify the element."); https://support.site24x7.com/portal/en/kb/articles/list-of-selenium-commands-supported-in-real-browser-monitor; https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("The Intelligent Capture functionality in Web Transaction (Browser) learns about changes made to any user interactive element in a web page and updates the scripts accordingly.")); Site24x7 allows for the testing of content dynamically generated by AJAX programming including using, upon information and belief, its various wait commands to synchronize playback and allow for testing of content dynamically generated by AJAX programming (https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-monitor.html ("Typical user transactions like login checks, form filling, AJAX requests, search in a page etc. can be captured and recorded."); https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html ("Command: wait_for_element_presence("identifier","identifier_value",timeout)"); https://www.site24x7.com/real-user-monitoring.html ("Identify and resolve Java Script errors, monitor the performance of AJAX calls, and gain insights on user sessions.")); the test script being separate from the at least one webpage being tested (for example, Site24x7 stores and accesses test scripts separately from the webpage itself (https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-monitor.html ("Site24x7 uses a Web Transaction (Browser) Recorder to record all user interactions in the exact sequence and stores them as webscripts. At regular intervals of time, the transactions are mimiced similar to a user's interaction with the website

using a real browser such as, Firefox and Chrome"); https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-monitor.html;

https://www.selenium.dev/documentation/webdriver/waits/;

https://www.softwaretestinghelp.com/selenium-webdriver-commands-selenium-tutorial-17/ ("To handle cases where an element takes too much time to be visible on the software web page applying implicit wait becomes tricky. In this case, we can write a comment to wait until the element appears on the webpage."); https://www.softwaretestingmaterial.com/selenium-fluentwait/)); the at least one webpage being tested including AJAX programming, and to automatically synchronize playback of the test script using at least the synchronization check to maintain the test enabled browser's state with respect to the AJAX programming by means of the synchronization check in the test script to a DOM associated with the website (for example, Site24x7 allows a user to create or record a test script and then play it back by running it; to achieve such functionality, Site24x7 necessarily renders and examines the web page for the creation of tests by recording a user's interactions with the web page in question and allowing the user to play back those test scripts (https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("Install the Web Transaction (Browser) Recorder add-on, which records all the user interaction in your web application in their exact sequence and notifies when any error is detected. This monitoring feature will use an actual browser Firefox or Chrome to play-back the captured web transaction."); https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-monitor.html; https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html) ("The Web Transaction (Browser) monitor records and saves the user actions in a web script. These powerful scripts act as a means to measure the web performance via a real browser simulation."))); Site24x7 interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html; https://www.site24x7.com/help/admin/adding-a-monitor/website-defacement-monitoring.html ("A document object model (DOM) for a webpage lists each element that appears on the webpage, including content, links, style specifications, scripts and

more. The Website defacement monitor fetches this document object model (DOM) for your website during the initial monitor setup process."); https://www.site24x7.com/website-monitoring-comparison.html; ("During poll the current Document Object Model (DOM) of the website is compared with a baseline DOM to detect and update the content modified threshold automatically."); https://www.site24x7.com/monitor-webpage-defacement.html ("Site24x7 compares the current DOM to previously recorded DOM.")); Site24x7 uses explicit wait commands, such as a command to "Wait for an element to load" or "Wait for an element to be visible", and in order to perform such a validation, Site24x7 must necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked for during validation (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html); Site24x7 locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://support.site24x7.com/portal/en/kb/articles/in-my-website-i-have-randomly-changing-elements-such-as-ticket-prices-and-stock-quotes-do-i-have-to-record-each-time-the-value-changes ("The Site24x7 Web Transaction (Browser) Recorder will capture all the attributes of a particular HTML element (the text link in this case) such as ID, name, CSS, and XPath during the initial recording itself. During monitoring, Site24x7 will use any one of the attributes to identify the element."); https://support.site24x7.com/portal/en/kb/articles/list-of-selenium-commands-supported-in-real-browser-monitor; https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("The Intelligent Capture functionality in Web Transaction (Browser) learns about changes made to any user interactive element in a web page and updates the scripts accordingly.")); Site24x7 allows for the testing of content dynamically generated by AJAX programming including using, upon information and belief, its various wait commands to synchronize playback and allow for testing of content dynamically generated by AJAX programming (https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-monitor.html ("Typical user transactions like login checks, form filling, AJAX requests, search in a page etc. can be captured and recorded."); https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html ("Command:

wait_for_element_presence("identifier","identifier_value",timeout)");

https://www.site24x7.com/real-user-monitoring.html ("Identify and resolve Java Script errors, monitor the performance of AJAX calls, and gain insights on user sessions.")); wherein the synchronization check in the test script and web browsing activities provided by the web browsing capabilities are able to separately access the DOM associated with the at least one webpage of the website (for example, Site24x7 stores and accesses test scripts separately from the webpage itself (https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-monitor.html ("Site24x7 uses a Web Transaction (Browser) Recorder to record all user interactions in the exact sequence and stores them as webscripts. At regular intervals of time, the transactions are mimiced similar to a user's interaction with the website using a real browser such as, Firefox and Chrome"); https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-monitor.html; https://www.selenium.dev/documentation/webdriver/waits/; https://www.softwaretestinghelp.com/selenium-webdriver-commands-selenium-tutorial-17/ ("To handle cases where an element takes too much time to be visible on the software web page applying implicit wait becomes tricky. In this case, we can write a comment to wait until the element appears on the webpage."); https://www.softwaretestingmaterial.com/selenium-fluentwait/)), and wherein the synchronization check is inserted into the test script as at least one command, and the at least one command operates, when executed, to find a current index of at least one DOM element of the at least one webpage based on a specified property name and/or property value, and (i) submit a named event to the at least one DOM element of the at least one webpage having the current index, or (ii) insert or verify a value in the at least one DOM element of the at least one webpage having the current index (for example, Site24x7 allows a user to create or record a test script and then play it back by running it (https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("Install the Web Transaction (Browser) Recorder add-on, which records all the user interaction in your web application in their exact sequence and notifies when any error is detected. This monitoring feature will use an actual browser Firefox or Chrome to play-back the captured web transaction."); https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-monitor.html; https://www.site24x7.com/help/admin/adding-a-

1   monitor/advanced-web-script-editing.html) ("The Web Transaction (Browser) monitor records and

2   saves the user actions in a web script. These powerful scripts act as a means to measure the web

3   performance via a real browser simulation.")))); Site24x7 interrogates the DOM to identify and extract

4   relevant information regarding at least the page elements germane to the script, including each such

5   element's index and value, and stores those details in the test script

6   (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html;

7   https://www.site24x7.com/help/admin/adding-a-monitor/website-defacement-monitoring.html ("A

8   document object model (DOM) for a webpage lists each element that appears on the webpage,

9   including content, links, style specifications, scripts and more. The Website defacement monitor

10  fetches this document object model (DOM) for your website during the initial monitor setup

11  process."); https://www.site24x7.com/website-monitoring-comparison.html; ("During poll the current

12  Document Object Model (DOM) of the website is compared with a baseline DOM to detect and

13  update the content modified threshold automatically."); https://www.site24x7.com/monitor-webpage-

14  defacement.html ("Site24x7 compares the current DOM to previously recorded DOM.")); Site24x7

15  uses explicit wait commands, such as a command to "Wait for an element to load" or "Wait for an

16  element to be visible", and in order to perform such a validation, Site24x7 must necessarily store

17  facts about the webpage being rendered, i.e., the expected condition to be checked for during

18  validation (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-

19  editing.html); Site24x7 locates these page elements based on their DOM indexes, which necessarily

20  requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a

21  browser code library (https://support.site24x7.com/portal/en/kb/articles/in-my-website-i-have-

22  randomly-changing-elements-such-as-ticket-prices-and-stock-quotes-do-i-have-to-record-each-time-

23  the-value-changes ("The Site24x7 Web Transaction (Browser) Recorder will capture all the attributes

24  of a particular HTML element (the text link in this case) such as ID, name, CSS, and XPath during

25  the initial recording itself. During monitoring, Site24x7 will use any one of the attributes to identify

26  the element."); https://support.site24x7.com/portal/en/kb/articles/list-of-selenium-commands-

27  supported-in-real-browser-monitor; https://www.site24x7.com/help/admin/adding-a-

28  monitor/webapplication-monitoring-realbrowser.html ("The Intelligent Capture functionality in Web

Transaction (Browser) learns about changes made to any user interactive element in a web page and updates the scripts accordingly.")); and Site24x7 allows for the testing of content dynamically generated by AJAX programming including using, upon information and belief, its various wait commands to synchronize playback and allow for testing of content dynamically generated by AJAX programming (https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-monitor.html ("Typical user transactions like login checks, form filling, AJAX requests, search in a page etc. can be captured and recorded."); https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html ("Command: wait_for_element_presence("identifier","identifier_value",timeout)"); https://www.site24x7.com/real-user-monitoring.html ("Identify and resolve Java Script errors, monitor the performance of AJAX calls, and gain insights on user sessions.")), as disclosed in the '585 Patent.

97.     Defendants will, on information and belief, continue to directly infringe the '585 Patent unless enjoined.

98.     To the extent Defendants' Site24x7 Infringing Products, without more, do not directly infringe at least claim 1 of the '585 Patent, at least as of November 13, 2020, Defendants contribute to infringement of the same under 35 U.S.C. § 271(c) inasmuch as the Site24x7 Infringing Products offered for sale and sold by Defendants are each a component of a patented machine or an apparatus used in practicing a patented process, constituting a material part of SRI's invention, knowing the same to be especially made or especially adapted for use in infringement of the '585 Patent.  For example, as set forth above, Site24x7, when used in its normal and intended usage (pursuant to the instructions set forth on Defendants' website) infringes claim 1 of the '585 Patent.  *See supra*, ¶ 93.

99.     Defendants will, on information and belief, continue to contribute to infringement of the '585 Patent unless enjoined.

100.    Defendants actively encourage their customer to use Defendants' Site24x7 Infringing Products in an infringing manner.  For example, Defendants' website is replete with written directions, screenshots, and videos instructing users on how to use the Site24x7 Infringing Products in an infringing manner.  For example, as set forth above, Defendants' website regarding Site24x7 specifically instructs users of the Site24x7 Infringing Products how to infringe claim 1 of the '585 patent. *See supra*, ¶ 93.  Defendants' website also touts the identities of customers who use the Site24x7 Infringing Products, each of whom is a direct infringer inasmuch as they use the Site24x7 Infringing Products in the infringing manner as instructed by Defendants:

## Over 12,000 Customers use Site24x7

      

   

101.    Upon information and belief, and particularly by way of the detailed documentation instructing users on how to use the Site24x7 Infringing Products in an infringing manner (*see supra*, ¶¶ 93, 97), Defendants have encouraged this infringement with knowledge of the '585 Patent and with a specific intent to cause their customers and distributors to infringe.

102.    Defendants' acts thus constitute active inducement of patent infringement in violation of 35 U.S.C. § 271(b).

103.    Defendants will, on information and belief, continue to induce infringement of the '585 Patent unless enjoined.

104.    Defendants' direct infringement, contributory infringement, and inducement of infringement have irreparably harmed SRI.

105.    Defendants will, on information and belief, continue to irreparably harm SRI unless enjoined.

106.    Pursuant to 35 U.S.C. § 284, SRI is entitled to damages adequate to compensate for the infringement but in no event less than a reasonable royalty.

107.     Defendants' infringement has been and is willful and, pursuant to 35 U.S.C. § 284, SRI is entitled to treble damages.  Defendants' willful infringement is based at least on Defendants' knowledge of SRI, its products, and its patents since at least as early as November 13, 2020. Defendants have either willfully and wantonly infringed the '585 Patent or have recklessly avoided knowledge of their own infringement, even when faced with knowledge of SRI's own products and the Patents-in-Suit.

108.     This case is "exceptional" within the meaning of 35 U.S.C. § 285, and SRI is entitled to an award of attorneys' fees.

## <u>COUNT V – INFRINGEMENT OF THE '493 PATENT BY SITE24X7</u>

109.     SRI re-alleges and incorporates the allegations of the preceding paragraphs of this FAC as if fully set forth herein.

110.     SRI is the assignee and owner of all right, title, and interest in and to the '493 Patent, which was issued on February 11, 2014.  A true and correct copy of the '493 Patent is attached hereto as Exhibit E.

111.     The '493 Patent addresses an invention for testing websites.  The disclosed innovation tests many facets of the website's experience and operation, including by providing novel approaches to creating, storing, and executing test scripts using website elements as opposed to the previously disclosed use of recording test scripts based upon user actions only.

112.     SRI has the exclusive right to make, use, sell, and offer to sell any product embodying the '493 Patent throughout the United States, and to import any product embodying the '493 Patent into the United States.

113.     SRI has commercially exploited the '493 Patent by making, marketing, selling, and using products covered by the '493 Patent, including its popular eValid™ software products.  SRI continues to commercially exploit the '493 Patent through the present, at least by continuing to provide maintenance and support to users of its popular eValid™ software products.

114.     Defendants have had knowledge of the '493 Patent, SRI, and SRI's products embodying the inventions claimed in the Patents-in-Suit since at least as early as November 13, 2020. *See* Exh. H.

115.    At all relevant times, SRI provided public notice of the '493 Patent by properly marking its products and its website under 35 U.S.C. § 287(a).

116.    Defendants have been, and are currently, directly infringing at least claim 1 of the '493 Patent in violation of 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, selling, offering for sale, and/or importing into the United States Defendants' Site24x7 Infringing Products, which, as set forth in documentation available on Defendants' website, comprise the non-transitory computer readable media disclosed in the '493 Patent—both as maintained in Defendants' files and as made accessible to its users to whom Defendants offer and sell the Site24x7 Infringing Products —including at least computer program code stored therein for providing a test-enabled browser for testing a website residing on a network (for example, "Using Site24x7's synthetic monitoring tool, you can continuously test the availability, performance, and functionality for all critical components that help deliver your digital business to guarantee site reliability and a better end-user experience." (https://www.site24x7.com/synthetic-monitoring.html); "Web Transaction (Browser) allows you to monitor the availability and performance of your web transactions using an actual web browser. To check the end-user experience–a robust recorder tool is used, which records the web transactions and then plays them back via a real browser like Firefox or Chrome." (https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html)); "Use our browser extension to record critical business transactions, and check them from multiple locations by simulating traffic. Record typical user paths or actions like a form submission, add to shopping cart, or import Selenium IDE test scripts, and play them back at regular intervals on a real browser like Chrome or Firefox to ensure an error-free experience for your users." (https://www.site24x7.com/synthetic-monitoring.html); "With Web Transaction (Browser) Monitor, you can measure the actual availability and performance of multi-step web interactions, such as e-payment gateways or online shopping carts using a real browser like Firefox/Chrome." (https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html)); the website, necessarily including at least one webpage, necessarily resides on a remote server and Site24x7 as used with a web browser, such as Firefox or Chrome, is a "test-enabled web browser" (for example, "Simulate navigation paths—common actions like sign up or a complex

user journey from login to the payment gateway—on a real browser to identify and resolve potential issues before they affect your customers." (https://www.site24x7.com/website-monitoring.html?utm_source=redirect); "Web Transaction (Browser) allows you to monitor the availability and performance of your web transactions using an actual web browser. To check the end-user experience–a robust recorder tool is used, which records the web transactions and then plays them back via a real browser like Firefox or Chrome." (https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html); "Monitor availability and performance of your web application by periodically simulating the scripted actions from geographically dispersed web traffic via a real browser like Chrome or Firefox." https://www.site24x7.com/selenium-monitoring.html; https://www.site24x7.com/synthetic-monitoring.html)); said medium comprising computer program code for interfacing with web browsing components, the web browsing components including DOM access methods, computer program code for accessing a website to be tested (for example, Site24x7 allows a user to browse the web via common web browsing activities, such as mouse clicks, validations, and navigating to a web page (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html; https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-transaction-recorder.html#record-new-transaction)); Site24x7 interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html; https://www.site24x7.com/help/admin/adding-a-monitor/website-defacement-monitoring.html ("A document object model (DOM) for a webpage lists each element that appears on the webpage, including content, links, style specifications, scripts and more. The Website defacement monitor fetches this document object model (DOM) for your website during the initial monitor setup process."); https://www.site24x7.com/website-monitoring-comparison.html; ("During poll the current Document Object Model (DOM) of the website is compared with a baseline DOM to detect and update the content modified threshold automatically."); https://www.site24x7.com/monitor-webpage-defacement.html ("Site24x7 compares the current DOM to previously recorded DOM.")); Site24x7

locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://support.site24x7.com/portal/en/kb/articles/in-my-website-i-have-randomly-changing-elements-such-as-ticket-prices-and-stock-quotes-do-i-have-to-record-each-time-the-value-changes ("The Site24x7 Web Transaction (Browser) Recorder will capture all the attributes of a particular HTML element (the text link in this case) such as ID, name, CSS, and XPath during the initial recording itself. During monitoring, Site24x7 will use any one of the attributes to identify the element."); https://support.site24x7.com/portal/en/kb/articles/list-of-selenium-commands-supported-in-real-browser-monitor; https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("The Intelligent Capture functionality in Web Transaction (Browser) learns about changes made to any user interactive element in a web page and updates the scripts accordingly.")); computer program code for rendering and examining at least one webpage of the website so as to extract details of elements of the webpage, and store the details of the webpage in a recorded script, such as recorded scripts generated through the testing component of the Site24x7 Infringing Products (for example, Site24x7 allows a user to create or record a test script and then play it back by running it (https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("Install the Web Transaction (Browser) Recorder add-on, which records all the user interaction in your web application in their exact sequence and notifies when any error is detected. This monitoring feature will use an actual browser Firefox or Chrome to play-back the captured web transaction."); https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-monitor.html; https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html) ("The Web Transaction (Browser) monitor records and saves the user actions in a web script. These powerful scripts act as a means to measure the web performance via a real browser simulation."))); Site24x7 interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html; https://www.site24x7.com/help/admin/adding-a-monitor/website-defacement-monitoring.html ("A

document object model (DOM) for a webpage lists each element that appears on the webpage, including content, links, style specifications, scripts and more. The Website defacement monitor fetches this document object model (DOM) for your website during the initial monitor setup process."); https://www.site24x7.com/website-monitoring-comparison.html; ("During poll the current Document Object Model (DOM) of the website is compared with a baseline DOM to detect and update the content modified threshold automatically."); https://www.site24x7.com/monitor-webpage-defacement.html ("Site24x7 compares the current DOM to previously recorded DOM.")); Site24x7 uses explicit wait commands, such as a command to "Wait for an element to load" or "Wait for an element to be visible", and in order to perform such a validation, Site24x7 must necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked for during validation (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html); Site24x7 locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://support.site24x7.com/portal/en/kb/articles/in-my-website-i-have-randomly-changing-elements-such-as-ticket-prices-and-stock-quotes-do-i-have-to-record-each-time-the-value-changes ("The Site24x7 Web Transaction (Browser) Recorder will capture all the attributes of a particular HTML element (the text link in this case) such as ID, name, CSS, and XPath during the initial recording itself. During monitoring, Site24x7 will use any one of the attributes to identify the element."); https://support.site24x7.com/portal/en/kb/articles/list-of-selenium-commands-supported-in-real-browser-monitor; https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("The Intelligent Capture functionality in Web Transaction (Browser) learns about changes made to any user interactive element in a web page and updates the scripts accordingly.")); computer program code for selecting a validation test to be performed (for example, Site24x7 allows a user to create or record a test script and then play it back by running it (https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("Install the Web Transaction (Browser) Recorder add-on, which records all the user interaction in your web application in their exact sequence and notifies when any error is detected. This monitoring feature will use an actual browser Firefox or Chrome to play-back the

captured web transaction."); https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-monitor.html; https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html) ("The Web Transaction (Browser) monitor records and saves the user actions in a web script. These powerful scripts act as a means to measure the web performance via a real browser simulation."))); and Site24x7 uses explicit wait commands, such as a command to "Wait for an element to load" or "Wait for an element to be visible", and in order to perform such a validation, Site24x7 must necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked for during validation (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html); and computer program code for performing the validation test using at least one of the DOM access methods of the web browsing components, wherein during the validation test, the at least one webpage is newly rendered and details of elements for the at least one webpage as newly rendered are accessed via the at least one of the DOM access methods and compared to the stored details in the recorded script (for example, Site24x7 allows a user to create or record a test script and then play it back by running it (https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("Install the Web Transaction (Browser) Recorder add-on, which records all the user interaction in your web application in their exact sequence and notifies when any error is detected. This monitoring feature will use an actual browser Firefox or Chrome to play-back the captured web transaction."); https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-monitor.html; https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html) ("The Web Transaction (Browser) monitor records and saves the user actions in a web script. These powerful scripts act as a means to measure the web performance via a real browser simulation."))); Site24x7 interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html; https://www.site24x7.com/help/admin/adding-a-monitor/website-defacement-monitoring.html ("A document object model (DOM) for a webpage lists each element that appears on the webpage,

including content, links, style specifications, scripts and more. The Website defacement monitor fetches this document object model (DOM) for your website during the initial monitor setup process."); https://www.site24x7.com/website-monitoring-comparison.html; ("During poll the current Document Object Model (DOM) of the website is compared with a baseline DOM to detect and update the content modified threshold automatically."); https://www.site24x7.com/monitor-webpage-defacement.html ("Site24x7 compares the current DOM to previously recorded DOM.")); Site24x7 uses explicit wait commands, such as a command to "Wait for an element to load" or "Wait for an element to be visible", and in order to perform such a validation, Site24x7 must necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked for during validation (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html); and Site24x7 locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://support.site24x7.com/portal/en/kb/articles/in-my-website-i-have-randomly-changing-elements-such-as-ticket-prices-and-stock-quotes-do-i-have-to-record-each-time-the-value-changes ("The Site24x7 Web Transaction (Browser) Recorder will capture all the attributes of a particular HTML element (the text link in this case) such as ID, name, CSS, and XPath during the initial recording itself. During monitoring, Site24x7 will use any one of the attributes to identify the element."); https://support.site24x7.com/portal/en/kb/articles/list-of-selenium-commands-supported-in-real-browser-monitor; https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("The Intelligent Capture functionality in Web Transaction (Browser) learns about changes made to any user interactive element in a web page and updates the scripts accordingly.")); as disclosed in the '493 Patent.

