UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Software Research, Inc., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>Zoho Corporation, <br><br>　　　　Defendant | Case No.  22-cv-05859-EJD <br><br> **NOTICE OF APPOINTMENT OF MEDIATOR** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Vicki Veenker
> Veenker Law Offices
> 2091 Barbara Drive
> Palo Alto, CA 94303
> 650-329-9797
> vicki@veenkerlaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

**Notice of Appointment of Mediator**
22-cv-05859-EJD

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: February 9, 2023

    MARK B. BUSBY
    Clerk of Court
    by:  Alice M. Fiel

---

ADR Program Case Administrator
415-522-3148
alice_fiel@cand.uscourts.gov