117.    Defendants will, on information and belief, continue to directly infringe the '493 Patent unless enjoined.

118.    To the extent Defendants' Site24x7 Infringing Products, without more, do not directly infringe at least claim 1 of the '493 Patent, at least as of November 13, 2020, Defendants contribute to infringement of the same under 35 U.S.C. § 271(c) inasmuch as the Site24x7 Infringing Products

offered for sale and sold by Defendants are each a component of a patented machine or an apparatus used in practicing a patented process, constituting a material part of SRI's invention, knowing the same to be especially made or especially adapted for use in infringement of the '493 Patent.  For example, as set forth above, Site24x7, when used in its normal and intended usage (pursuant to the instructions set forth on Defendants' website) infringes claim 1 of the '493 Patent.  *See supra*, ¶ 112.

119.     Defendants will, on information and belief, continue to contribute to infringement of the '493 Patent unless enjoined.

120.     Defendants actively encourage their customer to use Defendants' Site24x7 Infringing Products in an infringing manner.  For example, Defendants' website is replete with written directions, screenshots, and videos instructing users on how to use the Site24x7 Infringing Products in an infringing manner.  For example, as set forth above, Defendants' website regarding Site24x7 specifically instructs users of the Site24x7 Infringing Products how to infringe claim 1 of the '493 patent.  *See supra*, ¶ 112.  Defendants' website also touts the identities of customers who use the Site24x7 Infringing Products, each of whom is a direct infringer inasmuch as they use the Site24x7 Infringing Products in the infringing manner as instructed by Defendants:

### Over 12,000 Customers use Site24x7

      

  

121.     Upon information and belief, and particularly by way of the detailed documentation instructing users on how to use the Site24x7 Infringing Products in an infringing manner (*see supra*, ¶¶ 112, 116), Defendants have encouraged this infringement with knowledge of the '493 Patent and with a specific intent to cause their customers and distributors to infringe.

122.     Defendants' acts thus constitute active inducement of patent infringement in violation of 35 U.S.C. § 271(b).

123.     Defendants will, on information and belief, continue to induce infringement of the '493 Patent unless enjoined.

1   124.    Defendants' direct infringement, contributory infringement, and inducement of

2   infringement have irreparably harmed SRI.

3   125.    Defendants will, on information and belief, continue to irreparably harm SRI unless

4   enjoined.

5   126.    Pursuant to 35 U.S.C. § 284, SRI is entitled to damages adequate to compensate for

6   the infringement but in no event less than a reasonable royalty.

7   127.    Defendants' infringement has been and is willful and, pursuant to 35 U.S.C. § 284,

8   SRI is entitled to treble damages.  Defendants' willful infringement is based at least on Defendants'

9   knowledge of SRI, its products, and its patents since at least as early as November 13, 2020.

10  Defendants have either willfully and wantonly infringed the '493 Patent or have recklessly avoided

11  knowledge of their own infringement, even when faced with knowledge of SRI's own products and

12  the Patents-in-Suit.

13  128.    This case is "exceptional" within the meaning of 35 U.S.C. § 285, and SRI is entitled

14  to an award of attorneys' fees.

15  ## COUNT VI – INFRINGEMENT OF THE '491 PATENT BY SITE24X7

16  129.    SRI re-alleges and incorporates the allegations of the preceding paragraphs of this

17  FAC as if fully set forth herein.

18  130.    SRI is the assignee and owner of all right, title, and interest in and to the '491 Patent,

19  which was issued on March 17, 2015.  A true and correct copy of the '491 Patent is attached hereto as

20  Exhibit F.

21  131.    The '491 Patent addresses an invention for testing websites.  The disclosed innovation

22  tests many facets of the website's experience and operation, including by providing novel approaches

23  to creating, storing, and executing test scripts using website elements as opposed to the previously

24  disclosed use of recording test scripts based upon user actions only.

25  132.    SRI has the exclusive right to make, use, sell, and offer to sell any product embodying

26  the '491 Patent throughout the United States, and to import any product embodying the '491 Patent

27  into the United States.

28

133.    SRI has commercially exploited the '491 Patent by making, marketing, selling, and using products covered by the '491 Patent, including its popular eValid™ software products.  SRI continues to commercially exploit the '491 Patent through the present, at least by continuing to provide maintenance and support to users of its popular eValid™ software products.

134.    Defendants have had knowledge of the '491 Patent, SRI, and SRI's products embodying the inventions claimed in the Patents-in-Suit since at least as early as November 13, 2020.

135.    At all relevant times, SRI provided public notice of the '491 Patent by properly marking its products and its website pursuant to 35 U.S.C. § 287(a).

136.    Defendants have been, and are currently, directly infringing at least claim 1 of the '491 Patent in violation of 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, selling, offering for sale, and/or importing into the United States Defendants' Site24x7 Infringing Products, which, as set forth in documentation available on Defendants' website, comprise the non-transitory computer readable media disclosed in the '491 Patent—both as maintained in Defendants' files and as made accessible to its users to whom Defendants offer and sell the Site24x7 Infringing Products —including at least computer program code for testing capabilities of a website hosted by a server and accessible to a computer via a network (for example, "Using Site24x7's synthetic monitoring tool, you can continuously test the availability, performance, and functionality for all critical components that help deliver your digital business to guarantee site reliability and a better end-user experience." (https://www.site24x7.com/synthetic-monitoring.html); "Web Transaction (Browser) allows you to monitor the availability and performance of your web transactions using an actual web browser. To check the end-user experience–a robust recorder tool is used, which records the web transactions and then plays them back via a real browser like Firefox or Chrome." (https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html)); "Use our browser extension to record critical business transactions, and check them from multiple locations by simulating traffic. Record typical user paths or actions like a form submission, add to shopping cart, or import Selenium IDE test scripts, and play them back at regular intervals on a real browser like Chrome or Firefox to ensure an error-free experience for your users." (https://www.site24x7.com/synthetic-monitoring.html); "With Web Transaction (Browser) Monitor,

1  you can measure the actual availability and performance of multi-step web interactions, such as e-

2  payment gateways or online shopping carts using a real browser like Firefox/Chrome."

3  ([https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-](https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-)

4  [realbrowser.html](https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html)); the website, necessarily including at least one webpage, necessarily resides on a

5  remote server and Site24x7 as used with a web browser, such as Firefox or Chrome, is a "test-enabled

6  web browser" (for example, "Simulate navigation paths—common actions like sign up or a complex

7  user journey from login to the payment gateway—on a real browser to identify and resolve potential

8  issues before they affect your customers." ([https://www.site24x7.com/website-](https://www.site24x7.com/website-)

9  [monitoring.html?utm_source=redirect](https://www.site24x7.com/website-monitoring.html?utm_source=redirect)); "Web Transaction (Browser) allows you to monitor the

10  availability and performance of your web transactions using an actual web browser. To check the

11  end-user experience–a robust recorder tool is used, which records the web transactions and then plays

12  them back via a real browser like Firefox or Chrome."

13  ([https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-](https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-)

14  [realbrowser.html](https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html)); "Monitor availability and performance of your web application by periodically

15  simulating the scripted actions from geographically dispersed web traffic via a real browser like

16  Chrome or Firefox." ([https://www.site24x7.com/selenium-monitoring.html](https://www.site24x7.com/selenium-monitoring.html);

17  [https://www.site24x7.com/synthetic-monitoring.html](https://www.site24x7.com/synthetic-monitoring.html))); computer program code for providing web

18  browsing capabilities (for example, Site24x7 allows a user to browse the web via common web

19  browsing activities, such as mouse clicks, validations, and navigating to a web page

20  ([https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html](https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html);

21  [https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-transaction-](https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-transaction-)

22  [recorder.html#record-new-transaction](https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-transaction-recorder.html#record-new-transaction))); computer program code for testing capabilities of a website

23  hosted by a server and accessible to a computer via a network (for example, Site24x7 allows for the

24  creation of test scripts to test websites by recording a user's interactions with the web page in

25  question and allowing the user to play back those test scripts

26  ([https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html](https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html)

27  ("Install the Web Transaction (Browser) Recorder add-on, which records all the user interaction in

28  your web application in their exact sequence and notifies when any error is detected. This monitoring

feature will use an actual browser Firefox or Chrome to play-back the captured web transaction.");
https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html) ("The
Web Transaction (Browser) monitor records and saves the user actions in a web script. These
powerful scripts act as a means to measure the web performance via a real browser simulation.");
https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html
("Web Transaction (Browser) allows you to monitor the availability and performance of your web
transactions using an actual web browser. To check the end-user experience–a robust recorder tool is
used, which records the web transactions and then plays them back via a real browser like Firefox or
Chrome.")); wherein the computer program code for testing capabilities of the website includes at
least computer program code configured to have a synchronization check in a test script for testing at
least one web page of the website, and to automatically synchronize playback of the test script using
at least the synchronization check to maintain the test enabled browser's state by means of the
synchronization check in the test script to a Document Object Model (DOM) associated with the at
least one web page of the website, (for example, Site24x7 allows a user to create or record a test
script and then play it back by running it (https://app.site24x7.com/help/admin/adding-a-
monitor/webapplication-monitoring-realbrowser.html ("Install the Web Transaction (Browser)
Recorder add-on, which records all the user interaction in your web application in their exact
sequence and notifies when any error is detected. This monitoring feature will use an actual browser
Firefox or Chrome to play-back the captured web transaction.");
https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-
monitor.html; https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-
editing.html) ("The Web Transaction (Browser) monitor records and saves the user actions in a web
script. These powerful scripts act as a means to measure the web performance via a real browser
simulation."))); Site24x7 interrogates the DOM to identify and extract relevant information regarding
at least the page elements germane to the script, including each such element's index and value, and
stores those details in the test script (https://www.site24x7.com/help/admin/adding-a-
monitor/advanced-web-script-editing.html; https://www.site24x7.com/help/admin/adding-a-
monitor/website-defacement-monitoring.html ("A document object model (DOM) for a webpage lists

each element that appears on the webpage, including content, links, style specifications, scripts and more. The Website defacement monitor fetches this document object model (DOM) for your website during the initial monitor setup process."); https://www.site24x7.com/website-monitoring-comparison.html; ("During poll the current Document Object Model (DOM) of the website is compared with a baseline DOM to detect and update the content modified threshold automatically."); https://www.site24x7.com/monitor-webpage-defacement.html ("Site24x7 compares the current DOM to previously recorded DOM.")); Site24x7 uses explicit wait commands, such as a command to "Wait for an element to load" or "Wait for an element to be visible", and in order to perform such a validation, Site24x7 must necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked for during validation (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html); Site24x7 locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://support.site24x7.com/portal/en/kb/articles/in-my-website-i-have-randomly-changing-elements-such-as-ticket-prices-and-stock-quotes-do-i-have-to-record-each-time-the-value-changes ("The Site24x7 Web Transaction (Browser) Recorder will capture all the attributes of a particular HTML element (the text link in this case) such as ID, name, CSS, and XPath during the initial recording itself. During monitoring, Site24x7 will use any one of the attributes to identify the element."); https://support.site24x7.com/portal/en/kb/articles/list-of-selenium-commands-supported-in-real-browser-monitor; https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("The Intelligent Capture functionality in Web Transaction (Browser) learns about changes made to any user interactive element in a web page and updates the scripts accordingly.")); and Site24x7 allows for the testing of content dynamically generated by AJAX programming including using, upon information and belief, its various wait commands to synchronize playback and allow for testing of content dynamically generated by AJAX programming (https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-monitor.html ("Typical user transactions like login checks, form filling, AJAX requests, search in a page etc. can be captured and recorded."); https://www.site24x7.com/help/admin/adding-a-

monitor/advanced-web-script-editing.html ("Command:

wait_for_element_presence("identifier","identifier_value",timeout)");

https://www.site24x7.com/real-user-monitoring.html ("Identify and resolve Java Script errors,

monitor the performance of AJAX calls, and gain insights on user sessions.")); wherein the

synchronization check operates, when executed, to: find a current index of at least one DOM element

of the at least one web page based on a specified property name and/or property value; determine

whether a property name and/or value is present in the at least one DOM element of the at least one

web page having the current index; and after the current index is found and the property name and/or

value is determined to be present, wait for the property name and/ or value in the at least one DOM

element of the at least one web page having the current index to be a particular name and/or value

(for example, Site24x7 allows for the creation of test scripts to test websites by recording a user's

interactions with the web page in question and allowing the user to play back those test scripts

(https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html

("Install the Web Transaction (Browser) Recorder add-on, which records all the user interaction in

your web application in their exact sequence and notifies when any error is detected. This monitoring

feature will use an actual browser Firefox or Chrome to play-back the captured web transaction.");

https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html) ("The

Web Transaction (Browser) monitor records and saves the user actions in a web script. These

powerful scripts act as a means to measure the web performance via a real browser simulation.");

https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html

("Web Transaction (Browser) allows you to monitor the availability and performance of your web

transactions using an actual web browser. To check the end-user experience–a robust recorder tool is

used, which records the web transactions and then plays them back via a real browser like Firefox or

Chrome."))); Site24x7 interrogates the DOM to identify and extract relevant information regarding at

least the page elements germane to the script, including each such element's index and value, and

stores those details in the test script (https://www.site24x7.com/help/admin/adding-a-

monitor/advanced-web-script-editing.html; https://www.site24x7.com/help/admin/adding-a-

monitor/website-defacement-monitoring.html ("A document object model (DOM) for a webpage lists

each element that appears on the webpage, including content, links, style specifications, scripts and more. The Website defacement monitor fetches this document object model (DOM) for your website during the initial monitor setup process."); https://www.site24x7.com/website-monitoring-comparison.html; ("During poll the current Document Object Model (DOM) of the website is compared with a baseline DOM to detect and update the content modified threshold automatically."); https://www.site24x7.com/monitor-webpage-defacement.html ("Site24x7 compares the current DOM to previously recorded DOM.")); Site24x7 uses explicit wait commands, such as a command to "Wait for an element to load" or "Wait for an element to be visible", and in order to perform such a validation, Site24x7 must necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked for during validation (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html); Site24x7 locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://support.site24x7.com/portal/en/kb/articles/in-my-website-i-have-randomly-changing-elements-such-as-ticket-prices-and-stock-quotes-do-i-have-to-record-each-time-the-value-changes ("The Site24x7 Web Transaction (Browser) Recorder will capture all the attributes of a particular HTML element (the text link in this case) such as ID, name, CSS, and XPath during the initial recording itself. During monitoring, Site24x7 will use any one of the attributes to identify the element."); https://support.site24x7.com/portal/en/kb/articles/list-of-selenium-commands-supported-in-real-browser-monitor; https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("The Intelligent Capture functionality in Web Transaction (Browser) learns about changes made to any user interactive element in a web page and updates the scripts accordingly.")); Site24x7 allows for the testing of content dynamically generated by AJAX programming including using, upon information and belief, its various wait commands to synchronize playback and allow for testing of content dynamically generated by AJAX programming (https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-monitor.html ("Typical user transactions like login checks, form filling, AJAX requests, search in a page etc. can be captured and recorded."); https://www.site24x7.com/help/admin/adding-a-

1  monitor/advanced-web-script-editing.html ("Command:

2  wait_for_element_presence("identifier","identifier_value",timeout)");

3  https://www.site24x7.com/real-user-monitoring.html ("Identify and resolve Java Script errors,

4  monitor the performance of AJAX calls, and gain insights on user sessions.")); wherein the computer

5  program code configured to have the synchronization check is a separate programmatic process from

6  the at least one web page of the website being tested (for example, upon information and belief,

7  Site24x7 uses WebDriver to run synchronization processes run in a separate programmatic process

8  from the web page of the website being tested (which runs in the web browser)

9  (https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-

10  monitor.html ("Web Transaction (Browser) - Selenium WebDriver measures and provides real-time

11  end-user experience of a web application. Site24x7 uses a Web Transaction (Browser) Recorder to

12  record all user interactions in the exact sequence and stores them as webscripts.");

13  https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-

14  monitor.html; https://www.selenium.dev/documentation/webdriver/waits/;

15  https://www.softwaretestinghelp.com/selenium-webdriver-commands-selenium-tutorial-17/;

16  https://www.softwaretestingmaterial.com/selenium-fluentwait/), as disclosed in the '491 Patent.

17    137.    Defendants will, on information and belief, continue to directly infringe the '491

18  Patent unless enjoined.

19    138.    To the extent Defendants' Site24x7 Infringing Products, without more, do not directly

20  infringe at least claim 1 of the '491 Patent, at least as of November 13, 2020, Defendants contribute

21  to infringement of the same under 35 U.S.C. § 271(c) inasmuch as the Site24x7 Infringing Products

22  offered for sale and sold by Defendants are each a component of a patented machine or an apparatus

23  used in practicing a patented process, constituting a material part of SRI's invention, knowing the

24  same to be especially made or especially adapted for use in infringement of the '491 Patent.  For

25  example, as set forth above, Site24x7, when used in its normal and intended usage (pursuant to the

26  instructions set forth on Defendants' website), infringes claim 1 of the '491 Patent.  *See supra*, ¶ 131.

27    139.    Defendants will, on information and belief, continue to contribute to infringement of

28  the '491 Patent unless enjoined.

140.    Defendants actively encourage their customer to use Defendants' Site24x7 Infringing Products in an infringing manner.  For example, Defendants' website is replete with written directions, screenshots, and videos instructing users on how to use the Site24x7 Infringing Products in an infringing manner.  For example, as set forth above, Defendants' website regarding Site24x7 specifically instructs users of the Site24x7 Infringing Products how to infringe claim 1 of the '491 patent.  *See supra*, ¶ 131.  Defendants' website also touts the identities of customers who use the Infringing Products, each of whom is a direct infringer inasmuch as they use the Site24x7 Infringing Products in the infringing manner as instructed by Defendants:

### Over 12,000 Customers use Site24x7

     

  vmware  gettyimages  GROUPON  

141.    Upon information and belief, and particularly by way of the detailed documentation instructing users on how to use the Site24x7 Infringing Products in an infringing manner (*see supra*, ¶¶ 131, 135), Defendants have encouraged this infringement with knowledge of the '491 Patent and with a specific intent to cause their customers and distributors to infringe.

142.    Defendants' acts thus constitute active inducement of patent infringement in violation of 35 U.S.C. § 271(b).

143.    Defendants will, on information and belief, continue to induce infringement of the '491 Patent unless enjoined.

144.    Defendants' direct infringement, contributory infringement, and inducement of infringement have irreparably harmed SRI.

145.    Defendants will, on information and belief, continue to irreparably harm SRI unless enjoined.

146.    Pursuant to 35 U.S.C. § 284, SRI is entitled to damages adequate to compensate for the infringement but in no event less than a reasonable royalty.

147.     Defendants' infringement has been and is willful and, pursuant to 35 U.S.C. § 284, SRI is entitled to treble damages.  Defendants' willful infringement is based at least on Defendants' knowledge of SRI, its products, and its patents since at least as early as November 13, 2020. Defendants have either willfully and wantonly infringed the '491 Patent or have recklessly avoided knowledge of their own infringement, even when faced with knowledge of SRI's own products and the Patents-in-Suit.

148.     This case is "exceptional" within the meaning of 35 U.S.C. § 285, and SRI is entitled to an award of attorneys' fees.

## COUNT VII – INFRINGEMENT OF THE '286 PATENT BY SITE24X7

149.     SRI re-alleges and incorporates the allegations of the preceding paragraphs of this FAC as if fully set forth herein.

150.     SRI is the assignee and owner of all right, title, and interest in and to the '286 Patent, which was issued on November 26, 2019.  A true and correct copy of the '286 Patent is attached hereto as Exhibit G.

151.     The '286 Patent addresses an invention for testing websites.  The disclosed innovation tests many facets of the website's experience and operation, including by providing novel approaches to creating, storing, and executing test scripts using website elements as opposed to the previously disclosed use of recording test scripts based upon user actions only.

152.     SRI has the exclusive right to make, use, sell, and offer to sell any product embodying the '286 Patent throughout the United States, and to import any product embodying the '286 Patent into the United States.

153.     SRI has commercially exploited the '286 Patent by making, marketing, selling, and using products covered by the '286 Patent, including its popular eValid™ software products.  SRI continues to commercially exploit the '286 Patent through the present, at least by continuing to provide maintenance and support to users of its popular eValid™ software products.

154.     Defendants have had knowledge of the '286 Patent, SRI, and SRI's products embodying the inventions claimed in the Patents-in-Suit since at least as early as November 13, 2020.

155.    At all relevant times, SRI provided public notice of the '286 Patent by properly marking its products and its website pursuant to 35 U.S.C. § 287(a).

156.    Defendants have been, and are currently, directly infringing at least claim 1 of the '286 Patent in violation of 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, selling, offering for sale, and/or importing into the United States Defendants' Site24x7 Infringing Products, which, as set forth in documentation available on Defendants' website, comprise the computing device disclosed in the '286 Patent—both as maintained in Defendants' files and as made accessible to its users to whom Defendants offer and sell the Site24x7 Infringing Products —including at least a memory; web browser program code stored in the memory; and a processor configured to perform the web browser program code (for example, "Using Site24x7's synthetic monitoring tool, you can continuously test the availability, performance, and functionality for all critical components that help deliver your digital business to guarantee site reliability and a better end-user experience." (https://www.site24x7.com/synthetic-monitoring.html); "Web Transaction (Browser) allows you to monitor the availability and performance of your web transactions using an actual web browser. To check the end-user experience–a robust recorder tool is used, which records the web transactions and then plays them back via a real browser like Firefox or Chrome." (https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html)); "Use our browser extension to record critical business transactions, and check them from multiple locations by simulating traffic. Record typical user paths or actions like a form submission, add to shopping cart, or import Selenium IDE test scripts, and play them back at regular intervals on a real browser like Chrome or Firefox to ensure an error-free experience for your users." (https://www.site24x7.com/synthetic-monitoring.html); "With Web Transaction (Browser) Monitor, you can measure the actual availability and performance of multi-step web interactions, such as e-payment gateways or online shopping carts using a real browser like Firefox/Chrome." (https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html)); wherein the web browser program code, when performed, provides a web browser operating on the computing device (for example, Site24x7 allows a user to browse the web via common web browsing activities, such as mouse clicks, validations, and navigating to a web page

(https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html;
https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-transaction-recorder.html#record-new-transaction)); wherein the web browser program code provides the web browser with Document Object Model (DOM) access capabilities (for example, Site24x7 locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://support.site24x7.com/portal/en/kb/articles/in-my-website-i-have-randomly-changing-elements-such-as-ticket-prices-and-stock-quotes-do-i-have-to-record-each-time-the-value-changes ("The Site24x7 Web Transaction (Browser) Recorder will capture all the attributes of a particular HTML element (the text link in this case) such as ID, name, CSS, and XPath during the initial recording itself. During monitoring, Site24x7 will use any one of the attributes to identify the element."); https://support.site24x7.com/portal/en/kb/articles/list-of-selenium-commands-supported-in-real-browser-monitor; https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("The Intelligent Capture functionality in Web Transaction (Browser) learns about changes made to any user interactive element in a web page and updates the scripts accordingly."))); wherein the web browser program code, executable by the computing device, includes at least: computer program code for testing and analysis of a web page as rendered by the web browser (for example, Site24x7 allows a user to create or record a test script and then play it back by running it (https://app.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("Install the Web Transaction (Browser) Recorder add-on, which records all the user interaction in your web application in their exact sequence and notifies when any error is detected. This monitoring feature will use an actual browser Firefox or Chrome to play-back the captured web transaction."); https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-monitor.html; https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html) ("The Web Transaction (Browser) monitor records and saves the user actions in a web script. These powerful scripts act as a means to measure the web performance via a real browser simulation."))); computer program code for accessing an attribute or property value of an element of a DOM of the web page, wherein the computer program code for

accessing the attribute or property value of the element of the DOM of the web page accesses the DOM of the web page using a browser programming interface that enables the web browser program code to have access to the DOM (for example, Site24x7 locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://support.site24x7.com/portal/en/kb/articles/in-my-website-i-have-randomly-changing-elements-such-as-ticket-prices-and-stock-quotes-do-i-have-to-record-each-time-the-value-changes ("The Site24x7 Web Transaction (Browser) Recorder will capture all the attributes of a particular HTML element (the text link in this case) such as ID, name, CSS, and XPath during the initial recording itself. During monitoring, Site24x7 will use any one of the attributes to identify the element."); https://support.site24x7.com/portal/en/kb/articles/list-of-selenium-commands-supported-in-real-browser-monitor; https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-monitoring-realbrowser.html ("The Intelligent Capture functionality in Web Transaction (Browser) learns about changes made to any user interactive element in a web page and updates the scripts accordingly."))); the browser programming interface is supported by an API underlying the web browser program code for providing a plurality of library function calls or methods that are accessible by the web browser program code (for example, Site24x7 includes a browser programming interface capable of accessing WebDriver, which functions as is an underlying API (https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-monitor.html   ("Web Transaction (Browser) - Selenium WebDriver measures and provides real-time end-user experience of a web application. Site24x7 uses a Web Transaction (Browser) Recorder to record all user interactions in the exact sequence and stores them as webscripts."); https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-monitor.html); and wherein the computer program code for accessing the attribute or property value of the element of the DOM of the web page accesses the attribute or property value of the element of the DOM of the web page for purposes of the testing and analysis of the web page rendered in the web browser (for example, Site24x7 interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's

index and value, and stores those details in the test script

(https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html;

https://www.site24x7.com/help/admin/adding-a-monitor/website-defacement-monitoring.html ("A

document object model (DOM) for a webpage lists each element that appears on the webpage,

including content, links, style specifications, scripts and more. The Website defacement monitor

fetches this document object model (DOM) for your website during the initial monitor setup

process."); https://www.site24x7.com/website-monitoring-comparison.html; ("During poll the current

Document Object Model (DOM) of the website is compared with a baseline DOM to detect and

update the content modified threshold automatically."); https://www.site24x7.com/monitor-webpage-

defacement.html ("Site24x7 compares the current DOM to previously recorded DOM.")); Site24x7

uses explicit wait commands, such as a command to "Wait for an element to load" or "Wait for an

element to be visible", and in order to perform such a validation, Site24x7 must necessarily store

facts about the webpage being rendered, i.e., the expected condition to be checked for during

validation (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-

editing.html); wherein the web browser program code supports at least one command, provided to the

web browser via the browser programming interface, to facilitate synchronized testing and analysis of

asynchronous processes of the web page rendered by the web browser using the underlying API (for

example, Site24x7 allows for the testing of content dynamically generated by AJAX programming

including using, upon information and belief, its various wait commands to synchronize playback and

allow for testing of content dynamically generated by AJAX programming

(https://www.site24x7.com/help/admin/adding-a-monitor/import-selenium-script-synthetic-

monitor.html ("Typical user transactions like login checks, form filling, AJAX requests, search in a

page etc. can be captured and recorded."); https://www.site24x7.com/help/admin/adding-a-

monitor/advanced-web-script-editing.html ("Command:

wait_for_element_presence("identifier","identifier_value",timeout)");

https://www.site24x7.com/real-user-monitoring.html ("Identify and resolve Java Script errors,

monitor the performance of AJAX calls, and gain insights on user sessions."))); and wherein the at

least one command includes a DOM index value, a DOM property name and a DOM property value,

and causes examination of a name and a value of a property found in the DOM of the web page at the DOM index value to determine whether the name and the value match the DOM property name and the DOM property value, respectively (for example, to generate and subsequently perform validation tests, Site24x7 interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html; https://www.site24x7.com/help/admin/adding-a-monitor/website-defacement-monitoring.html ("A document object model (DOM) for a webpage lists each element that appears on the webpage, including content, links, style specifications, scripts and more. The Website defacement monitor fetches this document object model (DOM) for your website during the initial monitor setup process."); https://www.site24x7.com/website-monitoring-comparison.html; ("During poll the current Document Object Model (DOM) of the website is compared with a baseline DOM to detect and update the content modified threshold automatically."); https://www.site24x7.com/monitor-webpage-defacement.html ("Site24x7 compares the current DOM to previously recorded DOM.")); Site24x7 uses explicit wait commands, such as a command to "Wait for an element to load" or "Wait for an element to be visible", and in order to perform such a validation, Site24x7 must necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked for during validation (https://www.site24x7.com/help/admin/adding-a-monitor/advanced-web-script-editing.html); Site24x7 locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://support.site24x7.com/portal/en/kb/articles/in-my-website-i-have-randomly-changing-elements-such-as-ticket-prices-and-stock-quotes-do-i-have-to-record-each-time-the-value-changes ("The Site24x7 Web Transaction (Browser) Recorder will capture all the attributes of a particular HTML element (the text link in this case) such as ID, name, CSS, and XPath during the initial recording itself. During monitoring, Site24x7 will use any one of the attributes to identify the element."); https://support.site24x7.com/portal/en/kb/articles/list-of-selenium-commands-supported-in-real-browser-monitor; https://www.site24x7.com/help/admin/adding-a-monitor/webapplication-

1  monitoring-realbrowser.html ("The Intelligent Capture functionality in Web Transaction (Browser)

2  learns about changes made to any user interactive element in a web page and updates the scripts

3  accordingly.")); as disclosed in the '286 Patent.

4       157.    Defendants will, on information and belief, continue to directly infringe the '286

5  Patent unless enjoined.

6       158.    To the extent Defendants' Site24x7 Infringing Products, without more, do not directly

7  infringe at least claim 1 of the '286 Patent, at least as of November 13, 2020, Defendants contribute

8  to infringement of the same under 35 U.S.C. § 271(c) inasmuch as the Site24x7 Infringing Products

9  offered for sale and sold by Defendants are each a component of a patented machine or an apparatus

10  used in practicing a patented process, constituting a material part of SRI's invention, knowing the

11  same to be especially made or especially adapted for use in infringement of the '286 Patent.  For

12  example, as set forth above, Site24x7, when used in its normal and intended usage (pursuant to the

13  instructions set forth on Defendants' website), infringes claim 1 of the '286 Patent.  *See supra*, ¶ 150.

14       159.    Defendants will, on information and belief, continue to contribute to infringement of

15  the '286 Patent unless enjoined.

16       160.    Defendants actively encourage their customer to use Defendants' Site24x7 Infringing

17  Products in an infringing manner.  For example, Defendants' website is replete with written

18  directions, screenshots, and videos instructing users on how to use the Site24x7 Infringing Products

19  in an infringing manner.  For example, as set forth above, Defendants' website regarding Site24x7

20  specifically instructs users of the Site24x7 Infringing Products how to infringe claim 1 of the '286

21  patent.  *See supra*, ¶ 150.  Defendants' website also touts the identities of customers who use the

22  Site24x7 Infringing Products, each of whom is a direct infringer inasmuch as they use the Site24x7

23  Infringing Products in the infringing manner as instructed by Defendants:

### Over 12,000 Customers use Site24x7

   

      

161.     Upon information and belief, and particularly by way of the detailed documentation instructing users on how to use the Site24x7 Infringing Products in an infringing manner (*see supra*, ¶¶ 150, 154), Defendants have encouraged this infringement with knowledge of the '286 Patent and with a specific intent to cause their customers and distributors to infringe.

162.     Defendants' acts thus constitute active inducement of patent infringement in violation of 35 U.S.C. § 271(b).

163.     Defendants will, on information and belief, continue to induce infringement of the '286 Patent unless enjoined.

164.     Defendants' direct infringement, contributory infringement, and inducement of infringement have irreparably harmed SRI.

165.     Defendants will, on information and belief, continue to irreparably harm SRI unless enjoined.

166.     Pursuant to 35 U.S.C. § 284, SRI is entitled to damages adequate to compensate for the infringement but in no event less than a reasonable royalty.

167.     Defendants' infringement has been and is willful and, pursuant to 35 U.S.C. § 284, SRI is entitled to treble damages.  Defendants' willful infringement is based at least on Defendants' knowledge of SRI, its products, and its patents since at least as early as November 13, 2020. Defendants have either willfully and wantonly infringed the '286 Patent or have recklessly avoided knowledge of their own infringement, even when faced with knowledge of SRI's own products and the Patents-in-Suit.

168.     This case is "exceptional" within the meaning of 35 U.S.C. § 285, and SRI is entitled to an award of attorneys' fees.

## COUNT VIII – INFRINGEMENT OF THE '175 PATENT BY APPLICATIONS MANAGER

169.     SRI re-alleges and incorporates the allegations of the preceding paragraphs of this FAC as if fully set forth herein.

170.     SRI is the assignee and owner of all right, title, and interest in and to the '175 Patent, which was issued on July 13, 2010.  A true and correct copy of the '175 Patent is attached hereto as Exhibit A.

171.     The '175 Patent addresses an invention for testing websites.  This disclosed innovation tests many facets of the website's experience and operation, including by providing novel approaches to creating, storing, and executing test scripts using website elements as opposed to the previously disclosed use of recording test scripts based upon user actions only.

172.     SRI has the exclusive right to make, use, sell, and offer to sell any product embodying the '175 Patent throughout the United States, and to import any product embodying the '175 Patent into the United States.

173.     SRI has commercially exploited the '175 Patent by making, marketing, selling, and using products covered by the '175 Patent, including its popular eValid™ software products.  SRI continues to commercially exploit the '175 Patent through the present, at least by continuing to provide maintenance and support to users of its popular eValid™ software products.

174.     Defendants have had knowledge of the '175 Patent, SRI, and SRI's products embodying the inventions claimed in the Patents-in-Suit since at least as early as November 13, 2020.

175.     At all relevant times, SRI provided public notice of the '175 Patent at least by properly marking its products and its website pursuant to 35 U.S.C. § 287(a).

176.     Defendants have been, and are currently, directly infringing at least claim 11 of the '175 Patent in violation of 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, selling, offering for sale, and/or importing into the United States certain software, including without limitation Defendants' cloud-based platform for testing websites and web-based software applications titled, upon information and belief, Applications Manager and/or other related software products and services offered by Defendants (Defendants' "Applications Manager Infringing Products"), which, as set forth in documentation available on Defendants' websites, comprise the non-transitory computer readable media disclosed in the '175 Patent—both as maintained in Defendants' files and as made accessible to its users to whom Defendants offer and sell the Applications Manager Infringing Products—including at least computer program code stored therein for providing a test-enabled web browser for operation on a computing device to test a website hosted by a remote server, the website having at least one webpage (for example, "Create better customer experiences by testing the performance of critical user paths on your website 24x7."

singer
cashman LLP

(https://www.manageengine.com/products/applications_manager/); "Test critical user paths on your website by simulating them via Selenium based scripting. The checks are run from real browsers such as Chrome or Firefox." (https://www.manageengine.com/products/applications_manager/website-monitoring.html?prev=APMAB2)); "For Real Browser Monitoring we use the Web Transaction Recorder to record all user online transactions in their exact sequence. The Recorder is used to record the transactions which get stored as webscripts. These transactions will then be replayed at regular intervals of time and notifications will be sent when error is detected." (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools); "Unlike most web application performance monitoring tools in the market, Applications Manager's RBM allows you to perform playback of recorded workflows in different browsers - Mozilla Firefox, Google Chrome, and Microsoft Edge." (https://www.manageengine.com/products/applications_manager/web-application-monitoring.html); "Do your customers complain about broken sign up forms or flaky shopping carts? Among our website monitoring tools is the synthetic transaction monitor that can help you accurately simulate user interactions with your website and ensure the correctness and performance of critical user paths." (https://www.manageengine.com/products/applications_manager/website-monitoring-tools.html)); the website, necessarily including at least one webpage, necessarily resides on a remote server and Applications Manager as used with a web browser, such as Firefox or Chrome, is a "test-enabled web browser" (for example, "Test critical user paths on your website by simulating them via Selenium based scripting. The checks are run from real browsers such as Chrome or Firefox." (https://www.manageengine.com/products/applications_manager/website-monitoring.html?prev=APMAB2); "Unlike most web application performance monitoring tools in the market, Applications Manager's RBM allows you to perform playback of recorded workflows in different browsers - Mozilla Firefox, Google Chrome, and Microsoft Edge." (https://www.manageengine.com/products/applications_manager/web-application-monitoring.html); "What is Web Transaction Recorder Extension? It is a browser extension which will allow you to record your actions on a website or a web application and monitor them using Real Browser Monitor." https://www.manageengine.com/products/applications_manager/help/rbm-browser-

extension.html; https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#SeleniumIDE); web browsing components (for example, Applications Manager allows a user to record actions on a website or web application using a web browser, the web browser under test thus comprising web browsing components

(https://www.manageengine.com/products/applications_manager/help/rbm-browser-extension.html; https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools#newtrans); Applications Manager allows for creation of test scripts to test websites by recording a user's interactions with the web page in question and allowing the user to play back those test scripts

(https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("For Real Browser Monitoring we use the Web Transaction Recorder to record all user online transactions in their exact sequence. The Recorder is used to record the transactions which get stored as webscripts. These transactions will then be replayed at regular intervals of time and notifications will be sent when error is detected.");

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Applications Manager uses behavioral scripts to describe the path that would be taken by a end-user on the site.");

https://www.manageengine.com/products/applications_manager/web-application-monitoring.html) ("Use Applications Manager's in-house web transaction recorder to record the steps of critical workflows in your web applications.")); a page evaluation component that operates to read, extract, and analyze and confirm the contents of page components, including Document Object Model (DOM) elements with their associated at least one index and their values (for example, Applications Manager allows for the creation of test scripts to test websites by recording a user's interactions with the web page in question and allowing the user to play back those test scripts

(https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("For Real Browser Monitoring we use the Web Transaction Recorder to record all user online transactions in their exact sequence. The Recorder is used to record the transactions which get stored as webscripts. These transactions will then be replayed at regular intervals of time and

notifications will be sent when error is detected.");

https://www.manageengine.com/products/applications_manager/apm-product-flyer.pdf) ("Simulate real user workflows. Selenium based scripting for multi-page end-user workflow simulation.");

https://www.manageengine.com/products/applications_manager/meam_fact_sheet.pdf;

https://www.manageengine.com/products/applications_manager/web-application-monitoring.html) ("Use Applications Manager's in-house web transaction recorder to record the steps of critical workflows in your web applications."))); Applications Manager interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#Working ("Real Browser monitor is created in Applications Manager server by recording the web transaction and specifying the agent(s) where the playback should occur. Each EUM agent will periodically check Applications Manager Server if RBM monitor has been configured for it and replay the actions in the browser. Once the playback is complete, EUM agent will update the results of the playback [response time, response code, etc] in Applications Manager");

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#newtrans; https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools; ("In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser.");

https://www.manageengine.com/products/applications_manager/issues.html ("In Real Browser monitor, if the recorded script contained DOM value as the primary identifier, data collection was not happening.")); to locate page elements based on their DOM indexes, Applications Manager must necessarily use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Actual rendering of a web page does not occur in the traditional web monitoring. In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser.");

https://pitstop.manageengine.com/portal/en/kb/articles/rbm-firefox-

faqs#2_How_to_avoid_No_response_from_Server_or_Script_playback_timed_out_error_during_test_playback ("How to correct 'Unable to locate element' error during datacollection? This error occurs when a particular element specified in the script is missing or hidden. This can be corrected by editing the script and changing the element locator or value.");

https://www.manageengine.com/products/applications_manager/website-performance-monitoring.html?website-monitoring); a test data component that operates to store facts about the at least one webpage (for example, Applications Manager uses the WebDriver capabilities in standard browsers, which incorporate search commands, such as findElements, and explicit wait commands, such as FluentWait, and in order to execute such commands, Applications Manager must necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked for during validation (https://www.manageengine.com/products/applications_manager/help/installing-eum-agent.html#WebDriverSettings ("WebDriver specified here will be used to perform playback during each data collection."); https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("Download the Microsoft Webdriver for the corresponding version of the Edge installed in the Windows server"); https://www.softwaretestinghelp.com/selenium-webdriver-commands-selenium-tutorial-17/#3_findElementBy_by_and_click ("The findElement(By, by) method searches and locates the first element on the current page, which matches the criteria given as a parameter. This method is usually used in commands to simulate user actions like click, submit, type etc."); https://www.softwaretestingmaterial.com/selenium-fluentwait/ ("We use FluentWait commands mainly when we have web elements which sometimes visible in few seconds and some times take more time than usual.")); and a graphical user interface to provide user access to at least said web browsing components and at least one of said page evaluation components and said test data component (for example, Applications Manager has a graphical user interface to provide user access to test details including dashboards and screenshots (https://www.manageengine.com/products/applications_manager/synthetic-transaction-monitoring.html?prev=APMAB2 ("With the help of comprehensive reports and out of the box dashboards, get to know more about the health, availability, downtime and response time of the web application or website across all locations.")) as disclosed in the '175 Patent.

177.    Defendants will, on information and belief, continue to directly infringe the '175 Patent unless enjoined.

178.    To the extent Defendants' Applications Manager Infringing Products, without more, do not directly infringe at least claim 11 of the '175 Patent, at least as of November 13, 2020, Defendants contribute to infringement of the same under 35 U.S.C. § 271(c) inasmuch as the Applications Manager  Infringing Products offered for sale and sold by Defendants are each a component of a patented machine or an apparatus used in practicing a patented process, constituting a material part of SRI's invention, knowing the same to be especially made or especially adapted for use in infringement of the '175 Patent.  For example, as set forth above, Applications Manager, when used in its normal and intended usage (pursuant to the instructions set forth on Defendants' websites), infringes claim 11 of the '175 Patent.  *See supra*, ¶ 169.

179.    Defendants will, on information and belief, continue to contribute to infringement the '175 Patent unless enjoined.

180.    Defendants actively encourage their customers to use Defendants' Applications Manager Infringing Products in an infringing manner.  For example, Defendants' website is replete with written directions, screenshots, and videos instructing users on how to use the Applications Manager Infringing Products in an infringing manner.  For example, as set forth above, Defendants' website regarding Applications Manager specifically instructs users of the Applications Manager Infringing Products how to infringe claim 11 of the '175 patent.  *See supra*, ¶ 169.  Defendants' website also touts the identities of customers who use the Applications Manager Infringing Products, each of whom is a direct infringer inasmuch as they use the Applications Manager Infringing Products in the infringing manner as instructed by Defendants:



Trusted by the world's best organizations

181.     Upon information and belief, and particularly by way of the detailed documentation instructing users on how to use the Applications Manager Infringing Products in an infringing manner (*see supra*, ¶¶ 169, 173), Defendants have encouraged this infringement with knowledge of the '175 Patent and with a specific intent to cause their customers and distributors to infringe.

182.     Defendants' acts thus constitute active inducement of patent infringement in violation of 35 U.S.C. § 271(b).

183.     Defendants will, on information and belief, continue to induce infringement of the '175 Patent unless enjoined.

184.     Defendants' direct infringement, contributory infringement, and inducement of infringement have irreparably harmed SRI.

185.     Defendants will, on information and belief, continue to irreparably harm SRI unless enjoined.

186.     Pursuant to 35 U.S.C. § 284, SRI is entitled to damages adequate to compensate for the infringement but in no event less than a reasonable royalty.

187.     Defendants' infringement has been and is willful and, pursuant to 35 U.S.C. § 284, SRI is entitled to treble damages.  Defendants' willful infringement is based at least on Defendants' knowledge of SRI, its products, and its patents since at least as early as November 13, 2020. Defendants have either willfully and wantonly infringed the '175 Patent or have recklessly avoided knowledge of their own infringement, even when faced with knowledge of SRI's own products and the Patents-in-Suit.

188.     This case is "exceptional" within the meaning of 35 U.S.C. § 285, and SRI is entitled to an award of attorneys' fees.

## COUNT IX – INFRINGEMENT OF THE '271 PATENT BY APPLICATIONS MANAGER

189.     SRI re-alleges and incorporates the allegations of the preceding paragraphs of this FAC as if fully set forth herein.

190.     SRI is the assignee and owner of all right, title, and interest in and to the '271 Patent, which was issued on December 4, 2012.  A true and correct copy of the '271 Patent is attached hereto as Exhibit B.

191.    The '271 Patent addresses an invention for testing websites.  This disclosed innovation tests many facets of the website's experience and operation, including by providing novel approaches to creating, storing, and executing test scripts using website elements as opposed to the previously disclosed use of recording test scripts based upon user actions only.

192.    SRI has the exclusive right to make, use, sell, and offer to sell any product embodying the '271 Patent throughout the United States, and to import any product embodying the '271 Patent into the United States.

193.    SRI has commercially exploited the '271 Patent by making, marketing, selling, and using products covered by the '271 Patent, including its popular eValid™ software products.  SRI continues to commercially exploit the '271 Patent through the present, at least by continuing to provide maintenance and support to users of its popular eValid™ software products.

194.    Defendants have had knowledge of the '271 Patent, SRI, and SRI's products embodying the inventions claimed in the Patents-in-Suit since at least as early as November 13, 2020.

195.    At all relevant times, SRI provided public notice of the '271 Patent at least by properly marking its products and its website pursuant to 35 U.S.C. § 287(a).

196.    Defendants have been, and are currently, directly infringing at least claim 1 of the '271 Patent in violation of 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, selling, offering for sale, and/or importing into the United States Defendants' Applications Manager Infringing Products, which, as set forth in documentation available on Defendants' website, comprise the non-transitory computer readable media disclosed in the '271 Patent—both as maintained in Defendants' files and as made accessible to its users to whom Defendants offer and sell the Applications Manager Infringing Products—including at least computer program code stored therein for providing a test-enabled web browser for testing a website residing on a network (for example, "Create better customer experiences by testing the performance of critical user paths on your website 24x7." (https://www.manageengine.com/products/applications_manager/); "Test critical user paths on your website by simulating them via Selenium based scripting. The checks are run from real browsers such as Chrome or Firefox." (https://www.manageengine.com/products/applications_manager/website-

monitoring.html?prev=APMAB2)); "For Real Browser Monitoring we use the Web Transaction Recorder to record all user online transactions in their exact sequence. The Recorder is used to record the transactions which get stored as webscripts. These transactions will then be replayed at regular intervals of time and notifications will be sent when error is detected."

(https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools); "Unlike most web application performance monitoring tools in the market, Applications Manager's RBM allows you to perform playback of recorded workflows in different browsers - Mozilla Firefox, Google Chrome, and Microsoft Edge."

(https://www.manageengine.com/products/applications_manager/web-application-monitoring.html); "Do your customers complain about broken sign up forms or flaky shopping carts? Among our website monitoring tools is the synthetic transaction monitor that can help you accurately simulate user interactions with your website and ensure the correctness and performance of critical user paths." (https://www.manageengine.com/products/applications_manager/website-monitoring-tools.html)); the website, necessarily including at least one webpage, necessarily resides on a remote server and Site24x7 as used with a web browser, such as Firefox or Chrome, is a "test-enabled web browser" (for example, "Test critical user paths on your website by simulating them via Selenium based scripting. The checks are run from real browsers such as Chrome or Firefox." (https://www.manageengine.com/products/applications_manager/website-monitoring.html?prev=APMAB2); "Unlike most web application performance monitoring tools in the market, Applications Manager's RBM allows you to perform playback of recorded workflows in different browsers - Mozilla Firefox, Google Chrome, and Microsoft Edge."

(https://www.manageengine.com/products/applications_manager/web-application-monitoring.html); "What is Web Transaction Recorder Extension? It is a browser extension which will allow you to record your actions on a website or a web application and monitor them using Real Browser Monitor." https://www.manageengine.com/products/applications_manager/help/rbm-browser-extension.html; https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#SeleniumIDE); computer program code for interfacing with web browsing components, the web browsing components including DOM access methods of the web browsing

1  components (for example, Applications Manager allows a user to record actions on a website or web

2  application using a web browser, the web browser under test thus comprising web browsing

3  components (https://www.manageengine.com/products/applications_manager/help/rbm-browser-

4  extension.html; https://www.manageengine.com/products/applications_manager/help/real-browser-

5  monitor-rbm.html?website-monitoring-tools#newtrans)); Applications Manager interrogates the

6  DOM to identify and extract relevant information regarding at least the page elements germane to the

7  script, including each such element's index and value, and stores those details in the test script

8  (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

9  rbm.html#Working ("Real Browser monitor is created in Applications Manager server by recording

10  the web transaction and specifying the agent(s) where the playback should occur. Each EUM agent

11  will periodically check Applications Manager Server if RBM monitor has been configured for it and

12  replay the actions in the browser. Once the playback is complete, EUM agent will update the results

13  of the playback [response time, response code, etc] in Applications Manager");

14  https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

15  rbm.html#newtrans; https://www.manageengine.com/products/applications_manager/help/real-

16  browser-monitor-rbm.html?website-monitoring-tools; ("In RBM, we render the webpage, build the

17  DOM and even execute the JavaScript in the web browser.");

18  https://www.manageengine.com/products/applications_manager/issues.html ("In Real Browser

19  monitor, if the recorded script contained DOM value as the primary identifier, data collection was not

20  happening.")); computer program code for rendering and examining at least one webpage of the

21  website so as to at least extract details of organization and structure of elements of the webpage, and

22  store such details of the webpage in a recorded script, such as recorded scripts generated through the

23  testing component of Defendants' Applications Manager Infringing Products (for example,

24  Applications Manager allows a user to create or record a test script and then play it back by running

25  it; to achieve such functionality, Applications Manager necessarily renders and examines the web

26  page for the creation of tests by recording a user's interactions with the web page in question and

27  allowing the user to play back those test scripts

28  (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

rbm.html ("For Real Browser Monitoring we use the Web Transaction Recorder to record all user online transactions in their exact sequence. The Recorder is used to record the transactions which get stored as webscripts. These transactions will then be replayed at regular intervals of time and notifications will be sent when error is detected.");

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Applications Manager uses behavioral scripts to describe the path that would be taken by a end-user on the site.");

https://www.manageengine.com/products/applications_manager/web-application-monitoring.html) ("Use Applications Manager's in-house web transaction recorder to record the steps of critical workflows in your web applications."))); Applications Manager interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#Working ("Real Browser monitor is created in Applications Manager server by recording the web transaction and specifying the agent(s) where the playback should occur. Each EUM agent will periodically check Applications Manager Server if RBM monitor has been configured for it and replay the actions in the browser. Once the playback is complete, EUM agent will update the results of the playback [response time, response code, etc] in Applications Manager");

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#newtrans; https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools; ("In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser.");

https://www.manageengine.com/products/applications_manager/issues.html ("In Real Browser monitor, if the recorded script contained DOM value as the primary identifier, data collection was not happening.")); Applications Manager uses the WebDriver capabilities in standard browsers, which incorporate search commands, such as findElements, and explicit wait commands, such as FluentWait, and in order to execute such commands, Applications Manager must necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked for during

validation (https://www.manageengine.com/products/applications_manager/help/installing-eum-agent.html#WebDriverSettings ("WebDriver specified here will be used to perform playback during each data collection."); https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("Download the Microsoft Webdriver for the corresponding version of the Edge installed in the Windows server"); https://www.softwaretestinghelp.com/selenium-webdriver-commands-selenium-tutorial-17/#3_findElementBy_by_and_click ("The findElement(By, by) method searches and locates the first element on the current page, which matches the criteria given as a parameter. This method is usually used in commands to simulate user actions like click, submit, type etc."); https://www.softwaretestingmaterial.com/selenium-fluentwait/ ("We use FluentWait commands mainly when we have web elements which sometimes visible in few seconds and some times take more time than usual); Applications Manager locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Actual rendering of a web page does not occur in the traditional web monitoring. In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser."); https://pitstop.manageengine.com/portal/en/kb/articles/rbm-firefox-faqs#2_How_to_avoid_No_response_from_Server_or_Script_playback_timed_out_error_during_test_playback ("How to correct 'Unable to locate element' error during datacollection? This error occurs when a particular element specified in the script is missing or hidden. This can be corrected by editing the script and changing the element locator or value.");
https://www.manageengine.com/products/applications_manager/website-performance-monitoring.html?website-monitoring); computer program code for selecting a validation test to be performed (for example, Applications Manager allows for the creation of test scripts to test websites by recording a user's interactions with the web page in question and allowing the user to play back those test scripts (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("For Real Browser Monitoring we use the Web Transaction Recorder to record all user online transactions in their exact sequence. The Recorder is used to record the transactions

1   which get stored as webscripts. These transactions will then be replayed at regular intervals of time

2   and notifications will be sent when error is detected.");

3   https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

4   rbm.html?website-monitoring-tools ("Applications Manager uses behavioral scripts to describe the

5   path that would be taken by a end-user on the site.");

6   https://www.manageengine.com/products/applications_manager/web-application-monitoring.html)

7   ("Use Applications Manager's in-house web transaction recorder to record the steps of critical

8   workflows in your web applications."))); Applications Manager uses the WebDriver capabilities in

9   standard browsers, which incorporate search commands, such as findElements, and explicit wait

10  commands, such as FluentWait, and in order to execute such commands, Applications Manager must

11  necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked

12  for during validation

13  (https://www.manageengine.com/products/applications_manager/help/installing-eum-

14  agent.html#WebDriverSettings ("WebDriver specified here will be used to perform playback during

15  each data collection."); https://www.manageengine.com/products/applications_manager/help/real-

16  browser-monitor-rbm.html ("Download the Microsoft Webdriver for the corresponding version of the

17  Edge installed in the Windows server"); https://www.softwaretestinghelp.com/selenium-webdriver-

18  commands-selenium-tutorial-17/#3_findElementBy_by_and_click ("The findElement(By, by)

19  method searches and locates the first element on the current page, which matches the criteria given as

20  a parameter. This method is usually used in commands to simulate user actions like click, submit,

21  type etc."); https://www.softwaretestingmaterial.com/selenium-fluentwait/ ("We use FluentWait

22  commands mainly when we have web elements which sometimes visible in few seconds and some

23  times take more time than usual); and computer program code for performing the validation test using

24  at least one of the DOM access methods of the web browsing components, wherein during the

25  validation test, the at least one webpage is newly rendered and details of organization and structure of

26  elements for the at least one webpage as newly rendered are accessed via the at least one of the DOM

27  access methods and compared to the stored details in the recorded script (for example, Applications

28  Manager allows a user to create or record a test and then play it back by running it

(https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("For Real Browser Monitoring we use the Web Transaction Recorder to record all user online transactions in their exact sequence. The Recorder is used to record the transactions which get stored as webscripts. These transactions will then be replayed at regular intervals of time and notifications will be sent when error is detected.");

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Applications Manager uses behavioral scripts to describe the path that would be taken by a end-user on the site.");

https://www.manageengine.com/products/applications_manager/web-application-monitoring.html) ("Use Applications Manager's in-house web transaction recorder to record the steps of critical workflows in your web applications.")); Applications Manager interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#Working ("Real Browser monitor is created in Applications Manager server by recording the web transaction and specifying the agent(s) where the playback should occur. Each EUM agent will periodically check Applications Manager Server if RBM monitor has been configured for it and replay the actions in the browser. Once the playback is complete, EUM agent will update the results of the playback [response time, response code, etc] in Applications Manager");

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#newtrans; https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools; ("In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser.");

https://www.manageengine.com/products/applications_manager/issues.html ("In Real Browser monitor, if the recorded script contained DOM value as the primary identifier, data collection was not happening.")); Applications Manager uses explicit wait commands to search for the expected elements against which it validates the webpage being rendered (https://www.manageengine.com/products/applications_manager/help/installing-eum-

1  agent.html#WebDriverSettings; https://www.softwaretestingmaterial.com/selenium-fluentwait/); and

2  Applications Manager locates these page elements based on their DOM indexes, which necessarily

3  requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a

4  browser code library (https://www.manageengine.com/products/applications_manager/help/real-

5  browser-monitor-rbm.html?website-monitoring-tools ("Actual rendering of a web page does not

6  occur in the traditional web monitoring. In RBM, we render the webpage, build the DOM and even

7  execute the JavaScript in the web browser.");

8  https://pitstop.manageengine.com/portal/en/kb/articles/rbm-firefox-

9  faqs#2_How_to_avoid_No_response_from_Server_or_Script_playback_timed_out_error_during_test

10  _playback ("How to correct 'Unable to locate element' error during datacollection? This error occurs

11  when a particular element specified in the script is missing or hidden. This can be corrected by

12  editing the script and changing the element locator or value.");

13  https://www.manageengine.com/products/applications_manager/website-performance-

14  monitoring.html?website-monitoring); as disclosed in the '271 Patent.

15         197.    Defendants will, on information and belief, continue to directly infringe the '271

16  Patent unless enjoined.

17         198.    To the extent Defendants' Applications Manager Infringing Products, without more,

18  do not directly infringe at least claim 1 of the '271 Patent, at least as of November 13, 2020,

19  Defendants contribute to infringement of the same under 35 U.S.C. § 271(c) inasmuch as the

20  Applications Manager Infringing Products offered for sale and sold by Defendants are each a

21  component of a patented machine or an apparatus used in practicing a patented process, constituting a

22  material part of SRI's invention, knowing the same to be especially made or especially adapted for

23  use in infringement of the '271 Patent.  For example, as set forth above, Applications Manager, when

24  used in its normal and intended usage (pursuant to the instructions set forth on Defendants' website),

25  infringes claim 1 of the '271 Patent.  *See supra*, ¶ 188.

26         199.    Defendants will, on information and belief, continue to contribute to infringement of

27  the '271 Patent unless enjoined.

28

200.    Defendants actively encourage their customers to use Defendants' Applications Manager Infringing Products in an infringing manner.  For example, Defendants' website is replete



with written directions, screenshots, and videos instructing users on how to use the Applications Manager Infringing Products in an infringing manner.  For example, as set forth above, Defendants' website regarding Applications Manager specifically instructs users of the Applications Manager Infringing Products how to infringe claim 1 of the '271 patent.  *See supra*, ¶ 188.  Defendants' website also touts the identities of customers who use the Applications Manager Infringing Products, each of whom is a direct infringer inasmuch as they use the Applications Manager Infringing Products in the infringing manner as instructed by Defendants:

201.    Upon information and belief, and particularly by way of the detailed documentation instructing users on how to use the Applications Manager Infringing Products in an infringing manner (*see supra*, ¶¶ 188, 192), Defendants have encouraged this infringement with knowledge of the '271 Patent and with a specific intent to cause their customers and distributors to infringe.

202.    Defendants' acts thus constitute active inducement of patent infringement in violation of 35 U.S.C. § 271(b).

203.    Defendants will, on information and belief, continue to induce infringement of the '271 Patent unless enjoined.

204.    Defendants' direct infringement, contributory infringement, and inducement of infringement have irreparably harmed SRI.

205.    Defendants will, on information and belief, continue to irreparably harm SRI unless enjoined.

206.    Pursuant to 35 U.S.C. § 284, SRI is entitled to damages adequate to compensate for the infringement but in no event less than a reasonable royalty.

207.   Defendants' infringement has been and is willful and, pursuant to 35 U.S.C. § 284, SRI is entitled to treble damages.  Defendants' willful infringement is based at least on Defendants' knowledge of SRI, its products, and its patents since at least as early as November 13, 2020. Defendants have either willfully and wantonly infringed the '271 Patent or have recklessly avoided knowledge of their own infringement, even when faced with knowledge of SRI's own products and the Patents-in-Suit.

208.   This case is "exceptional" within the meaning of 35 U.S.C. § 285, and SRI is entitled to an award of attorneys' fees.

## COUNT X – INFRINGEMENT OF THE '890 PATENT BY APPLICATIONS MANAGER

209.   SRI re-alleges and incorporates the allegations of the preceding paragraphs of this FAC as if fully set forth herein.

210.   SRI is the assignee and owner of all right, title, and interest in and to the '890 Patent, which was issued on March 5, 2013.  A true and correct copy of the '890 Patent is attached hereto as Exhibit C.

211.   The '890 Patent addresses an invention for testing websites.  The disclosed innovation tests many facets of the website's experience and operation, including by providing novel approaches to creating, storing, and executing test scripts capable of accurately testing Asynchronous Javascript and XML ("AJAX") webpage elements.

212.   SRI has the exclusive right to make, use, sell, and offer to sell any product embodying the '890 Patent throughout the United States, and to import any product embodying the '890 Patent into the United States.

213.   SRI has commercially exploited the '890 Patent by making, marketing, selling, and using products covered by the '890 Patent, including its popular eValid™ software products.  SRI continues to commercially exploit the '890 Patent through the present, at least by continuing to provide maintenance and support to users of its popular eValid™ software products.

214.   Defendants have had knowledge of the '890 Patent, SRI, and SRI's products embodying the inventions claimed in the Patents-in-Suit since at least as early as November 13, 2020.

215.    At all relevant times, SRI provided public notice of the '890 Patent by properly marking its products and its website pursuant to 35 U.S.C. § 287(a).

216.    Defendants have been, and are currently, directly infringing at least claim 1 of the '890 Patent in violation of 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, selling, offering for sale, and/or importing into the United States Defendants' Applications Manager Infringing Products, which, as set forth in documentation available on Defendants' website, comprise the non-transitory computer readable media disclosed in the '890 Patent—both as maintained in Defendants' files and as made accessible to its users to whom Defendants offer and sell the Applications Manager Infringing Products—including at least computer program code stored therein for providing a test-enabled web browser, said medium comprising computer program code for providing web browsing capabilities (for example, "Create better customer experiences by testing the performance of critical user paths on your website 24x7." (https://www.manageengine.com/products/applications_manager/); "Test critical user paths on your website by simulating them via Selenium based scripting. The checks are run from real browsers such as Chrome or Firefox." (https://www.manageengine.com/products/applications_manager/website-monitoring.html?prev=APMAB2)); "For Real Browser Monitoring we use the Web Transaction Recorder to record all user online transactions in their exact sequence. The Recorder is used to record the transactions which get stored as webscripts. These transactions will then be replayed at regular intervals of time and notifications will be sent when error is detected." (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools); "Unlike most web application performance monitoring tools in the market, Applications Manager's RBM allows you to perform playback of recorded workflows in different browsers - Mozilla Firefox, Google Chrome, and Microsoft Edge." (https://www.manageengine.com/products/applications_manager/web-application-monitoring.html); "Do your customers complain about broken sign up forms or flaky shopping carts? Among our website monitoring tools is the synthetic transaction monitor that can help you accurately simulate user interactions with your website and ensure the correctness and performance of critical user paths." (https://www.manageengine.com/products/applications_manager/website-monitoring-

tools.html)); the website, necessarily including at least one webpage, necessarily resides on a remote server and Applications Manager as used with a web browser, such as Firefox or Chrome, is a "test-enabled web browser" (for example, "Test critical user paths on your website by simulating them via Selenium based scripting. The checks are run from real browsers such as Chrome or Firefox." (https://www.manageengine.com/products/applications_manager/website-monitoring.html?prev=APMAB2); "Unlike most web application performance monitoring tools in the market, Applications Manager's RBM allows you to perform playback of recorded workflows in different browsers - Mozilla Firefox, Google Chrome, and Microsoft Edge." (https://www.manageengine.com/products/applications_manager/web-application-monitoring.html); "What is Web Transaction Recorder Extension? It is a browser extension which will allow you to record your actions on a website or a web application and monitor them using Real Browser Monitor." https://www.manageengine.com/products/applications_manager/help/rbm-browser-extension.html; https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#SeleniumIDE); web browsing components (for example, Applications Manager allows a user to record actions on a website or web application using a web browser, the web browser under test thus comprising web browsing components (https://www.manageengine.com/products/applications_manager/help/rbm-browser-extension.html; https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools#newtrans)) and allows a user to record actions on a website or web application using a web browser, the web browser under test thus comprises web browsing capabilities (https://www.manageengine.com/products/applications_manager/help/rbm-browser-extension.html; https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools#newtrans); computer program code for testing capabilities of a website hosted by a server and accessible to the computer via a network wherein the computer program code for testing capabilities of the website includes at least computer program code configured to receive a synchronization check from a user using the test enabled browser, to insert the synchronization check into a test script for testing at least one webpage of the website (for example, Applications Manager allows for the creation of test scripts to test websites by recording a

user's interactions with the web page in question and allowing the user to play back those test scripts (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("For Real Browser Monitoring we use the Web Transaction Recorder to record all user online transactions in their exact sequence. The Recorder is used to record the transactions which get stored as webscripts. These transactions will then be replayed at regular intervals of time and notifications will be sent when error is detected.");

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Applications Manager uses behavioral scripts to describe the path that would be taken by a end-user on the site.");

https://www.manageengine.com/products/applications_manager/web-application-monitoring.html) ("Use Applications Manager's in-house web transaction recorder to record the steps of critical workflows in your web applications."))); Applications Manager interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#Working ("Real Browser monitor is created in Applications Manager server by recording the web transaction and specifying the agent(s) where the playback should occur. Each EUM agent will periodically check Applications Manager Server if RBM monitor has been configured for it and replay the actions in the browser. Once the playback is complete, EUM agent will update the results of the playback [response time, response code, etc] in Applications Manager");

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#newtrans; https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools; ("In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser.");

https://www.manageengine.com/products/applications_manager/issues.html ("In Real Browser monitor, if the recorded script contained DOM value as the primary identifier, data collection was not happening.")); Applications Manager uses the WebDriver capabilities in standard browsers, which incorporate search commands, such as findElements, and explicit wait commands, such as

1  FluentWait, and in order to execute such commands, Applications Manager must necessarily store

2  facts about the webpage being rendered, i.e., the expected condition to be checked for during

3  validation (https://www.manageengine.com/products/applications_manager/help/installing-eum-

4  agent.html#WebDriverSettings ("WebDriver specified here will be used to perform playback during

5  each data collection."); https://www.manageengine.com/products/applications_manager/help/real-

6  browser-monitor-rbm.html ("Download the Microsoft Webdriver for the corresponding version of the

7  Edge installed in the Windows server"); https://www.softwaretestinghelp.com/selenium-webdriver-

8  commands-selenium-tutorial-17/#3_findElementBy_by_and_click ("The findElement(By, by)

9  method searches and locates the first element on the current page, which matches the criteria given as

10 a parameter. This method is usually used in commands to simulate user actions like click, submit,

11 type etc."); https://www.softwaretestingmaterial.com/selenium-fluentwait/ ("We use FluentWait

12 commands mainly when we have web elements which sometimes visible in few seconds and some

13 times take more time than usual); Applications Manager locates these page elements based on their

14 DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic

15 Linked Libraries associated with a browser code library

16 (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

17 rbm.html?website-monitoring-tools ("Actual rendering of a web page does not occur in the traditional

18 web monitoring. In RBM, we render the webpage, build the DOM and even execute the JavaScript in

19 the web browser."); https://pitstop.manageengine.com/portal/en/kb/articles/rbm-firefox-

20 faqs#2_How_to_avoid_No_response_from_Server_or_Script_playback_timed_out_error_during_test

21 _playback ("How to correct 'Unable to locate element' error during datacollection? This error occurs

22 when a particular element specified in the script is missing or hidden. This can be corrected by

23 editing the script and changing the element locator or value.");

24 https://www.manageengine.com/products/applications_manager/website-performance-

25 monitoring.html?website-monitoring); and Applications Manager allows for the testing of content

26 dynamically generated by AJAX programming including using, upon information and belief, wait

27 commands to synchronize playback and allow for testing of content dynamically generated by AJAX

28 programming (https://www.manageengine.com/products/applications_manager/website-

monitoring.html ("Gain Insights into web transactions, user sessions, AJAX calls, Javascript errors, etc."); https://www.manageengine.com/products/applications_manager/help/configuring-rum-monitoring.html ("Enable the Track cross-domain Ajax calls checkbox to monitor the performance of Ajax calls to domains other than parent domain (external domains).")); the test script being separate from the at least one webpage being tested (for example, upon information and belief, Applications Manager stores and accesses test scripts separately from the webpage itself (https://www.manageengine.com/products/applications_manager/help/installing-eum-agent.html#WebDriverSettings ("WebDriver specified here will be used to perform playback during each data collection."); https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html; https://www.selenium.dev/documentation/webdriver/waits/; https://www.softwaretestinghelp.com/selenium-webdriver-commands-selenium-tutorial-17/ ("To handle cases where an element takes too much time to be visible on the software web page applying implicit wait becomes tricky. In this case, we can write a comment to wait until the element appears on the webpage."); https://www.softwaretestingmaterial.com/selenium-fluentwait/)), the at least one webpage being tested including AJAX programming, and to automatically synchronize playback of the test script using at least the synchronization check to maintain the test enabled browser's state with respect to the AJAX programming by means of the synchronization check in the test script to a Document Object Model (DOM) associated with the at least one webpage of the website (for example, Applications Manager allows a user to create or record a test script and then play it back by running it (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("For Real Browser Monitoring we use the Web Transaction Recorder to record all user online transactions in their exact sequence. The Recorder is used to record the transactions which get stored as webscripts. These transactions will then be replayed at regular intervals of time and notifications will be sent when error is detected.");

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Applications Manager uses behavioral scripts to describe the path that would be taken by a end-user on the site.");

https://www.manageengine.com/products/applications_manager/web-application-monitoring.html)

("Use Applications Manager's in-house web transaction recorder to record the steps of critical workflows in your web applications."))); Applications Manager interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#Working ("Real Browser monitor is created in Applications Manager server by recording the web transaction and specifying the agent(s) where the playback should occur. Each EUM agent will periodically check Applications Manager Server if RBM monitor has been configured for it and replay the actions in the browser. Once the playback is complete, EUM agent will update the results of the playback [response time, response code, etc] in Applications Manager"); https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#newtrans; https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools; ("In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser."); https://www.manageengine.com/products/applications_manager/issues.html ("In Real Browser monitor, if the recorded script contained DOM value as the primary identifier, data collection was not happening.")); Applications Manager uses the WebDriver capabilities in standard browsers, which incorporate search commands, such as findElements, and explicit wait commands, such as FluentWait, and in order to execute such commands, Applications Manager must necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked for during validation (https://www.manageengine.com/products/applications_manager/help/installing-eum-agent.html#WebDriverSettings ("WebDriver specified here will be used to perform playback during each data collection."); https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("Download the Microsoft Webdriver for the corresponding version of the Edge installed in the Windows server"); https://www.softwaretestinghelp.com/selenium-webdriver-commands-selenium-tutorial-17/#3_findElementBy_by_and_click ("The findElement(By, by) method searches and locates the first element on the current page, which matches the criteria given as a parameter. This method is usually used in commands to simulate user actions like click, submit,

type etc."); https://www.softwaretestingmaterial.com/selenium-fluentwait/ ("We use FluentWait commands mainly when we have web elements which sometimes visible in few seconds and some times take more time than usual); Applications Manager locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Actual rendering of a web page does not occur in the traditional web monitoring. In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser."); https://pitstop.manageengine.com/portal/en/kb/articles/rbm-firefox-faqs#2_How_to_avoid_No_response_from_Server_or_Script_playback_timed_out_error_during_test_playback ("How to correct 'Unable to locate element' error during datacollection? This error occurs when a particular element specified in the script is missing or hidden. This can be corrected by editing the script and changing the element locator or value."); https://www.manageengine.com/products/applications_manager/website-performance-monitoring.html?website-monitoring); and Applications Manager allows for the testing of content dynamically generated by AJAX programming including using, upon information and belief, wait commands to synchronize playback and allow for testing of content dynamically generated by AJAX programming (https://www.manageengine.com/products/applications_manager/website-monitoring.html ("Gain Insights into web transactions, user sessions, AJAX calls, Javascript errors, etc."); https://www.manageengine.com/products/applications_manager/help/configuring-rum-monitoring.html ("Enable the Track cross-domain Ajax calls checkbox to monitor the performance of Ajax calls to domains other than parent domain (external domains).")); wherein the synchronization check in the test script and web browsing activities provided by the web browsing capabilities are able to separately access the DOM associated with the at least one webpage of the website (for example, upon information and belief, Applications Manager stores and accesses test scripts separately from the webpage itself (https://www.manageengine.com/products/applications_manager/help/installing-eum-agent.html#WebDriverSettings ("WebDriver specified here will be used to perform playback during

each data collection."); https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html; https://www.selenium.dev/documentation/webdriver/waits/; https://www.softwaretestinghelp.com/selenium-webdriver-commands-selenium-tutorial-17/ ("To handle cases where an element takes too much time to be visible on the software web page applying implicit wait becomes tricky. In this case, we can write a comment to wait until the element appears on the webpage."); https://www.softwaretestingmaterial.com/selenium-fluentwait/)), wherein the synchronization check is inserted into the test script as at least one command, and the at least one command operates, when executed, to: find a current index of at least one DOM element of the at least one webpage based on a specified property name and/or property value; and (i) submit a named event to the at least one DOM element of the at least one webpage having the current index, or (ii) insert or verify a value in the at least one DOM element of the at least one webpage having the current index (for example, Applications Manager allows a user to create or record a test script and then play it back by running it (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("For Real Browser Monitoring we use the Web Transaction Recorder to record all user online transactions in their exact sequence. The Recorder is used to record the transactions which get stored as webscripts. These transactions will then be replayed at regular intervals of time and notifications will be sent when error is detected.");

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Applications Manager uses behavioral scripts to describe the path that would be taken by a end-user on the site.");

https://www.manageengine.com/products/applications_manager/web-application-monitoring.html) ("Use Applications Manager's in-house web transaction recorder to record the steps of critical workflows in your web applications."))); Applications Manager interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#Working ("Real Browser monitor is created in Applications Manager server by recording

the web transaction and specifying the agent(s) where the playback should occur. Each EUM agent will periodically check Applications Manager Server if RBM monitor has been configured for it and replay the actions in the browser. Once the playback is complete, EUM agent will update the results of the playback [response time, response code, etc] in Applications Manager");
https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#newtrans; https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools; ("In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser.");
https://www.manageengine.com/products/applications_manager/issues.html ("In Real Browser monitor, if the recorded script contained DOM value as the primary identifier, data collection was not happening.")); Applications Manager uses the WebDriver capabilities in standard browsers, which incorporate search commands, such as findElements, and explicit wait commands, such as FluentWait, and in order to execute such commands, Applications Manager must necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked for during validation (https://www.manageengine.com/products/applications_manager/help/installing-eum-agent.html#WebDriverSettings ("WebDriver specified here will be used to perform playback during each data collection."); https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("Download the Microsoft Webdriver for the corresponding version of the Edge installed in the Windows server"); https://www.softwaretestinghelp.com/selenium-webdriver-commands-selenium-tutorial-17/#3_findElementBy_by_and_click ("The findElement(By, by) method searches and locates the first element on the current page, which matches the criteria given as a parameter. This method is usually used in commands to simulate user actions like click, submit, type etc."); https://www.softwaretestingmaterial.com/selenium-fluentwait/ ("We use FluentWait commands mainly when we have web elements which sometimes visible in few seconds and some times take more time than usual); Applications Manager locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library
(https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

rbm.html?website-monitoring-tools ("Actual rendering of a web page does not occur in the traditional web monitoring. In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser."); https://pitstop.manageengine.com/portal/en/kb/articles/rbm-firefox-faqs#2_How_to_avoid_No_response_from_Server_or_Script_playback_timed_out_error_during_test_playback ("How to correct 'Unable to locate element' error during datacollection? This error occurs when a particular element specified in the script is missing or hidden. This can be corrected by editing the script and changing the element locator or value."); https://www.manageengine.com/products/applications_manager/website-performance-monitoring.html?website-monitoring); and Applications Manager allows for the testing of content dynamically generated by AJAX programming including using, upon information and belief, wait commands to synchronize playback and allow for testing of content dynamically generated by AJAX programming (https://www.manageengine.com/products/applications_manager/website-monitoring.html ("Gain Insights into web transactions, user sessions, AJAX calls, Javascript errors, etc."); https://www.manageengine.com/products/applications_manager/help/configuring-rum-monitoring.html ("Enable the Track cross-domain Ajax calls checkbox to monitor the performance of Ajax calls to domains other than parent domain (external domains).")), as disclosed in the '890 Patent.

217.    Defendants will, on information and belief, continue to directly infringe the '890 Patent unless enjoined.

218.    To the extent Defendants' Applications Manager Infringing Products, without more, do not directly infringe at least claim 1 of the '890 Patent, at least as of November 13, 2020, Defendants contribute to infringement of the same under 35 U.S.C. § 271(c) inasmuch as the Applications Manager Infringing Products offered for sale and sold by Defendants are each a component of a patented machine or an apparatus used in practicing a patented process, constituting a material part of SRI's invention, knowing the same to be especially made or especially adapted for use in infringement of the '890 Patent.  For example, Applications Manager, when used in its normal and intended usage (pursuant to the instructions set forth on Defendants' website) infringes claim 1 of the '890 Patent.  *See supra*, ¶ 207.

219.   Defendants will, on information and belief, continue to contribute to infringement of the '890 Patent unless enjoined.

220.   Defendants actively encourage their customer to use Defendants' Applications Manager Infringing Products in an infringing manner.  For example, Defendants' website is replete

### Trusted by the world's best organizations



with written directions, screenshots, and videos instructing users on how to use the Applications Manager Infringing Products in an infringing manner.  For example, as set forth above, Defendants' website regarding Applications Manager specifically instructs users of the Applications Manager Infringing Products how to infringe claim 1 of the '890 patent.  *See supra*, ¶ 207.  Defendants' website also touts the identities of customers who use the Applications Manager Infringing Products, each of whom is a direct infringer inasmuch as they use the Applications Manager Infringing Products in the infringing manner as instructed by Defendants:

221.   Upon information and belief, and particularly by way of the detailed documentation instructing users on how to use the Applications Manager Infringing Products in an infringing manner (*see supra*, ¶¶ 207, 211), Defendants have encouraged this infringement with knowledge of the '890 Patent and with a specific intent to cause their customers and distributors to infringe.

222.   Defendants' acts thus constitute active inducement of patent infringement in violation of 35 U.S.C. § 271(b).

223.   Defendants will, on information and belief, continue to induce infringement of the '890 Patent unless enjoined.

224.   Defendants' direct infringement, contributory infringement, and inducement of infringement have irreparably harmed SRI.

225.   Defendants will, on information and belief, continue to irreparably harm SRI unless enjoined.

226.    Pursuant to 35 U.S.C. § 284, SRI is entitled to damages adequate to compensate for the infringement but in no event less than a reasonable royalty.

227.    Defendants' infringement has been and is willful and, pursuant to 35 U.S.C. § 284, SRI is entitled to treble damages.  Defendants' willful infringement is based at least on Defendants' knowledge of SRI, its products, and its patents since at least as early as November 13, 2020. Defendants have either willfully and wantonly infringed the '890 Patent or have recklessly avoided knowledge of their own infringement, even when faced with knowledge of SRI's own products and the Patents-in-Suit.

228.    This case is "exceptional" within the meaning of 35 U.S.C. § 285, and SRI is entitled to an award of attorneys' fees.

## COUNT XI – INFRINGEMENT OF THE '585 PATENT BY APPLICATIONS MANAGER

229.    SRI re-alleges and incorporates the allegations of the preceding paragraphs of this FAC as if fully set forth herein.

230.    SRI is the assignee and owner of all right, title, and interest in and to the '585 Patent, which was issued on July 23, 2013.  A true and correct copy of the '585 Patent is attached hereto as Exhibit D.

231.    The '585 Patent addresses an invention for testing websites.  The disclosed innovation tests many facets of the website's experience and operation, including by providing novel approaches to creating, storing, and executing test scripts capable of accurately testing AJAX webpage elements.

232.    SRI has the exclusive right to make, use, sell, and offer to sell any product embodying the '585 Patent throughout the United States, and to import any product embodying the '585 Patent into the United States.

233.    SRI has commercially exploited the '585 Patent by making, marketing, selling, and using products covered by the '585 Patent, including its popular eValid™ software products.  SRI continues to commercially exploit the '585 Patent through the present, at least by continuing to provide maintenance and support to users of its popular eValid™ software products.

234.    Defendants have had knowledge of the '585 Patent, SRI, and SRI's products embodying the inventions claimed in the Patents-in-Suit since at least as early as November 13, 2020.

235.    At all relevant times, SRI provided public notice of the '585 Patent by properly marking its products and its website pursuant to 35 U.S.C. § 287(a).

236.    Defendants have been, and are currently, directly infringing at least claim 1 of the '585 Patent in violation of 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, selling, offering for sale, and/or importing into the United States Defendants' Applications Manager Infringing Products, which, as set forth in documentation available on Defendants' website, comprise the non-transitory computer readable media disclosed in the '585 Patent—both as maintained in Defendants' files and as made accessible to its users to whom Defendants offer and sell the Applications Manager Infringing Products —including at least computer program code for providing a test enabled web browser, said medium comprising computer program code for providing web browsing capabilities (for example, "Create better customer experiences by testing the performance of critical user paths on your website 24x7." (https://www.manageengine.com/products/applications_manager/); "Test critical user paths on your website by simulating them via Selenium based scripting. The checks are run from real browsers such as Chrome or Firefox." (https://www.manageengine.com/products/applications_manager/website-monitoring.html?prev=APMAB2)); "For Real Browser Monitoring we use the Web Transaction Recorder to record all user online transactions in their exact sequence. The Recorder is used to record the transactions which get stored as webscripts. These transactions will then be replayed at regular intervals of time and notifications will be sent when error is detected." (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools); "Unlike most web application performance monitoring tools in the market, Applications Manager's RBM allows you to perform playback of recorded workflows in different browsers - Mozilla Firefox, Google Chrome, and Microsoft Edge." (https://www.manageengine.com/products/applications_manager/web-application-monitoring.html); "Do your customers complain about broken sign up forms or flaky shopping carts? Among our website monitoring tools is the synthetic transaction monitor that can help you accurately simulate user interactions with your website and ensure the correctness and performance of critical user paths." (https://www.manageengine.com/products/applications_manager/website-monitoring-

tools.html)); the website, necessarily including at least one webpage, necessarily resides on a remote

server and Applications Manager as used with a web browser, such as Firefox or Chrome, is a "test-

enabled web browser" (for example, "Test critical user paths on your website by simulating them via

Selenium based scripting. The checks are run from real browsers such as Chrome or Firefox."

(https://www.manageengine.com/products/applications_manager/website-

monitoring.html?prev=APMAB2); "Unlike most web application performance monitoring tools in

the market, Applications Manager's RBM allows you to perform playback of recorded workflows in

different browsers - Mozilla Firefox, Google Chrome, and Microsoft Edge."

(https://www.manageengine.com/products/applications_manager/web-application-monitoring.html);

"What is Web Transaction Recorder Extension? It is a browser extension which will allow you to

record your actions on a website or a web application and monitor them using Real Browser

Monitor." https://www.manageengine.com/products/applications_manager/help/rbm-browser-

extension.html; https://www.manageengine.com/products/applications_manager/help/real-browser-

monitor-rbm.html#SeleniumIDE); web browsing components (for example, Applications Manager

allows a user to record actions on a website or web application using a web browser, the web browser

under test thus comprising web browsing components

(https://www.manageengine.com/products/applications_manager/help/rbm-browser-extension.html;

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

rbm.html?website-monitoring-tools#newtrans)) and allows a user to record actions on a website or

web application using a web browser

(https://www.manageengine.com/products/applications_manager/help/rbm-browser-extension.html;

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

rbm.html?website-monitoring-tools#newtrans); computer program code for testing capabilities of a

website hosted by a server and accessible to a computer via a network wherein the computer program

code for testing capabilities of the website includes computer program code configured to receive a

synchronization check from a user using the test enabled web browser, to insert the synchronization

check into a test script for testing at least one webpage of the website (for example, Applications

Manager allows a user to create or record a test script and then play it back by running it

(https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("For Real Browser Monitoring we use the Web Transaction Recorder to record all user online transactions in their exact sequence. The Recorder is used to record the transactions which get stored as webscripts. These transactions will then be replayed at regular intervals of time and notifications will be sent when error is detected.");

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Applications Manager uses behavioral scripts to describe the path that would be taken by a end-user on the site.");

https://www.manageengine.com/products/applications_manager/web-application-monitoring.html) ("Use Applications Manager's in-house web transaction recorder to record the steps of critical workflows in your web applications."))); Applications Manager interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script

(https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#Working ("Real Browser monitor is created in Applications Manager server by recording the web transaction and specifying the agent(s) where the playback should occur. Each EUM agent will periodically check Applications Manager Server if RBM monitor has been configured for it and replay the actions in the browser. Once the playback is complete, EUM agent will update the results of the playback [response time, response code, etc] in Applications Manager");

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#newtrans; https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools; ("In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser.");

https://www.manageengine.com/products/applications_manager/issues.html ("In Real Browser monitor, if the recorded script contained DOM value as the primary identifier, data collection was not happening.")); Applications Manager uses the WebDriver capabilities in standard browsers, which incorporate search commands, such as findElements, and explicit wait commands, such as FluentWait, and in order to execute such commands, Applications Manager must necessarily store

facts about the webpage being rendered, i.e., the expected condition to be checked for during validation (https://www.manageengine.com/products/applications_manager/help/installing-eum-agent.html#WebDriverSettings ("WebDriver specified here will be used to perform playback during each data collection."); https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("Download the Microsoft Webdriver for the corresponding version of the Edge installed in the Windows server"); https://www.softwaretestinghelp.com/selenium-webdriver-commands-selenium-tutorial-17/#3_findElementBy_by_and_click ("The findElement(By, by) method searches and locates the first element on the current page, which matches the criteria given as a parameter. This method is usually used in commands to simulate user actions like click, submit, type etc."); https://www.softwaretestingmaterial.com/selenium-fluentwait/ ("We use FluentWait commands mainly when we have web elements which sometimes visible in few seconds and some times take more time than usual); Applications Manager locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Actual rendering of a web page does not occur in the traditional web monitoring. In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser."); https://pitstop.manageengine.com/portal/en/kb/articles/rbm-firefox-faqs#2_How_to_avoid_No_response_from_Server_or_Script_playback_timed_out_error_during_test_playback ("How to correct 'Unable to locate element' error during datacollection? This error occurs when a particular element specified in the script is missing or hidden. This can be corrected by editing the script and changing the element locator or value."); https://www.manageengine.com/products/applications_manager/website-performance-monitoring.html?website-monitoring); Applications Manager allows for the testing of content dynamically generated by AJAX programming including using, upon information and belief, wait commands to synchronize playback and allow for testing of content dynamically generated by AJAX programming (https://www.manageengine.com/products/applications_manager/website-monitoring.html ("Gain Insights into web transactions, user sessions, AJAX calls, Javascript errors,

etc."); https://www.manageengine.com/products/applications_manager/help/configuring-rum-

monitoring.html ("Enable the Track cross-domain Ajax calls checkbox to monitor the performance of

Ajax calls to domains other than parent domain (external domains).")); the test script being separate

from the at least one webpage being tested (for example, upon information and belief, Applications

Manager stores and accesses test scripts separately from the webpage itself

(https://www.manageengine.com/products/applications_manager/help/installing-eum-

agent.html#WebDriverSettings ("WebDriver specified here will be used to perform playback during

each data collection."); https://www.manageengine.com/products/applications_manager/help/real-

browser-monitor-rbm.html; https://www.selenium.dev/documentation/webdriver/waits/;

https://www.softwaretestinghelp.com/selenium-webdriver-commands-selenium-tutorial-17/ ("To

handle cases where an element takes too much time to be visible on the software web page applying

implicit wait becomes tricky. In this case, we can write a comment to wait until the element appears

on the webpage."); https://www.softwaretestingmaterial.com/selenium-fluentwait/)); the at least one

webpage being tested including AJAX programming, and to automatically synchronize playback of

the test script using at least the synchronization check to maintain the test enabled browser's state

with respect to the AJAX programming by means of the synchronization check in the test script to a

DOM associated with the website (for example, Applications Manager allows a user to create or

record a test script and then play it back by running it; to achieve such functionality, Applications

Manager necessarily renders and examines the web page for the creation of tests by recording a

user's interactions with the web page in question and allowing the user to play back those test scripts

(https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

rbm.html ("For Real Browser Monitoring we use the Web Transaction Recorder to record all user

online transactions in their exact sequence. The Recorder is used to record the transactions which get

stored as webscripts. These transactions will then be replayed at regular intervals of time and

notifications will be sent when error is detected.");

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

rbm.html?website-monitoring-tools ("Applications Manager uses behavioral scripts to describe the

path that would be taken by a end-user on the site.");

1   https://www.manageengine.com/products/applications_manager/web-application-monitoring.html)

2   ("Use Applications Manager's in-house web transaction recorder to record the steps of critical

3   workflows in your web applications))); Applications Manager interrogates the DOM to identify and

4   extract relevant information regarding at least the page elements germane to the script, including each

5   such element's index and value, and stores those details in the test script

6   (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

7   rbm.html#Working ("Real Browser monitor is created in Applications Manager server by recording

8   the web transaction and specifying the agent(s) where the playback should occur. Each EUM agent

9   will periodically check Applications Manager Server if RBM monitor has been configured for it and

10  replay the actions in the browser. Once the playback is complete, EUM agent will update the results

11  of the playback [response time, response code, etc] in Applications Manager");

12  https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

13  rbm.html#newtrans; https://www.manageengine.com/products/applications_manager/help/real-

14  browser-monitor-rbm.html?website-monitoring-tools; ("In RBM, we render the webpage, build the

15  DOM and even execute the JavaScript in the web browser.");

16  https://www.manageengine.com/products/applications_manager/issues.html ("In Real Browser

17  monitor, if the recorded script contained DOM value as the primary identifier, data collection was not

18  happening.")); Applications Manager uses the WebDriver capabilities in standard browsers, which

19  incorporate search commands, such as findElements, and explicit wait commands, such as

20  FluentWait, and in order to execute such commands, Applications Manager must necessarily store

21  facts about the webpage being rendered, i.e., the expected condition to be checked for during

22  validation (https://www.manageengine.com/products/applications_manager/help/installing-eum-

23  agent.html#WebDriverSettings ("WebDriver specified here will be used to perform playback during

24  each data collection."); https://www.manageengine.com/products/applications_manager/help/real-

25  browser-monitor-rbm.html ("Download the Microsoft Webdriver for the corresponding version of the

26  Edge installed in the Windows server"); https://www.softwaretestinghelp.com/selenium-webdriver-

27  commands-selenium-tutorial-17/#3_findElementBy_by_and_click ("The findElement(By, by)

28  method searches and locates the first element on the current page, which matches the criteria given as

a parameter. This method is usually used in commands to simulate user actions like click, submit, type etc."); https://www.softwaretestingmaterial.com/selenium-fluentwait/ ("We use FluentWait commands mainly when we have web elements which sometimes visible in few seconds and some times take more time than usual); Applications Manager locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Actual rendering of a web page does not occur in the traditional web monitoring. In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser."); https://pitstop.manageengine.com/portal/en/kb/articles/rbm-firefox-faqs#2_How_to_avoid_No_response_from_Server_or_Script_playback_timed_out_error_during_test_playback ("How to correct 'Unable to locate element' error during datacollection? This error occurs when a particular element specified in the script is missing or hidden. This can be corrected by editing the script and changing the element locator or value.");

https://www.manageengine.com/products/applications_manager/website-performance-monitoring.html?website-monitoring); Applications Manager allows for the testing of content dynamically generated by AJAX programming including using, upon information and belief, wait commands to synchronize playback and allow for testing of content dynamically generated by AJAX programming (https://www.manageengine.com/products/applications_manager/website-monitoring.html ("Gain Insights into web transactions, user sessions, AJAX calls, Javascript errors, etc."); https://www.manageengine.com/products/applications_manager/help/configuring-rum-monitoring.html ("Enable the Track cross-domain Ajax calls checkbox to monitor the performance of Ajax calls to domains other than parent domain (external domains).")); wherein the synchronization check in the test script and web browsing activities provided by the web browsing capabilities are able to separately access the DOM associated with the at least one webpage of the website (for example, upon information and belief, Applications Manager stores and accesses test scripts separately from the webpage itself (https://www.manageengine.com/products/applications_manager/help/installing-eum-

agent.html#WebDriverSettings ("WebDriver specified here will be used to perform playback during each data collection."); https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html; https://www.selenium.dev/documentation/webdriver/waits/; https://www.softwaretestinghelp.com/selenium-webdriver-commands-selenium-tutorial-17/ ("To handle cases where an element takes too much time to be visible on the software web page applying implicit wait becomes tricky. In this case, we can write a comment to wait until the element appears on the webpage."); https://www.softwaretestingmaterial.com/selenium-fluentwait/)), and wherein the synchronization check is inserted into the test script as at least one command, and the at least one command operates, when executed, to find a current index of at least one DOM element of the at least one webpage based on a specified property name and/or property value, and (i) submit a named event to the at least one DOM element of the at least one webpage having the current index, or (ii) insert or verify a value in the at least one DOM element of the at least one webpage having the current index (for example, Applications Manager allows a user to create or record a test script and then play it back by running it (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("For Real Browser Monitoring we use the Web Transaction Recorder to record all user online transactions in their exact sequence. The Recorder is used to record the transactions which get stored as webscripts. These transactions will then be replayed at regular intervals of time and notifications will be sent when error is detected."); https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Applications Manager uses behavioral scripts to describe the path that would be taken by a end-user on the site."); https://www.manageengine.com/products/applications_manager/web-application-monitoring.html) ("Use Applications Manager's in-house web transaction recorder to record the steps of critical workflows in your web applications."))); Applications Manager interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

rbm.html#Working ("Real Browser monitor is created in Applications Manager server by recording the web transaction and specifying the agent(s) where the playback should occur. Each EUM agent will periodically check Applications Manager Server if RBM monitor has been configured for it and replay the actions in the browser. Once the playback is complete, EUM agent will update the results of the playback [response time, response code, etc] in Applications Manager");

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#newtrans; https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools; ("In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser.");

https://www.manageengine.com/products/applications_manager/issues.html ("In Real Browser monitor, if the recorded script contained DOM value as the primary identifier, data collection was not happening.")); Applications Manager uses the WebDriver capabilities in standard browsers, which incorporate search commands, such as findElements, and explicit wait commands, such as FluentWait, and in order to execute such commands, Applications Manager must necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked for during validation (https://www.manageengine.com/products/applications_manager/help/installing-eum-agent.html#WebDriverSettings ("WebDriver specified here will be used to perform playback during each data collection."); https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("Download the Microsoft Webdriver for the corresponding version of the Edge installed in the Windows server"); https://www.softwaretestinghelp.com/selenium-webdriver-commands-selenium-tutorial-17/#3_findElementBy_by_and_click ("The findElement(By, by) method searches and locates the first element on the current page, which matches the criteria given as a parameter. This method is usually used in commands to simulate user actions like click, submit, type etc."); https://www.softwaretestingmaterial.com/selenium-fluentwait/ ("We use FluentWait commands mainly when we have web elements which sometimes visible in few seconds and some times take more time than usual); Applications Manager locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library

(https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Actual rendering of a web page does not occur in the traditional web monitoring. In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser."); https://pitstop.manageengine.com/portal/en/kb/articles/rbm-firefox-faqs#2_How_to_avoid_No_response_from_Server_or_Script_playback_timed_out_error_during_test_playback ("How to correct 'Unable to locate element' error during datacollection? This error occurs when a particular element specified in the script is missing or hidden. This can be corrected by editing the script and changing the element locator or value.");
https://www.manageengine.com/products/applications_manager/website-performance-monitoring.html?website-monitoring); and Applications Manager allows for the testing of content dynamically generated by AJAX programming including using, upon information and belief, wait commands to synchronize playback and allow for testing of content dynamically generated by AJAX programming (https://www.manageengine.com/products/applications_manager/website-monitoring.html ("Gain Insights into web transactions, user sessions, AJAX calls, Javascript errors, etc."); https://www.manageengine.com/products/applications_manager/help/configuring-rum-monitoring.html ("Enable the Track cross-domain Ajax calls checkbox to monitor the performance of Ajax calls to domains other than parent domain (external domains).")), as disclosed in the '585 Patent.

237.    Defendants will, on information and belief, continue to directly infringe the '585 Patent unless enjoined.

238.    To the extent Defendants' Applications Manager Infringing Products, without more, do not directly infringe at least claim 1 of the '585 Patent, at least as of November 13, 2020, Defendants contribute to infringement of the same under 35 U.S.C. § 271(c) inasmuch as the Applications Manager Infringing Products offered for sale and sold by Defendants are each a component of a patented machine or an apparatus used in practicing a patented process, constituting a material part of SRI's invention, knowing the same to be especially made or especially adapted for use in infringement of the '585 Patent.  For example, as set forth above, Applications Manager, when

used in its normal and intended usage (pursuant to the instructions set forth on Defendants' website) infringes claim 1 of the '585 Patent.  *See supra*, ¶ 226.

239.    Defendants will, on information and belief, continue to contribute to infringement of the '585 Patent unless enjoined.

240.    Defendants actively encourage their customer to use Defendants' Applications Manager Infringing Products in an infringing manner.  For example, Defendants' website is replete

### Trusted by the world's best organizations



with written directions, screenshots, and videos instructing users on how to use the Applications Manager Infringing Products in an infringing manner.  For example, as set forth above, Defendants' website regarding Applications Manager specifically instructs users of the Applications Manager Infringing Products how to infringe claim 1 of the '585 patent.  *See supra*, ¶ 226.  Defendants' website also touts the identities of customers who use the Applications Manager Infringing Products, each of whom is a direct infringer inasmuch as they use the Applications Manager Infringing Products in the infringing manner as instructed by Defendants:

241.    Upon information and belief, and particularly by way of the detailed documentation instructing users on how to use the Applications Manager Infringing Products in an infringing manner (*see supra*, ¶¶ 226, 230), Defendants have encouraged this infringement with knowledge of the '585 Patent and with a specific intent to cause their customers and distributors to infringe.

242.    Defendants' acts thus constitute active inducement of patent infringement in violation of 35 U.S.C. § 271(b).

243.    Defendants will, on information and belief, continue to induce infringement of the '585 Patent unless enjoined.

244.     Defendants' direct infringement, contributory infringement, and inducement of infringement have irreparably harmed SRI.

245.     Defendants will, on information and belief, continue to irreparably harm SRI unless enjoined.

246.     Pursuant to 35 U.S.C. § 284, SRI is entitled to damages adequate to compensate for the infringement but in no event less than a reasonable royalty.

247.     Defendants' infringement has been and is willful and, pursuant to 35 U.S.C. § 284, SRI is entitled to treble damages.  Defendants' willful infringement is based at least on Defendants' knowledge of SRI, its products, and its patents since at least as early as November 13, 2020. Defendants have either willfully and wantonly infringed the '585 Patent or have recklessly avoided knowledge of their own infringement, even when faced with knowledge of SRI's own products and the Patents-in-Suit.

248.     This case is "exceptional" within the meaning of 35 U.S.C. § 285, and SRI is entitled to an award of attorneys' fees.

## COUNT XII – INFRINGEMENT OF THE '493 PATENT BY APPLICATIONS MANAGER

249.     SRI re-alleges and incorporates the allegations of the preceding paragraphs of this FAC as if fully set forth herein.

250.     SRI is the assignee and owner of all right, title, and interest in and to the '493 Patent, which was issued on February 11, 2014.  A true and correct copy of the '493 Patent is attached hereto as Exhibit E.

251.     The '493 Patent addresses an invention for testing websites.  The disclosed innovation tests many facets of the website's experience and operation, including by providing novel approaches to creating, storing, and executing test scripts using website elements as opposed to the previously disclosed use of recording test scripts based upon user actions only.

252.     SRI has the exclusive right to make, use, sell, and offer to sell any product embodying the '493 Patent throughout the United States, and to import any product embodying the '493 Patent into the United States.

253.    SRI has commercially exploited the '493 Patent by making, marketing, selling, and using products covered by the '493 Patent, including its popular eValid™ software products.  SRI continues to commercially exploit the '493 Patent through the present, at least by continuing to provide maintenance and support to users of its popular eValid™ software products.

254.    Defendants have had knowledge of the '493 Patent, SRI, and SRI's products embodying the inventions claimed in the Patents-in-Suit since at least as early as November 13, 2020.

255.    At all relevant times, SRI provided public notice of the '493 Patent by properly marking its products and its website under 35 U.S.C. § 287(a).

256.    Defendants have been, and are currently, directly infringing at least claim 1 of the '493 Patent in violation of 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, selling, offering for sale, and/or importing into the United States Defendants' Applications Manager Infringing Products, which, as set forth in documentation available on Defendants' website, comprise the non-transitory computer readable media disclosed in the '493 Patent—both as maintained in Defendants' files and as made accessible to its users to whom Defendants offer and sell the Applications Manager Infringing Products —including at least computer program code stored therein for providing a test-enabled browser for testing a website residing on a network (for example, "Create better customer experiences by testing the performance of critical user paths on your website 24x7." (https://www.manageengine.com/products/applications_manager/); "Test critical user paths on your website by simulating them via Selenium based scripting. The checks are run from real browsers such as Chrome or Firefox." (https://www.manageengine.com/products/applications_manager/website-monitoring.html?prev=APMAB2)); "For Real Browser Monitoring we use the Web Transaction Recorder to record all user online transactions in their exact sequence. The Recorder is used to record the transactions which get stored as webscripts. These transactions will then be replayed at regular intervals of time and notifications will be sent when error is detected." (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools); "Unlike most web application performance monitoring tools in the market, Applications Manager's RBM allows you to perform playback of recorded workflows in

1   different browsers - Mozilla Firefox, Google Chrome, and Microsoft Edge."

2   (https://www.manageengine.com/products/applications_manager/web-application-monitoring.html);

3   "Do your customers complain about broken sign up forms or flaky shopping carts? Among our

4   website monitoring tools is the synthetic transaction monitor that can help you accurately simulate

5   user interactions with your website and ensure the correctness and performance of critical user

6   paths." (https://www.manageengine.com/products/applications_manager/website-monitoring-

7   tools.html)); the website, necessarily including at least one webpage, necessarily resides on a remote

8   server and Applications Manager as used with a web browser, such as Firefox or Chrome, is a "test-

9   enabled web browser" (for example, "Test critical user paths on your website by simulating them via

10  Selenium based scripting. The checks are run from real browsers such as Chrome or Firefox."

11  (https://www.manageengine.com/products/applications_manager/website-

12  monitoring.html?prev=APMAB2); "Unlike most web application performance monitoring tools in

13  the market, Applications Manager's RBM allows you to perform playback of recorded workflows in

14  different browsers - Mozilla Firefox, Google Chrome, and Microsoft Edge."

15  (https://www.manageengine.com/products/applications_manager/web-application-monitoring.html);

16  "What is Web Transaction Recorder Extension? It is a browser extension which will allow you to

17  record your actions on a website or a web application and monitor them using Real Browser

18  Monitor." https://www.manageengine.com/products/applications_manager/help/rbm-browser-

19  extension.html; https://www.manageengine.com/products/applications_manager/help/real-browser-

20  monitor-rbm.html#SeleniumIDE); web browsing components (for example, Applications Manager

21  allows a user to record actions on a website or web application using a web browser, the web browser

22  under test thus comprising web browsing components

23  (https://www.manageengine.com/products/applications_manager/help/rbm-browser-extension.html;

24  https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

25  rbm.html?website-monitoring-tools#newtrans)); said medium comprising computer program code for

26  interfacing with web browsing components, the web browsing components including DOM access

27  methods, computer program code for accessing a website to be tested (for example, Applications

28  Manager allows a user to record actions on a website or web application using a web browser, the

web browser under test thus comprising web browsing components

(https://www.manageengine.com/products/applications_manager/help/rbm-browser-extension.html;

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

rbm.html?website-monitoring-tools#newtrans)); Applications Manager interrogates the DOM to

identify and extract relevant information regarding at least the page elements germane to the script,

including each such element's index and value, and stores those details in the test script

(https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

rbm.html#Working ("Real Browser monitor is created in Applications Manager server by recording

the web transaction and specifying the agent(s) where the playback should occur. Each EUM agent

will periodically check Applications Manager Server if RBM monitor has been configured for it and

replay the actions in the browser. Once the playback is complete, EUM agent will update the results

of the playback [response time, response code, etc] in Applications Manager");

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

rbm.html#newtrans; https://www.manageengine.com/products/applications_manager/help/real-

browser-monitor-rbm.html?website-monitoring-tools; ("In RBM, we render the webpage, build the

DOM and even execute the JavaScript in the web browser.");

https://www.manageengine.com/products/applications_manager/issues.html ("In Real Browser

monitor, if the recorded script contained DOM value as the primary identifier, data collection was not

happening.")); Applications Manager locates these page elements based on their DOM indexes,

which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries

associated with a browser code library

(https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

rbm.html?website-monitoring-tools ("Actual rendering of a web page does not occur in the traditional

web monitoring. In RBM, we render the webpage, build the DOM and even execute the JavaScript in

the web browser."); https://pitstop.manageengine.com/portal/en/kb/articles/rbm-firefox-

faqs#2_How_to_avoid_No_response_from_Server_or_Script_playback_timed_out_error_during_test

_playback ("How to correct 'Unable to locate element' error during datacollection? This error occurs

when a particular element specified in the script is missing or hidden. This can be corrected by

editing the script and changing the element locator or value.");

https://www.manageengine.com/products/applications_manager/website-performance-monitoring.html?website-monitoring); computer program code for rendering and examining at least one webpage of the website so as to extract details of elements of the webpage, and store the details of the webpage in a recorded script, such as recorded scripts generated through the testing component of the Applications Manager Infringing Products (for example, Applications Manager allows a user to create or record a test script and then play it back by running it (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("For Real Browser Monitoring we use the Web Transaction Recorder to record all user online transactions in their exact sequence. The Recorder is used to record the transactions which get stored as webscripts. These transactions will then be replayed at regular intervals of time and notifications will be sent when error is detected.");

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Applications Manager uses behavioral scripts to describe the path that would be taken by a end-user on the site.");

https://www.manageengine.com/products/applications_manager/web-application-monitoring.html) ("Use Applications Manager's in-house web transaction recorder to record the steps of critical workflows in your web applications."))); Applications Manager interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#Working ("Real Browser monitor is created in Applications Manager server by recording the web transaction and specifying the agent(s) where the playback should occur. Each EUM agent will periodically check Applications Manager Server if RBM monitor has been configured for it and replay the actions in the browser. Once the playback is complete, EUM agent will update the results of the playback [response time, response code, etc] in Applications Manager");

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#newtrans; https://www.manageengine.com/products/applications_manager/help/real-

browser-monitor-rbm.html?website-monitoring-tools; ("In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser.");

https://www.manageengine.com/products/applications_manager/issues.html ("In Real Browser monitor, if the recorded script contained DOM value as the primary identifier, data collection was not happening.")); Applications Manager uses the WebDriver capabilities in standard browsers, which incorporate search commands, such as findElements, and explicit wait commands, such as FluentWait, and in order to execute such commands, Applications Manager must necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked for during validation (https://www.manageengine.com/products/applications_manager/help/installing-eum-agent.html#WebDriverSettings ("WebDriver specified here will be used to perform playback during each data collection."); https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("Download the Microsoft Webdriver for the corresponding version of the Edge installed in the Windows server"); https://www.softwaretestinghelp.com/selenium-webdriver-commands-selenium-tutorial-17/#3_findElementBy_by_and_click ("The findElement(By, by) method searches and locates the first element on the current page, which matches the criteria given as a parameter. This method is usually used in commands to simulate user actions like click, submit, type etc."); https://www.softwaretestingmaterial.com/selenium-fluentwait/ ("We use FluentWait commands mainly when we have web elements which sometimes visible in few seconds and some times take more time than usual); Applications Manager locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Actual rendering of a web page does not occur in the traditional web monitoring. In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser."); https://pitstop.manageengine.com/portal/en/kb/articles/rbm-firefox-faqs#2_How_to_avoid_No_response_from_Server_or_Script_playback_timed_out_error_during_test_playback ("How to correct 'Unable to locate element' error during datacollection? This error occurs when a particular element specified in the script is missing or hidden. This can be corrected by

1  editing the script and changing the element locator or value.”);

2  https://www.manageengine.com/products/applications_manager/website-performance-

3  monitoring.html?website-monitoring); computer program code for selecting a validation test to be

4  performed (for example, Applications Manager allows a user to create or record a test script and then

5  play it back by running it (https://www.manageengine.com/products/applications_manager/help/real-

6  browser-monitor-rbm.html (“For Real Browser Monitoring we use the Web Transaction Recorder to

7  record all user online transactions in their exact sequence. The Recorder is used to record the

8  transactions which get stored as webscripts. These transactions will then be replayed at regular

9  intervals of time and notifications will be sent when error is detected.”);

10  https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

11  rbm.html?website-monitoring-tools (“Applications Manager uses behavioral scripts to describe the

12  path that would be taken by a end-user on the site.”);

13  https://www.manageengine.com/products/applications_manager/web-application-monitoring.html)

14  (“Use Applications Manager's in-house web transaction recorder to record the steps of critical

15  workflows in your web applications.”))); and Applications Manager uses the WebDriver capabilities

16  in standard browsers, which incorporate search commands, such as findElements, and explicit wait

17  commands, such as FluentWait, and in order to execute such commands, Applications Manager must

18  necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked

19  for during validation

20  (https://www.manageengine.com/products/applications_manager/help/installing-eum-

21  agent.html#WebDriverSettings (“WebDriver specified here will be used to perform playback during

22  each data collection.”); https://www.manageengine.com/products/applications_manager/help/real-

23  browser-monitor-rbm.html (“Download the Microsoft Webdriver for the corresponding version of the

24  Edge installed in the Windows server”); https://www.softwaretestinghelp.com/selenium-webdriver-

25  commands-selenium-tutorial-17/#3_findElementBy_by_and_click (“The findElement(By, by)

26  method searches and locates the first element on the current page, which matches the criteria given as

27  a parameter. This method is usually used in commands to simulate user actions like click, submit,

28  type etc.”); https://www.softwaretestingmaterial.com/selenium-fluentwait/ (“We use FluentWait

commands mainly when we have web elements which sometimes visible in few seconds and some times take more time than usual); and computer program code for performing the validation test using at least one of the DOM access methods of the web browsing components, wherein during the validation test, the at least one webpage is newly rendered and details of elements for the at least one webpage as newly rendered are accessed via the at least one of the DOM access methods and compared to the stored details in the recorded script (for example, Applications Manager allows a user to create or record a test script and then play it back by running it (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("For Real Browser Monitoring we use the Web Transaction Recorder to record all user online transactions in their exact sequence. The Recorder is used to record the transactions which get stored as webscripts. These transactions will then be replayed at regular intervals of time and notifications will be sent when error is detected.");

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Applications Manager uses behavioral scripts to describe the path that would be taken by a end-user on the site.");

https://www.manageengine.com/products/applications_manager/web-application-monitoring.html) ("Use Applications Manager's in-house web transaction recorder to record the steps of critical workflows in your web applications."))); Applications Manager interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#Working ("Real Browser monitor is created in Applications Manager server by recording the web transaction and specifying the agent(s) where the playback should occur. Each EUM agent will periodically check Applications Manager Server if RBM monitor has been configured for it and replay the actions in the browser. Once the playback is complete, EUM agent will update the results of the playback [response time, response code, etc] in Applications Manager");

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#newtrans; https://www.manageengine.com/products/applications_manager/help/real-

browser-monitor-rbm.html?website-monitoring-tools; ("In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser.");

https://www.manageengine.com/products/applications_manager/issues.html ("In Real Browser monitor, if the recorded script contained DOM value as the primary identifier, data collection was not happening.")); Applications Manager uses the WebDriver capabilities in standard browsers, which incorporate search commands, such as findElements, and explicit wait commands, such as FluentWait, and in order to execute such commands, Applications Manager must necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked for during validation (https://www.manageengine.com/products/applications_manager/help/installing-eum-agent.html#WebDriverSettings ("WebDriver specified here will be used to perform playback during each data collection."); https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("Download the Microsoft Webdriver for the corresponding version of the Edge installed in the Windows server"); https://www.softwaretestinghelp.com/selenium-webdriver-commands-selenium-tutorial-17/#3_findElementBy_by_and_click ("The findElement(By, by) method searches and locates the first element on the current page, which matches the criteria given as a parameter. This method is usually used in commands to simulate user actions like click, submit, type etc."); https://www.softwaretestingmaterial.com/selenium-fluentwait/ ("We use FluentWait commands mainly when we have web elements which sometimes visible in few seconds and some times take more time than usual); and Applications Manager locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Actual rendering of a web page does not occur in the traditional web monitoring. In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser."); https://pitstop.manageengine.com/portal/en/kb/articles/rbm-firefox-faqs#2_How_to_avoid_No_response_from_Server_or_Script_playback_timed_out_error_during_test_playback ("How to correct 'Unable to locate element' error during datacollection? This error occurs when a particular element specified in the script is missing or hidden. This can be corrected by

editing the script and changing the element locator or value.”);
https://www.manageengine.com/products/applications_manager/website-performance-monitoring.html?website-monitoring); as disclosed in the '493 Patent.

257.    Defendants will, on information and belief, continue to directly infringe the '493 Patent unless enjoined.

258.    To the extent Defendants' Applications Manager Infringing Products, without more, do not directly infringe at least claim 1 of the '493 Patent, at least as of November 13, 2020, Defendants contribute to infringement of the same under 35 U.S.C. § 271(c) inasmuch as the Applications Manager Infringing Products offered for sale and sold by Defendants are each a component of a patented machine or an apparatus used in practicing a patented process, constituting a material part of SRI's invention, knowing the same to be especially made or especially adapted for use in infringement of the '493 Patent.  For example, as set forth above, Applications Manager, when used in its normal and intended usage (pursuant to the instructions set forth on Defendants' website) infringes claim 1 of the '493 Patent.  *See supra*, ¶ 245.

259.    Defendants will, on information and belief, continue to contribute to infringement of the '493 Patent unless enjoined.

260.    Defendants actively encourage their customer to use Defendants' Applications Manager Infringing Products in an infringing manner.  For example, Defendants' website is replete with written directions, screenshots, and videos instructing users on how to use the Applications Manager Infringing Products in an infringing manner.  For example, as set forth above, Defendants' website regarding Applications Manager specifically instructs users of the Applications Manager Infringing Products how to infringe claim 1 of the '493 patent.  *See supra*, ¶ 245.  Defendants' website also touts the identities of customers who use the Applications Manager Infringing Products,

Trusted by the world's best organizations





each of whom is a direct infringer inasmuch as they use the Applications Manager Infringing Products in the infringing manner as instructed by Defendants:

261.    Upon information and belief, and particularly by way of the detailed documentation instructing users on how to use the Applications Manager Infringing Products in an infringing manner (*see supra*, ¶¶ 245, 249), Defendants have encouraged this infringement with knowledge of the '493 Patent and with a specific intent to cause their customers and distributors to infringe.

262.    Defendants' acts thus constitute active inducement of patent infringement in violation of 35 U.S.C. § 271(b).

263.    Defendants will, on information and belief, continue to induce infringement of the '493 Patent unless enjoined.

264.    Defendants' direct infringement, contributory infringement, and inducement of infringement have irreparably harmed SRI.

265.    Defendants will, on information and belief, continue to irreparably harm SRI unless enjoined.

266.    Pursuant to 35 U.S.C. § 284, SRI is entitled to damages adequate to compensate for the infringement but in no event less than a reasonable royalty.

267.    Defendants' infringement has been and is willful and, pursuant to 35 U.S.C. § 284, SRI is entitled to treble damages.  Defendants' willful infringement is based at least on Defendants' knowledge of SRI, its products, and its patents since at least as early as November 13, 2020. Defendants have either willfully and wantonly infringed the '493 Patent or have recklessly avoided knowledge of their own infringement, even when faced with knowledge of SRI's own products and the Patents-in-Suit.

268.    This case is "exceptional" within the meaning of 35 U.S.C. § 285, and SRI is entitled to an award of attorneys' fees.

## COUNT XIII – INFRINGEMENT OF THE '491 PATENT BY APPLICATIONS MANAGER

269.    SRI re-alleges and incorporates the allegations of the preceding paragraphs of this FAC as if fully set forth herein.

270.     SRI is the assignee and owner of all right, title, and interest in and to the '491 Patent, which was issued on March 17, 2015.  A true and correct copy of the '491 Patent is attached hereto as Exhibit F.

271.     The '491 Patent addresses an invention for testing websites.  The disclosed innovation tests many facets of the website's experience and operation, including by providing novel approaches to creating, storing, and executing test scripts using website elements as opposed to the previously disclosed use of recording test scripts based upon user actions only.

272.     SRI has the exclusive right to make, use, sell, and offer to sell any product embodying the '491 Patent throughout the United States, and to import any product embodying the '491 Patent into the United States.

273.     SRI has commercially exploited the '491 Patent by making, marketing, selling, and using products covered by the '491 Patent, including its popular eValid™ software products.  SRI continues to commercially exploit the '491 Patent through the present, at least by continuing to provide maintenance and support to users of its popular eValid™ software products.

274.     Defendants have had knowledge of the '491 Patent, SRI, and SRI's products embodying the inventions claimed in the Patents-in-Suit since at least as early as November 13, 2020.

275.     At all relevant times, SRI provided public notice of the '491 Patent by properly marking its products and its website pursuant to 35 U.S.C. § 287(a).

276.     Defendants have been, and are currently, directly infringing at least claim 1 of the '491 Patent in violation of 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, selling, offering for sale, and/or importing into the United States Defendants' Applications Manager Infringing Products, which, as set forth in documentation available on Defendants' website, comprise the non-transitory computer readable media disclosed in the '491 Patent—both as maintained in Defendants' files and as made accessible to its users to whom Defendants offer and sell the Applications Manager Infringing Products —including at least computer program code for testing capabilities of a website hosted by a server and accessible to a computer via a network (for example, "Create better customer experiences by testing the performance of critical user paths on your website 24x7."

(https://www.manageengine.com/products/applications_manager/); "Test critical user paths on your website by simulating them via Selenium based scripting. The checks are run from real browsers such as Chrome or Firefox." (https://www.manageengine.com/products/applications_manager/website-monitoring.html?prev=APMAB2)); "For Real Browser Monitoring we use the Web Transaction Recorder to record all user online transactions in their exact sequence. The Recorder is used to record the transactions which get stored as webscripts. These transactions will then be replayed at regular intervals of time and notifications will be sent when error is detected." (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools); "Unlike most web application performance monitoring tools in the market, Applications Manager's RBM allows you to perform playback of recorded workflows in different browsers - Mozilla Firefox, Google Chrome, and Microsoft Edge." (https://www.manageengine.com/products/applications_manager/web-application-monitoring.html); "Do your customers complain about broken sign up forms or flaky shopping carts? Among our website monitoring tools is the synthetic transaction monitor that can help you accurately simulate user interactions with your website and ensure the correctness and performance of critical user paths." (https://www.manageengine.com/products/applications_manager/website-monitoring-tools.html)); the website, necessarily including at least one webpage, necessarily resides on a remote server and Applications Manager as used with a web browser, such as Firefox or Chrome, is a "test-enabled web browser" (for example, "Test critical user paths on your website by simulating them via Selenium based scripting. The checks are run from real browsers such as Chrome or Firefox." (https://www.manageengine.com/products/applications_manager/website-monitoring.html?prev=APMAB2); "Unlike most web application performance monitoring tools in the market, Applications Manager's RBM allows you to perform playback of recorded workflows in different browsers - Mozilla Firefox, Google Chrome, and Microsoft Edge." (https://www.manageengine.com/products/applications_manager/web-application-monitoring.html); "What is Web Transaction Recorder Extension? It is a browser extension which will allow you to record your actions on a website or a web application and monitor them using Real Browser Monitor." https://www.manageengine.com/products/applications_manager/help/rbm-browser-

extension.html; https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#SeleniumIDE); web browsing components (for example, Applications Manager allows a user to record actions on a website or web application using a web browser, the web browser under test thus comprising web browsing components (https://www.manageengine.com/products/applications_manager/help/rbm-browser-extension.html; https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools#newtrans)); computer program code for providing web browsing capabilities (for example, Applications Manager allows a user to record actions on a website or web application using a web browser, the web browser under test thus comprising web browsing components (https://www.manageengine.com/products/applications_manager/help/rbm-browser-extension.html; https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools#newtrans)); computer program code for testing capabilities of a website hosted by a server and accessible to a computer via a network (for example, Applications Manager allows for the creation of test scripts to test websites by recording a user's interactions with the web page in question and allowing the user to play back those test scripts (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("For Real Browser Monitoring we use the Web Transaction Recorder to record all user online transactions in their exact sequence. The Recorder is used to record the transactions which get stored as webscripts. These transactions will then be replayed at regular intervals of time and notifications will be sent when error is detected."); https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Applications Manager uses behavioral scripts to describe the path that would be taken by a end-user on the site."); https://www.manageengine.com/products/applications_manager/web-application-monitoring.html) ("Use Applications Manager's in-house web transaction recorder to record the steps of critical workflows in your web applications."))); wherein the computer program code for testing capabilities of the website includes at least computer program code configured to have a synchronization check in a test script for testing at least one web page of the website, and to automatically synchronize

playback of the test script using at least the synchronization check to maintain the test enabled browser's state by means of the synchronization check in the test script to a Document Object Model (DOM) associated with the at least one web page of the website, (for example, Applications Manager allows a user to create or record a test script and then play it back by running it (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("For Real Browser Monitoring we use the Web Transaction Recorder to record all user online transactions in their exact sequence. The Recorder is used to record the transactions which get stored as webscripts. These transactions will then be replayed at regular intervals of time and notifications will be sent when error is detected.");

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Applications Manager uses behavioral scripts to describe the path that would be taken by a end-user on the site.");

https://www.manageengine.com/products/applications_manager/web-application-monitoring.html) ("Use Applications Manager's in-house web transaction recorder to record the steps of critical workflows in your web applications."))); Applications Manager interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#Working ("Real Browser monitor is created in Applications Manager server by recording the web transaction and specifying the agent(s) where the playback should occur. Each EUM agent will periodically check Applications Manager Server if RBM monitor has been configured for it and replay the actions in the browser. Once the playback is complete, EUM agent will update the results of the playback [response time, response code, etc] in Applications Manager");

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#newtrans; https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools; ("In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser.");

https://www.manageengine.com/products/applications_manager/issues.html ("In Real Browser

monitor, if the recorded script contained DOM value as the primary identifier, data collection was not happening.")); Applications Manager uses the WebDriver capabilities in standard browsers, which incorporate search commands, such as findElements, and explicit wait commands, such as FluentWait, and in order to execute such commands, Applications Manager must necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked for during validation (https://www.manageengine.com/products/applications_manager/help/installing-eum-agent.html#WebDriverSettings ("WebDriver specified here will be used to perform playback during each data collection."); https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("Download the Microsoft Webdriver for the corresponding version of the Edge installed in the Windows server"); https://www.softwaretestinghelp.com/selenium-webdriver-commands-selenium-tutorial-17/#3_findElementBy_by_and_click ("The findElement(By, by) method searches and locates the first element on the current page, which matches the criteria given as a parameter. This method is usually used in commands to simulate user actions like click, submit, type etc."); https://www.softwaretestingmaterial.com/selenium-fluentwait/ ("We use FluentWait commands mainly when we have web elements which sometimes visible in few seconds and some times take more time than usual); Applications Manager locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Actual rendering of a web page does not occur in the traditional web monitoring. In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser."); https://pitstop.manageengine.com/portal/en/kb/articles/rbm-firefox-faqs#2_How_to_avoid_No_response_from_Server_or_Script_playback_timed_out_error_during_test_playback ("How to correct 'Unable to locate element' error during datacollection? This error occurs when a particular element specified in the script is missing or hidden. This can be corrected by editing the script and changing the element locator or value."); https://www.manageengine.com/products/applications_manager/website-performance-monitoring.html?website-monitoring); and Applications Manager allows for the testing of content

dynamically generated by AJAX programming including using, upon information and belief, wait commands to synchronize playback and allow for testing of content dynamically generated by AJAX programming (https://www.manageengine.com/products/applications_manager/website-monitoring.html ("Gain Insights into web transactions, user sessions, AJAX calls, Javascript errors, etc."); https://www.manageengine.com/products/applications_manager/help/configuring-rum-monitoring.html ("Enable the Track cross-domain Ajax calls checkbox to monitor the performance of Ajax calls to domains other than parent domain (external domains).")); wherein the synchronization check operates, when executed, to: find a current index of at least one DOM element of the at least one web page based on a specified property name and/or property value; determine whether a property name and/or value is present in the at least one DOM element of the at least one web page having the current index; and after the current index is found and the property name and/or value is determined to be present, wait for the property name and/ or value in the at least one DOM element of the at least one web page having the current index to be a particular name and/or value (for example, Applications Manager allows for the creation of test scripts to test websites by recording a user's interactions with the web page in question and allowing the user to play back those test scripts (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("For Real Browser Monitoring we use the Web Transaction Recorder to record all user online transactions in their exact sequence. The Recorder is used to record the transactions which get stored as webscripts. These transactions will then be replayed at regular intervals of time and notifications will be sent when error is detected.");

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Applications Manager uses behavioral scripts to describe the path that would be taken by a end-user on the site.");

https://www.manageengine.com/products/applications_manager/web-application-monitoring.html) ("Use Applications Manager's in-house web transaction recorder to record the steps of critical workflows in your web applications."))); Applications Manager interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script

(https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#Working ("Real Browser monitor is created in Applications Manager server by recording the web transaction and specifying the agent(s) where the playback should occur. Each EUM agent will periodically check Applications Manager Server if RBM monitor has been configured for it and replay the actions in the browser. Once the playback is complete, EUM agent will update the results of the playback [response time, response code, etc] in Applications Manager");
https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#newtrans; https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools; ("In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser.");
https://www.manageengine.com/products/applications_manager/issues.html ("In Real Browser monitor, if the recorded script contained DOM value as the primary identifier, data collection was not happening.")); Applications Manager uses the WebDriver capabilities in standard browsers, which incorporate search commands, such as findElements, and explicit wait commands, such as FluentWait, and in order to execute such commands, Applications Manager must necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked for during validation (https://www.manageengine.com/products/applications_manager/help/installing-eum-agent.html#WebDriverSettings ("WebDriver specified here will be used to perform playback during each data collection."); https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("Download the Microsoft Webdriver for the corresponding version of the Edge installed in the Windows server"); https://www.softwaretestinghelp.com/selenium-webdriver-commands-selenium-tutorial-17/#3_findElementBy_by_and_click ("The findElement(By, by) method searches and locates the first element on the current page, which matches the criteria given as a parameter. This method is usually used in commands to simulate user actions like click, submit, type etc."); https://www.softwaretestingmaterial.com/selenium-fluentwait/ ("We use FluentWait commands mainly when we have web elements which sometimes visible in few seconds and some times take more time than usual); Applications Manager locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic

Linked Libraries associated with a browser code library

(https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Actual rendering of a web page does not occur in the traditional web monitoring. In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser."); https://pitstop.manageengine.com/portal/en/kb/articles/rbm-firefox-faqs#2_How_to_avoid_No_response_from_Server_or_Script_playback_timed_out_error_during_test_playback ("How to correct 'Unable to locate element' error during datacollection? This error occurs when a particular element specified in the script is missing or hidden. This can be corrected by editing the script and changing the element locator or value.");

https://www.manageengine.com/products/applications_manager/website-performance-monitoring.html?website-monitoring); Applications Manager allows for the testing of content dynamically generated by AJAX programming including using, upon information and belief, wait commands to synchronize playback and allow for testing of content dynamically generated by AJAX programming (https://www.manageengine.com/products/applications_manager/website-monitoring.html ("Gain Insights into web transactions, user sessions, AJAX calls, Javascript errors, etc."); https://www.manageengine.com/products/applications_manager/help/configuring-rum-monitoring.html ("Enable the Track cross-domain Ajax calls checkbox to monitor the performance of Ajax calls to domains other than parent domain (external domains).")); wherein the computer program code configured to have the synchronization check is a separate programmatic process from the at least one web page of the website being tested (for example, upon information and belief, Applications Manager uses WebDriver to run synchronization processes run in a separate programmatic process from the web page of the website being tested (which runs in the web browser) (https://www.manageengine.com/products/applications_manager/help/installing-eum-agent.html#WebDriverSettings ("WebDriver specified here will be used to perform playback during each data collection."); https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html; https://www.selenium.dev/documentation/webdriver/waits/; https://www.softwaretestinghelp.com/selenium-webdriver-commands-selenium-tutorial-17/ ("To handle cases where an element takes too much time to be visible on the software web page applying

implicit wait becomes tricky. In this case, we can write a comment to wait until the element appears on the webpage."); https://www.softwaretestingmaterial.com/selenium-fluentwait/), as disclosed in the '491 Patent.

277.    Defendants will, on information and belief, continue to directly infringe the '491 Patent unless enjoined.

278.    To the extent Defendants' Applications Manager Infringing Products, without more, do not directly infringe at least claim 1 of the '491 Patent, at least as of November 13, 2020, Defendants contribute to infringement of the same under 35 U.S.C. § 271(c) inasmuch as the Applications Manager Infringing Products offered for sale and sold by Defendants are each a component of a patented machine or an apparatus used in practicing a patented process, constituting a material part of SRI's invention, knowing the same to be especially made or especially adapted for use in infringement of the '491 Patent.  For example, as set forth above, Applications Manager, when used in its normal and intended usage (pursuant to the instructions set forth on Defendants' website), infringes claim 1 of the '491 Patent.  *See supra*, ¶ 264.

279.    Defendants will, on information and belief, continue to contribute to infringement of the '491 Patent unless enjoined.

280.    Defendants actively encourage their customer to use Defendants' Applications Manager Infringing Products in an infringing manner.  For example, Defendants' website is replete with written directions, screenshots, and videos instructing users on how to use the Applications Manager Infringing Products in an infringing manner.  For example, as set forth above, Defendants' website regarding Applications Manager specifically instructs users of the Applications Manager Infringing Products how to infringe claim 1 of the '491 patent.  *See supra*, ¶ 264.  Defendants' website also touts the identities of customers who use the Infringing Products, each of whom is a

1  direct infringer inasmuch as they use the Applications Manager Infringing Products in the infringing

2  manner as instructed by Defendants:

3      281.   Upon information and belief, and particularly by way of the detailed documentation



instructing users on how to use the Applications Manager Infringing Products in an infringing

manner (*see supra*, ¶¶ 264, 268), Defendants have encouraged this infringement with knowledge of

the '491 Patent and with a specific intent to cause their customers and distributors to infringe.

    282.   Defendants' acts thus constitute active inducement of patent infringement in violation

of 35 U.S.C. § 271(b).

    283.   Defendants will, on information and belief, continue to induce infringement of the

'491 Patent unless enjoined.

    284.   Defendants' direct infringement, contributory infringement, and inducement of

infringement have irreparably harmed SRI.

    285.   Defendants will, on information and belief, continue to irreparably harm SRI unless

enjoined.

    286.   Pursuant to 35 U.S.C. § 284, SRI is entitled to damages adequate to compensate for

the infringement but in no event less than a reasonable royalty.

    287.   Defendants' infringement has been and is willful and, pursuant to 35 U.S.C. § 284,

SRI is entitled to treble damages.  Defendants' willful infringement is based at least on Defendants'

knowledge of SRI, its products, and its patents since at least as early as November 13, 2020.

Defendants have either willfully and wantonly infringed the '491 Patent or have recklessly avoided

knowledge of their own infringement, even when faced with knowledge of SRI's own products and

the Patents-in-Suit.

288.    This case is "exceptional" within the meaning of 35 U.S.C. § 285, and SRI is entitled to an award of attorneys' fees.

**COUNT XIV – INFRINGEMENT OF THE '286 PATENT BY APPLICATIONS MANAGER**

289.    SRI re-alleges and incorporates the allegations of the preceding paragraphs of this FAC as if fully set forth herein.

290.    SRI is the assignee and owner of all right, title, and interest in and to the '286 Patent, which was issued on November 26, 2019.  A true and correct copy of the '286 Patent is attached hereto as Exhibit G.

291.    The '286 Patent addresses an invention for testing websites.  The disclosed innovation tests many facets of the website's experience and operation, including by providing novel approaches to creating, storing, and executing test scripts using website elements as opposed to the previously disclosed use of recording test scripts based upon user actions only.

292.    SRI has the exclusive right to make, use, sell, and offer to sell any product embodying the '286 Patent throughout the United States, and to import any product embodying the '286 Patent into the United States.

293.    SRI has commercially exploited the '286 Patent by making, marketing, selling, and using products covered by the '286 Patent, including its popular eValid™ software products.  SRI continues to commercially exploit the '286 Patent through the present, at least by continuing to provide maintenance and support to users of its popular eValid™ software products.

294.    Defendants have had knowledge of the '286 Patent, SRI, and SRI's products embodying the inventions claimed in the Patents-in-Suit since at least as early as November 13, 2020.

295.    At all relevant times, SRI provided public notice of the '286 Patent by properly marking its products and its website pursuant to 35 U.S.C. § 287(a).

296.    Defendants have been, and are currently, directly infringing at least claim 1 of the '286 Patent in violation of 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, selling, offering for sale, and/or importing into the United States Defendants' Applications Manager Infringing Products, which, as set forth in documentation available on Defendants' website, comprise the computing device disclosed in the '286 Patent—both as

1    maintained in Defendants' files and as made accessible to its users to whom Defendants offer and sell

2    the Applications Manager Infringing Products —including at least a memory; web browser program

3    code stored in the memory; and a processor configured to perform the web browser program code

4    (for example, "Create better customer experiences by testing the performance of critical user paths on

5    your website 24x7." (https://www.manageengine.com/products/applications_manager/); "Test critical

6    user paths on your website by simulating them via Selenium based scripting. The checks are run from

7    real browsers such as Chrome or Firefox."

8    (https://www.manageengine.com/products/applications_manager/website-

9    monitoring.html?prev=APMAB2)); "For Real Browser Monitoring we use the Web Transaction

10   Recorder to record all user online transactions in their exact sequence. The Recorder is used to record

11   the transactions which get stored as webscripts. These transactions will then be replayed at regular

12   intervals of time and notifications will be sent when error is detected."

13   (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

14   rbm.html?website-monitoring-tools); "Unlike most web application performance monitoring tools in

15   the market, Applications Manager's RBM allows you to perform playback of recorded workflows in

16   different browsers - Mozilla Firefox, Google Chrome, and Microsoft Edge."

17   (https://www.manageengine.com/products/applications_manager/web-application-monitoring.html);

18   "Do your customers complain about broken sign up forms or flaky shopping carts? Among our

19   website monitoring tools is the synthetic transaction monitor that can help you accurately simulate

20   user interactions with your website and ensure the correctness and performance of critical user

21   paths." (https://www.manageengine.com/products/applications_manager/website-monitoring-

22   tools.html)); wherein the web browser program code, when performed, provides a web browser

23   operating on the computing device (for example, Applications Manager allows a user to record

24   actions on a website or web application using a web browser, the web browser under test thus

25   comprising web browsing components

26   (https://www.manageengine.com/products/applications_manager/help/rbm-browser-extension.html;

27   https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

28   rbm.html?website-monitoring-tools#newtrans)); wherein the web browser program code provides the

web browser with Document Object Model (DOM) access capabilities (for example, Applications

Manager locates these page elements based on their DOM indexes, which necessarily requires it to

use the DOM access methods included in Dynamic Linked Libraries associated with a browser code

library (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

rbm.html?website-monitoring-tools ("Actual rendering of a web page does not occur in the traditional

web monitoring. In RBM, we render the webpage, build the DOM and even execute the JavaScript in

the web browser."); https://pitstop.manageengine.com/portal/en/kb/articles/rbm-firefox-

faqs#2_How_to_avoid_No_response_from_Server_or_Script_playback_timed_out_error_during_test

_playback ("How to correct 'Unable to locate element' error during datacollection? This error occurs

when a particular element specified in the script is missing or hidden. This can be corrected by

editing the script and changing the element locator or value.");

https://www.manageengine.com/products/applications_manager/website-performance-

monitoring.html?website-monitoring)); wherein the web browser program code, executable by the

computing device, includes at least: computer program code for testing and analysis of a web page as

rendered by the web browser (for example, Applications Manager allows a user to create or record a

test script and then play it back by running it

(https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

rbm.html ("For Real Browser Monitoring we use the Web Transaction Recorder to record all user

online transactions in their exact sequence. The Recorder is used to record the transactions which get

stored as webscripts. These transactions will then be replayed at regular intervals of time and

notifications will be sent when error is detected.");

https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-

rbm.html?website-monitoring-tools ("Applications Manager uses behavioral scripts to describe the

path that would be taken by a end-user on the site.");

https://www.manageengine.com/products/applications_manager/web-application-monitoring.html)

("Use Applications Manager's in-house web transaction recorder to record the steps of critical

workflows in your web applications."))); computer program code for accessing an attribute or

property value of an element of a DOM of the web page, wherein the computer program code for

accessing the attribute or property value of the element of the DOM of the web page accesses the

DOM of the web page using a browser programming interface that enables the web browser program

code to have access to the DOM (for example, Applications Manager locates these page elements

based on their DOM indexes, which necessarily requires it to use the DOM access methods included

in Dynamic Linked Libraries associated with a browser code library

([https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools](https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools) ("Actual rendering of a web page does not occur in the traditional

web monitoring. In RBM, we render the webpage, build the DOM and even execute the JavaScript in

the web browser."); [https://pitstop.manageengine.com/portal/en/kb/articles/rbm-firefox-faqs#2_How_to_avoid_No_response_from_Server_or_Script_playback_timed_out_error_during_test_playback](https://pitstop.manageengine.com/portal/en/kb/articles/rbm-firefox-faqs#2_How_to_avoid_No_response_from_Server_or_Script_playback_timed_out_error_during_test_playback) ("How to correct 'Unable to locate element' error during datacollection? This error occurs

when a particular element specified in the script is missing or hidden. This can be corrected by

editing the script and changing the element locator or value.");

[https://www.manageengine.com/products/applications_manager/website-performance-monitoring.html?website-monitoring](https://www.manageengine.com/products/applications_manager/website-performance-monitoring.html?website-monitoring)); the browser programming interface is supported by an API

underlying the web browser program code for providing a plurality of library function calls or

methods that are accessible by the web browser program code (for example, Applications Manager

includes a browser programming interface capable of accessing WebDriver, which functions as is an

underlying API ([https://www.manageengine.com/products/applications_manager/help/installing-eum-agent.html#WebDriverSettings](https://www.manageengine.com/products/applications_manager/help/installing-eum-agent.html#WebDriverSettings) ("WebDriver specified here will be used to perform playback

during each data collection.");

[https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html](https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html)); and wherein the computer program code for accessing the attribute or property value of

the element of the DOM of the web page accesses the attribute or property value of the element of the

DOM of the web page for purposes of the testing and analysis of the web page rendered in the web

browser (for example, Applications Manager interrogates the DOM to identify and extract relevant

information regarding at least the page elements germane to the script, including each such element's

index and value, and stores those details in the test script

(https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#Working ("Real Browser monitor is created in Applications Manager server by recording the web transaction and specifying the agent(s) where the playback should occur. Each EUM agent will periodically check Applications Manager Server if RBM monitor has been configured for it and replay the actions in the browser. Once the playback is complete, EUM agent will update the results of the playback [response time, response code, etc] in Applications Manager");
https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#newtrans; https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools; ("In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser.");
https://www.manageengine.com/products/applications_manager/issues.html ("In Real Browser monitor, if the recorded script contained DOM value as the primary identifier, data collection was not happening.")); Applications Manager uses the WebDriver capabilities in standard browsers, which incorporate search commands, such as findElements, and explicit wait commands, such as FluentWait, and in order to execute such commands, Applications Manager must necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked for during validation (https://www.manageengine.com/products/applications_manager/help/installing-eum-agent.html#WebDriverSettings ("WebDriver specified here will be used to perform playback during each data collection."); https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("Download the Microsoft Webdriver for the corresponding version of the Edge installed in the Windows server"); https://www.softwaretestinghelp.com/selenium-webdriver-commands-selenium-tutorial-17/#3_findElementBy_by_and_click ("The findElement(By, by) method searches and locates the first element on the current page, which matches the criteria given as a parameter. This method is usually used in commands to simulate user actions like click, submit, type etc."); https://www.softwaretestingmaterial.com/selenium-fluentwait/ ("We use FluentWait commands mainly when we have web elements which sometimes visible in few seconds and some times take more time than usual); wherein the web browser program code supports at least one command, provided to the web browser via the browser programming interface, to facilitate

synchronized testing and analysis of asynchronous processes of the web page rendered by the web browser using the underlying API (for example, Applications Manager allows for the testing of content dynamically generated by AJAX programming including using, upon information and belief, wait commands to synchronize playback and allow for testing of content dynamically generated by AJAX programming (https://www.manageengine.com/products/applications_manager/website-monitoring.html ("Gain Insights into web transactions, user sessions, AJAX calls, Javascript errors, etc."); https://www.manageengine.com/products/applications_manager/help/configuring-rum-monitoring.html ("Enable the Track cross-domain Ajax calls checkbox to monitor the performance of Ajax calls to domains other than parent domain (external domains)."))); and wherein the at least one command includes a DOM index value, a DOM property name and a DOM property value, and causes examination of a name and a value of a property found in the DOM of the web page at the DOM index value to determine whether the name and the value match the DOM property name and the DOM property value, respectively (for example, to generate and subsequently perform validation tests, Applications Manager interrogates the DOM to identify and extract relevant information regarding at least the page elements germane to the script, including each such element's index and value, and stores those details in the test script (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#Working ("Real Browser monitor is created in Applications Manager server by recording the web transaction and specifying the agent(s) where the playback should occur. Each EUM agent will periodically check Applications Manager Server if RBM monitor has been configured for it and replay the actions in the browser. Once the playback is complete, EUM agent will update the results of the playback [response time, response code, etc] in Applications Manager"); https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html#newtrans; https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools; ("In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser."); https://www.manageengine.com/products/applications_manager/issues.html ("In Real Browser monitor, if the recorded script contained DOM value as the primary identifier, data collection was not

happening.")); Applications Manager uses the WebDriver capabilities in standard browsers, which incorporate search commands, such as findElements, and explicit wait commands, such as FluentWait, and in order to execute such commands, Applications Manager must necessarily store facts about the webpage being rendered, i.e., the expected condition to be checked for during validation (https://www.manageengine.com/products/applications_manager/help/installing-eum-agent.html#WebDriverSettings ("WebDriver specified here will be used to perform playback during each data collection."); https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html ("Download the Microsoft Webdriver for the corresponding version of the Edge installed in the Windows server"); https://www.softwaretestinghelp.com/selenium-webdriver-commands-selenium-tutorial-17/#3_findElementBy_by_and_click ("The findElement(By, by) method searches and locates the first element on the current page, which matches the criteria given as a parameter. This method is usually used in commands to simulate user actions like click, submit, type etc."); https://www.softwaretestingmaterial.com/selenium-fluentwait/ ("We use FluentWait commands mainly when we have web elements which sometimes visible in few seconds and some times take more time than usual); Applications Manager locates these page elements based on their DOM indexes, which necessarily requires it to use the DOM access methods included in Dynamic Linked Libraries associated with a browser code library (https://www.manageengine.com/products/applications_manager/help/real-browser-monitor-rbm.html?website-monitoring-tools ("Actual rendering of a web page does not occur in the traditional web monitoring. In RBM, we render the webpage, build the DOM and even execute the JavaScript in the web browser."); https://pitstop.manageengine.com/portal/en/kb/articles/rbm-firefox-faqs#2_How_to_avoid_No_response_from_Server_or_Script_playback_timed_out_error_during_test_playback ("How to correct 'Unable to locate element' error during datacollection? This error occurs when a particular element specified in the script is missing or hidden. This can be corrected by editing the script and changing the element locator or value."); https://www.manageengine.com/products/applications_manager/website-performance-monitoring.html?website-monitoring); as disclosed in the '286 Patent.

297.    Defendants will, on information and belief, continue to directly infringe the '286 Patent unless enjoined.

298.    To the extent Defendants' Applications Manager Infringing Products, without more, do not directly infringe at least claim 1 of the '286 Patent, at least as of November 13, 2020, Defendants contribute to infringement of the same under 35 U.S.C. § 271(c) inasmuch as the Applications Manager Infringing Products offered for sale and sold by Defendants are each a component of a patented machine or an apparatus used in practicing a patented process, constituting a material part of SRI's invention, knowing the same to be especially made or especially adapted for use in infringement of the '286 Patent.  For example, as set forth above, Applications Manager, when used in its normal and intended usage (pursuant to the instructions set forth on Defendants' website), infringes claim 1 of the '286 Patent.  *See supra*, ¶ 283.

299.    Defendants will, on information and belief, continue to contribute to infringement of the '286 Patent unless enjoined.

300.    Defendants actively encourage their customer to use Defendants' Applications Manager Infringing Products in an infringing manner.  For example, Defendants' website is replete with written directions, screenshots, and videos instructing users on how to use the Applications Manager Infringing Products in an infringing manner.  For example, as set forth above, Defendants' website regarding Applications Manager specifically instructs users of the Applications Manager Infringing Products how to infringe claim 1 of the '286 patent.  *See supra*, ¶ 283.  Defendants' website also touts the identities of customers who use the Applications Manager Infringing Products, each of whom is a direct infringer inasmuch as they use the Applications Manager Infringing Products in the infringing manner as instructed by Defendants:





301.     Upon information and belief, and particularly by way of the detailed documentation instructing users on how to use the Applications Manager Infringing Products in an infringing manner (*see supra*, ¶¶ 283, 287), Defendants have encouraged this infringement with knowledge of the '286 Patent and with a specific intent to cause their customers and distributors to infringe.

302.     Defendants' acts thus constitute active inducement of patent infringement in violation of 35 U.S.C. § 271(b).

303.     Defendants will, on information and belief, continue to induce infringement of the '286 Patent unless enjoined.

304.     Defendants' direct infringement, contributory infringement, and inducement of infringement have irreparably harmed SRI.

305.     Defendants will, on information and belief, continue to irreparably harm SRI unless enjoined.

306.     Pursuant to 35 U.S.C. § 284, SRI is entitled to damages adequate to compensate for the infringement but in no event less than a reasonable royalty.

307.     Defendants' infringement has been and is willful and, pursuant to 35 U.S.C. § 284, SRI is entitled to treble damages.  Defendants' willful infringement is based at least on Defendants' knowledge of SRI, its products, and its patents since at least as early as November 13, 2020. Defendants have either willfully and wantonly infringed the '286 Patent or have recklessly avoided knowledge of their own infringement, even when faced with knowledge of SRI's own products and the Patents-in-Suit.

308.     This case is "exceptional" within the meaning of 35 U.S.C. § 285, and SRI is entitled to an award of attorneys' fees.

## DEMAND FOR JURY TRIAL

SRI hereby demands a trial by jury of all issues so triable under Federal Rule of Civil Procedure 38(b).

## PRAYER FOR RELIEF

WHEREFORE, SRI respectfully requests that this Court:

A.     Find that United States Patent No. 7,757,175 is valid and enforceable against

1   Defendants;

2       B.      Find that Defendants have infringed and are infringing United States Patent No.

3   7,757,175;

4       C.      Permanently enjoin Defendants, their officers, agents, servants, employees, and those

5   persons acting in active concert or in participation therewith from infringing United States Patent No.

6   7,757,175;

7       D.      Award SRI damages sufficient to compensate it for Defendants' past and future

8   infringement of United States Patent No. 7,757,175, together with costs and prejudgment interest,

9   pursuant to 35 U.S.C. § 284;

10      E.      Find that United States Patent No. 8,327,271 is valid and enforceable against

11  Defendants;

12      F.      Find that Defendants have infringed and are infringing United States Patent No.

13  8,327,271;

14      G.      Permanently enjoin Defendants, their officers, agents, servants, employees, and those

15  persons acting in active concert or in participation therewith from infringing United States Patent No.

16  8,327,271;

17      H.      Award SRI damages sufficient to compensate it for Defendants' past and future

18  infringement of United States Patent No. 8,327,271, together with costs and prejudgment interest,

19  pursuant to 35 U.S.C. § 284;

20      I.      Find that United States Patent No. 8,392,890 is valid and enforceable against

21  Defendants;

22      J.      Find that Defendants have infringed and are infringing United States Patent No.

23  8,392,890;

24      K.      Permanently enjoin Defendants, their officers, agents, servants, employees, and those

25  persons acting in active concert or in participation therewith from infringing United States Patent No.

26  8,392,890;

27      L.      Award SRI damages sufficient to compensate it for Defendants' past and future

28  infringement of United States Patent No. 8,392,890, together with costs and prejudgment interest,

1   pursuant to 35 U.S.C. § 284;

2          M.      Find that United States Patent No. 8,495,585 is valid and enforceable against

3   Defendants;

4          N.      Find that Defendants have infringed and are infringing United States Patent No.

5   8,495,585;

6          O.      Permanently enjoin Defendants, their officers, agents, servants, employees, and those

7   persons acting in active concert or in participation therewith from infringing United States Patent No.

8   8,495,585;

9          P.      Award SRI damages sufficient to compensate it for Defendants' past and future

10  infringement of United States Patent No. 8,495,585, together with costs and prejudgment interest,

11  pursuant to 35 U.S.C. § 284;

12         Q.      Find that United States Patent No. 8,650,493 is valid and enforceable against

13  Defendants;

14         R.      Find that Defendants have infringed and are infringing United States Patent No.

15  8,650,493;

16         S.      Permanently enjoin Defendants, their officers, agents, servants, employees, and those

17  persons acting in active concert or in participation therewith from infringing United States Patent No.

18  8,650,493;

19         T.      Award SRI damages sufficient to compensate it for Defendants' past and future

20  infringement of United States Patent No. 8,650,493, together with costs and prejudgment interest,

21  pursuant to 35 U.S.C. § 284;

22         U.      Find that United States Patent No. 8,984,491 is valid and enforceable against

23  Defendants;

24         V.      Find that Defendants have infringed and are infringing United States Patent No.

25  8,984,491;

26         W.      Permanently enjoin Defendants, their officers, agents, servants, employees, and those

27  persons acting in active concert or in participation therewith from infringing United States Patent No.

28  8,984,491;

X.     Award SRI damages sufficient to compensate it for Defendants' past and future infringement of United States Patent No. 8,984,491, together with costs and prejudgment interest, pursuant to 35 U.S.C. § 284;

Y.     Find that United States Patent No. 10,489,286 is valid and enforceable against Defendants;

Z.     Find that Defendants have infringed and are infringing United States Patent No. 10,489,286;

AA.     Permanently enjoin Defendants, their officers, agents, servants, employees, and those persons acting in active concert or in participation therewith from infringing United States Patent No. 10,489,286;

BB.     Award SRI damages sufficient to compensate it for Defendants' past and future infringement of United States Patent No. 10,489,286, together with costs and prejudgment interest, pursuant to 35 U.S.C. § 284;

CC.     Order an accounting of damages from Defendants' infringement;

DD.     Award SRI enhanced damages, up to and including trebling SRI's damages, pursuant to 35 U.S.C. § 284, for Defendants' willful infringement of the Patents-in-Suit;

EE.     Award SRI its reasonable attorney fees and costs of suit pursuant to 35 U.S.C. § 285 due to the exceptional nature of this case, or as otherwise permitted by law;

FF.     Award SRI post-judgment interest pursuant to 28 U.S.C. § 1961; and

GG.     Award SRI such other or additional relief as the Court deems just and proper.

Date:  January 18, 2023

Respectfully submitted,
SINGER CASHMAN LLP


By: _____

Benjamin L. Singer
Evan Budaj
*Attorneys for Plaintiff Software Research, Inc.*